# CAUSE NO.: 1212366-A

# POST CONVICTION WRIT

# 174TH  DISTRICT COURT

# OF

# HARRIS COUNTY, TEXAS

# TEDDRICK R. BATISTE
# APPLICANT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk

# VS.

# THE STATE OF TEXAS
# RESPONDENT

# VOLUME II of IV

# <u>INDEX</u>

**PAGE**

APPLICATION FOR WRIT OF HABEAS CORPUS CONTINUED...     262

            REV: 01-02-04

# IN THE 174th JUDICIAL DISTRICT COURT
## HARRIS COUNTY, TEXAS

|  |  |  |
|---|---|---|
| | ) | Trial Cause No. 1212366 |
| EX PARTE | ) | |
| TEDDRICK BATISTE, | ) | |
| APPLICANT | ) | |
| | ) | |
| | ) | |

## EXHIBITS 1-25
## TO INITIAL APPLICATION FOR A WRIT OF HABEAS CORPUS

## EXHIBITS:   Ex Parte Teddrick Batiste

### Expert Affidavits

Exhibit 1:       Dr. James Underhill

Exhibit 2:       Charles Rotramel

Exhibit 3:       Dr. Scott Wm. Bowman

Exhibit 4:       Dr. Mary Elizabeth Pelz

### Lay Witness Affidavits

Exhibit 5:       Affidavit of Necole Baldwin

Exhibit 6:       Affidavit of Darlene Beard

Exhibit 7:       Affidavit of Melissa Beard-Carter

Exhibit 8:       Affidavit of Dyantinel Rod Carter

Exhibit 9:       Affidavit of Monica Davis

Exhibit 10:      Affidavit of Truman Jackson

Exhibit 11:      Affidavit of Micaela Lara

Exhibit 12:      Affidavit of Ricardo Lara

Exhibit 13:      Affidavit of Kristopher McSherry

Exhibit 14:      Affidavit of Malcolm Mitchell

Exhibit 15:      Affidavit of Kevin Noel Jr.

Exhibit 16:      Affidavit of Brian Fayhee (Kevin Noel Sr.)

Exhibit 17:      Affidavit of Rowena Scott

Exhibit 18:      Affidavit of Danyell Soliz

Exhibit 19:      Affidavit of Raul Soliz

Exhibit 20:      Affidavit of Stephanie Soliz

Exhibit 21:      Affidavit of Beverly West

## Other

Exhibit 22:    Birth Certificate of Teddrick Batiste

Exhibit 23:    State's Report of Interview with McSherry

Exhibit 24:    Public Record, re: Anthony Moore

Exhibit 25:    Affidavit re: Batiste State Jail Records

: 00265

## AFFIDAVIT OF JAMES G. UNDERHILL, Psy.D.

I, James G. Underhill, state and declare as follows:

### A. Introduction

1. I am a psychologist licensed in the State of Texas.

2. I obtained my Bachelor of Arts degree in psychology from Southwestern University in Georgetown, Texas in 2002.

3. In 2005, I earned a Master of Arts degree in clinical psychology from the Chicago School of Professional Psychology in Chicago, Illinois. The Chicago School is accredited by the American Psychology Association.

4. In 2008, I earned a Psy.D. (doctorate in psychology) degree in Clinical Psychology from the Chicago School of Professional Psychology.

5. A Psy.D degree is intended to prepare graduates for careers as practicing psychologists. A Ph.D degree is more research focused and thus prepares the graduate to conduct research in the psychology arena, and to apply it to such.

6. From 2008 to 2010 I conducted my post doctorate fellowship in rehabilitation and neuropsychology at Austin Lakes Hospital in Austin, Texas. My clinical emphasis was on the evaluation and treatment of cognitive and behavioral disturbances associated with neurological disease, trauma, and developmental disorders.

7. Among other groups, I am a member of the International Neuropsychological Society, the American Psychological Association, the National Academy of Neuropsychology, and the Austin Neuropsychological Society.[1]

---

[1] The American Board of Clinical Neuropsychology has adopted the Houston Conference Criteria, which dictates a course of study with a two year full time

EXHIBIT 4 Page 6

8. Since 2010 I have been in private practice. The focus of my practice is the independent evaluation of cognitive and behavioral disturbances associated with neurological diseases and trauma within a medicolegal context.

9. A complete copy of my curriculum vitae is attached hereto as Attachment A.

10. At the request of the Office of Capital Writs ("OCW"), current counsel for Teddrick Batiste, I conducted a comprehensive neuropsychological evaluation of Mr. Batiste at the Polunsky Unit in Livingston, Texas on January 5 and January 6, 2012. The purpose of the neuropsychological testing was to determine whether measureable neuropsychological dysfunction or deficits were present and, if so, the nature, extent, and effects of those impairments on Mr. Batiste's behavioral, psychological, and cognitive functioning.

11. My formal assessment included portions of the Halstead-Reitan neuropsychological battery, the Meyers Neuropsychological Battery, and other standardized neuropsychological measures designed to assess a patient's frontal, parietal, temporal, and occipital lobe functions. This battery of tests assesses a broad spectrum of cognitive and sensory-motor abilities dependent on the overall integrity of the brain. All neuropsychological tests administered in my evaluation of Mr. Batiste have appropriate and documented standardization, reliability, and validity. All tests administered are often used and are generally accepted in the neuropsychology community. These tests were widely available at the time

---

fellowship. This board also requires that the applicant pass a credential review, a written exam, two reviews of work samples, and an oral examination. At the time of this document, I have passed both the credential review and the written exam.

EXHIBIT 14 Page 2

of the offense (2009), as well as at the time of his trial (2011). A full listing of the tests administered is attached hereto as Attachment B.

12. I also conducted a clinical interview of Mr. Batiste, speaking with him about his family background, personal history and experiences, and his current physical, medical and emotional state. The evaluation of Mr. Batiste, including the testing and clinical interview, took approximately sixteen hours over the course of two days.

13. Prior to my meeting with Mr. Batiste I reviewed his juvenile records from the juvenile probation department and the Texas Youth Commission; Mr. Batiste's medical records from the Harris County Sheriff's office; Mr. Batiste's disciplinary records from the Harris County jail; and Mr. Batiste's school records. In addition, I reviewed the testimony of family members and other mitigation witnesses from the punishment phase of Mr. Batiste's capital trial, as well as the testimony of Mr. Batiste himself and the State's expert witness, Scott Krieger. I also reviewed several online newspaper articles that referenced the crime and Mr. Batiste's capital trial.

14. Based upon my review of the historical data, and the neuropsychological testing and clinical interview I conducted, if called as a witness I would testify to the information set forth below:

**B. Behavioral Observations and Clinical Neuropsychological Examination**

15. Teddrick Batiste is a twenty-five year-old African-American male who is currently incarcerated at the Polunsky Unit in Livingston, Texas.

16. I saw Mr. Batiste for approximately sixteen hours of neuropsychological evaluation over the course of two days. The evaluation was conducted in a confidential contact evaluation room at the Polunsky Unit in Livingston, Texas. Mr. Batiste was not restrained during the evaluation and the evaluation was uninterrupted. The testing room was adequately lighted,

EXHIBIT 1 Page 3

reasonably comfortable, and with an expected level of privacy for a prison. Mr. Batiste was not taking any medication at the time of testing. His visual, hearing, and tactile abilities were adequate and he was not experiencing any unusual pain. His sleep and eating prior to the testing was typical for him, as were his environmental and psychological stressors.

17. Mr. Batiste was cooperative throughout the course of the evaluation and attempted all tests that were requested of him. All indications are that Mr. Batiste expended sufficient effort to complete each test that was administered. Validity mechanisms imbedded in neuropsychological testing materials indicated that Mr. Batiste was putting forth appropriate effort on testing and revealed no evidence of malingering or exaggeration of neuropsychological dysfunction.

## C. Opinions

Intellectual Function

18. Teddrick Batiste's general mental ability was evaluated using the Wechsler Adult Intelligence Scale (WAIS-IV). The WAIS-IV consists of ten core subtests and five supplemental subtests designed to evaluate an individual's general mental ability. Two broad scores are generated, the Full Scale IQ (FSIQ) and the General Ability Index (GAI).

19. The FSIQ is based on the total combined performance of the Verbal Comprehension Index (comprised of four tests), Perceptual Reasoning Index (comprised of five tests), Working Memory Index (obtained from three tests), and Processing Speed Index (comprised of three tests). The GAI is based only on the six subtests that the Verbal Comprehension Index and Perceptual Reasoning Index comprise.

20. Mr. Batiste's performance on the WAIS-IV test demonstrates overall intellectual functioning in the normal range, with a Full Scale IQ of 93. This

EXHIBIT 16 Page 4

is consistent with previous intellectual functioning testing done of Mr. Batiste.

Neuropsychological testing

21. Teddrick Batiste's neuropsychological functioning was evaluated using a series of tests selected to evaluate his sensory, motor, attention, memory, language, visual-perceptual organization and executive functioning. Executive functioning is an umbrella term that describes an individual's ability to integrate and assess information in a manner necessary to think, reason, problem solve, anticipate consequences of actions, and if needed, change actions based on information received from the environment. Executive functioning affects all requirements of everyday functioning, decision making, impulse control, self-regulation, and goal-directed behavior, as well as insight and foresight.

22. Among other tests, I administered portions of the Meyers' Neuropsychological Battery (MNB), which is a comprehensive standardized neuropsychological testing battery. It has been used since the early 1990's to evaluate sensory, motor, attention, memory, language psycho-motor and executive functioning and provides a picture of the individual's overall brain functioning. The MNB has demonstrated accuracy in determining the presence or absence of brain damage, with a 96.1% accuracy rate of identifying brain damaged individuals.

23. Testing revealed that Mr. Batiste suffers from damage to his frontal lobe, specifically with regard to the part of the prefrontal cortex that controls risk taking.

24. The frontal lobe is the area of the brain located at the front of both cerebral hemispheres. It is positioned anterior to the parietal lobe and superior and anterior to the temporal lobes. The frontal lobe is involved in motor

EXHIBIT 1 Page 5

function, problem solving, spontaneity, memory, language, initiation, judgment, impulse control, and social and sexual behavior. The left frontal lobe is responsible for language related movement, and the right frontal lobe controls non-verbal abilities.

25. However, for the majority of individuals, there is cross-over of function between the both sides of the frontal lobe. The frontal lobe also contains many of the dopamine-sensitive neurons in the cerebral cortex. The dopamine system is associated with reward, attention, short-term memory tasks, planning, and motivation. A common characteristic of frontal lobe damage is a difficulty in or an inability to interpret feedback from an external environment. Examples of this deficit may include, perseverating on a response, non-compliance with rules, impaired associated learning (which uses external cues to help guide behavior), and inappropriate or heightened risk taking.

26. Impulsivity and/or risk taking are often seen in individuals following frontal lobe damage. While these two concepts may seem to have the same meaning, they are indeed different; impulsivity is simply a response disinhibition, while risk taking is related to the reward-based aspects of decision-making. An impulsive person will make a decision quickly, without considering the consequences, leading ultimately to behavior that exhibits a lack of self-control. Contrarily, a person with an inability to evaluate risk will look at the consequences but not weigh them. Instead, they will jump at the opportunity of a reward even if the likelihood of receiving that reward is slim.

27. Mr. Batiste's frontal lobe functioning with regard to risk taking is impaired. In comparison, the majority of a representative sample of the United States population scored better than Mr. Batiste on the portions of the Iowa



EXHIBIT 1 Page 6

Gambling Test designed to calculate an individual's ability to appropriately evaluate a situation involving risk.

Impact of Brain Impairment on Everyday Functioning

28. Individuals with damaged frontal lobes often suffer from minimal to substantial memory loss. Mr. Batiste suffers from mild impairment of memory. However, it is his inability to conceptualize risk that significantly affects his functioning. Once Mr. Batiste is engaged in risky behavior he will continue to engage in that behavior, despite having the knowledge and recognition that the behavior may ultimately have dire consequences. Mr. Batiste's brain impairment renders him unlikely to stop risky behavior once it has begun, and in fact, causes him to behave in a way that actually increases the risk associated with a given situation despite being aware of the costs.

29. Mr. Batiste's inability to perceive risk can be compared to that of an impulsive gambler. An individual affected in this manner can recognize that the chance of winning is extraordinarily slim, and the likelihood of him losing his money is great. However, once the process of gambling has begun, he experiences difficulties in stopping himself. Instead, he increases the risk by continuing to gamble, despite the fact that he can acknowledge he will almost certainly lose. This is true regardless of the extent of the risk-it does not matter if there is one dollar or 100,000 dollars on the line. His inability to stop escalating the risk is the same.

30. The impact of damage to Mr. Batiste's frontal lobe is demonstrated by his history of failure to appropriately weigh the consequence of his actions. For example, immediately prior to his arrest in this case, Mr. Batiste was employed at a steel forging company. There was a period of several weeks where he worked in excess of forty hours and earned a significant amount of

EXHIBIT 4 Page 2

money in overtime. He immediately adjusted his spending habits to reflect that expectation of income, despite the fact that there was no guarantee that the overtime hours would continue. Intellectually, Mr. Batiste could understand that the consequence of this behavior was that he would not be able to meet his financial obligations. However, he continued to spend money and increased the material expectations of his family. In order to meet this expectation when the overtime income ceased he began to engage again in illegal activities.

31. Similarly, Mr. Batiste's admission of facts in the instant crime reflects his inability to calculate risk. Once he perceived a "reward" (i.e., the rims on the victim's tires), he was unable to adjust his behavior based on the risk involved to himself and others. He began to assume an inordinate amount of risk for a relatively small reward. His actions indicate that once he was in the situation he escalated the level of risk again and again until the incident ended with tragic results.

Etiology of Damage to the Frontal Lobe

32. There are several possible etiologies of the brain dysfunction that Teddrick Batiste demonstrates on neuropsychological testing. The impairment can result from head trauma or illness. Impairment of frontal lobe functioning is also found in a range of psychiatric conditions. Because of the confluence of interrelated factors it is not possible to distinguish the effects of any one etiology from the others.

33. However, contributing factors to Mr. Batiste's impairment could have been the result of a lack of pre-natal care his mother received during her pregnancy and/or her diet while pregnant. Furthermore, the meningitis Mr. Batiste was reported to have suffered from as a neonate could have contributed to or been the direct cause of Mr. Batiste's impairment.

EXHIBIT 1 Page 8

Treatment for Damage to the Frontal Lobe

34. There are several ways that Mr. Batiste's frontal lobe damage can be treated and controlled within a prison environment. First, medication is available that normalizes the dopamine response within the brain. A dopamine reuptake inhibitor is a type of drug that acts as a reuptake inhibitor for the neurotransmitter dopamine. This in turn leads to increased extracellular concentrations of dopamine and therefore an increase in dopaminergic neurotransmission. In other words, the medication normalizes the amount of dopamine that is released in the brain, which in turn quells an individual's desire to engage in risk taking behaviors. In large scale studies, this class of medication has decreased criminality in adults, including those with violent criminal behavior. Methylphenidate, marketed under the brand name Ritalin, is a dopamine reuptake inhibitor that is widely available and extremely effective in normalizing behavior. As of April 1, 2013, this medication was available in the Texas Correctional Managed Care formulary.

35. Secondly, the prison environment itself is conducive to the management and control of Mr. Batiste's brain dysfunction. Life in a secure prison is by its very nature controlled. Without much opportunity for decision making, and with limited freedom of movement, Mr. Batiste would likely not be presented with the opportunity to engage in risk taking behavior. However, even if presented with such an opportunity, the structure of the prison provides for frequent intervention and interruption. The manifestation of Mr. Batiste's brain injury is not immediate. He must first be confronted with a situation. Once confronted with a situation, he fails to appropriately calculate and evaluate the amount of reward to be gained versus the risk to be undertaken. Then, he must execute his actions according to that

EXHIBIT 14 Page 9



miscalculation. If his thought process is interrupted at any point, he is unlikely to follow through with the risk-taking behavior. The mechanics of the prison environment provide for constant interruption, and therefore disruption, of Mr. Batiste's ability to engage in and follow through with risk taking behavior.

Conclusions

36. It is my opinion, which I hold to a reasonable degree of scientific certainty, that Teddrick Batiste suffers from damage to the frontal lobe of his brain. As a result, he is unable to calculate risk and appropriately weigh the consequences of his actions.

37. In my opinion, which I hold to a reasonable degree of medical certainty, the impairment revealed by this evaluation was present in 2009 at the time of the alleged offense for which Mr. Batiste is sentenced to death, and would have been found at the time of trial in 2011, had a complete battery of available neuropsychological testing been administered.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on the 2-day of April , 2013 in Austin, Texas.

DR. JAMES G. UNDERHILL

Subscribed and sworn to before me on April, 2 , 2013.

Notary Public, State of Texas



JENNIFER RENEE RIEF
Notary Public, State of Texas
My Commission Expires
OCTOBER 3, 2016
Notary without Bond

EXHIBIT 1 Page 10

# ATTACHMENT A

: 00276

# James G. Underhill, Psy.D.                     CURRICULUM VITAE

**Texas License:**        34475

**Contact:**              P.O. Box 204181
                          Austin, TX 78720
                          (512) 484-0574 — Office
                          (512) 879-1889 — Fax
                          underhill.james@gmail.com

**Education:**

2008-2010                 Post-Doctoral Fellowship, Rehabilitation and Neuropsychology
                          St. David's Hospital, Austin, TX
                          William R. Stern, Ph.D., and Associates

2003-2008                 Psy.D., Clinical Psychology (APA Accredited)
                          The Chicago School of Professional Psychology, Chicago, IL

1998-2001                 B.A., Psychology
                          Southwestern University, Georgetown, TX

**Hospital Affiliations:**
                          Austin Lakes Hospital

**Professional Memberships:**

                          American Psychological Association,
                                  Division 22, Rehabilitation Psychology
                                  Division 40, Neuropsychology
                                  Division 41, Psychology and Law
                          Austin Cognitive Medicine Society
                          Austin Neuropsychological Society
                          National Register of Health Service Providers in Psychology
                          Texas Psychological Association
                          National Academy of Neuropsychology
                          International Neuropsychological Society

**Experience:**

## RELEVANT CLINICAL EXPERIENCE

2010-present              Forensic Neuropsychology Practice

Private practice, Clinical Neuropsychology/Rehabilitation Psychology. The focus of the practice is the
independent evaluation of cognitive and behavioral disturbances associated with various neurological
diseases and trauma within a medicolegal context.

| 2008-2010 | Fellowship in Rehabilitation and Neuropsychology<br>Austin Lakes Hospital, Austin, TX |
|---|---|

Clinical emphasis on the evaluation and treatment of cognitive and behavioral disturbances associated with neurological disease, trauma, and developmental disorders. Assessment approaches include: both embedded and derived Symptom Validity Testing (SVTs), Halstead Reitan neuropsychological battery (HRB), Meyers Neuropsychological Battery (MNB), and flexible neuropsychological assessment.

| 2007-2008 | Central Texas Internship in Clinical and Forensic Psychology<br>Rockdale, TX |
|---|---|

Assessed clients' legal capacity, psychosexual disorders (assessment of sex offenders), and risk of violence and/or sexual violence. Conducted psychotherapy in both individual and group modalities, for juveniles and adults. Settings included juvenile detention facilities, offices of expert witnesses, and attorneys' offices. Chief complaints included ADHD, anxiety, depression, aggressive behavior, adjustment issues, and PTSD. Position required on call hours.

| 2006-2007 | Psychotherapy Extern<br>Hartgrove Hospital, Chicago, IL |
|---|---|

Provided inpatient psychotherapy using both individual and group modalities, covering intake assessment, the creation of treatment protocols, and multidisciplinary treatment. Specialized duties included emergency room assessment, electroencephalography interpretation, crisis intervention, and outreach activities. Conducted both short-term and long-term therapy with patients from diverse ethnic, cultural, and academic backgrounds. Chief client complaints included anxiety, depression, aggressive behavior, adjustment issues, and PTSD.

| 2005-2006 | Neuropsychology Diagnostic Extern<br>United Stand Family Counseling Center, Chicago, IL |
|---|---|

This practicum required the administration and scoring of a wide variety of psychometric tools within the Chicago Catholic Schools. Two clinical psychologists, focused in pediatric neuropsychology, provided supervision. The Counseling Center delivers clinical services as well as in-school consultation. Duties included diagnosis, treatment design, and educational planning for children with a wide range of difficulties. Assessment incorporated both fixed and flexible batteries. Produced reports from battery data, focusing on the educational, psychological, and familial impacts of the findings.

## RELEVANT RESEARCH EXPERIENCE

| 2005-2010 | Neuroimaging Consultant (WOC)<br>Hines VA Hospital, Hines, IL |
|---|---|

Developed a format for combining MRI, SPECT, and LORETA (EEG) images into a single image. A protocol was developed to force standard Talairach space (a brain atlas for neuroimaging) onto the images, in hopes of differentiating psychiatry patients from normal controls. Further investigation

explored the integration of neuropsychological batteries into the protocol. Achieved proficiency in MEDX and HERMES neuroimaging software, LORETA software, and hardware including EEG, MRI, and SPECT. This position required detailed communication with radiologists, neuropharmacologists, psychiatrists, and the head of the Clinical Neurosciences Division. Duties included intern training, data analysis, grant writing, article writing, and presentations to medical school.

## TEACHING EXPERIENCE

2005-2008            Teaching Assistant
                     Chicago School of Professional Psychology, Chicago, IL

Served as a teaching assistant for two sections of The Biological Bases of Behavior, and two sections of Neuropsychology (for doctoral psychology students). Created test materials, graded papers, and lectured.

### Selected Publications:

Friend, J. A., Underhill, J. G., & Konopka, L. M. (2007). Use of cognitive assessment to differentially diagnose between bipolar and ADHD in pediatric populations. *Journal of the International Neuropsychological Society, 13*(S1), 116.

Underhill, J. G. (2006). Spina bifida: Hard facts and figures for new parents. *Educational Packet for New Parents.* Chicago: Spina Bifida Association of Illinois.

Underhill, J. G., Crayton, J., & Konopka, L. M. (2006). qEEG's relationship to clinical interpretation of single photon emission tomography. *Clinical EEG and Neuroscience, 37*(3), 281.

Underhill, J. G., Friend, J. A., Chennamchetty, V., Crayton, J. W., O'Donnell, K. B., & Konopka, L. M. (2006). Decreased frontal coherence and increased temporal coherence in aggressive children and adolescents with mood and disruptive behavior disorders. *Clinical EEG and Neuroscience, 37*(3), 280.

Friend, J. A., Underhill, J. G., Konopka, L. M. (2006). Decreased neuropsychological memory functioning and beta amplitude asymmetry in a PTSD population. *Clinical EEG and Neuroscience, 37*(3), 269.

EXHIBIT 1 Page 18

# ATTACHMENT B

# ATTACHMENT B

## List of Tests Given to Teddrick Batiste

Forced Choice

Animal Naming

Controlled Oral Word Association (COWA)

Dichotic Listening

Sentence Repetition

Judgment of Line Orientation

Boston Naming

Trail Making A & B

Finger Tapping

Finger Localization

Strength of Grip

Token Test

Category Test

Auditory Verbal Learning Test (AVLT)

Rey Complex Figure Test (RCFT)

Wechsler Adult Intelligence Scale IV (WAIS IV)

North American Adult Reading Test (NAART)

Green's Word Memory Test

Personality Assessment Inventory

Iowa Gambling Task

Wide Range Achievement Test

EXHIBIT 1 Page 15

: 00282

# AFFIDAVIT OF CHARLES ROTRAMEL

I, Charles Rotramel, state and declare as follows:

## A. Education and Experience

1. I am the founder and executive director of Youth Advocates, Inc. and Houston reVision. I received a Bachelor's degree in Sociology from Rice University in 1987. I have thirty years of experience working directly with at-risk and gang-related youth in the Houston area.

2. In 1988, I founded Youth Advocates, a non-profit youth development organization that provides assistance and support to young people throughout the Houston area in a variety of ways. Youth Advocates strives to move young people away from negative influences and behavior patterns and move them toward a positive future. Youth Advocates provides educational support, tutoring, positive alternative activities, substance abuse counseling, life skills training, job search assistance, and individual and group counseling. Through these programs, Youth Advocates seeks to break each youth's cycle of destructive behavior and replace negative activities with positive ones in the context of a supportive community. Youth Advocates builds a solid relationship with each youth and uses that relationship as a springboard for large life changes. Almost 90% of the youth involved in our programs avoid further trouble with the law following their admission to Youth Advocates and nearly 75% return to some educational setting.

3. Houston: reVision is a non-profit organization dedicated to helping transform the lives of at-risk youth in Harris County. The organization reVision works to transform the lives gang-affected

1

EXHIBIT 2 Page 4

youth by connecting them to positive adult role models. In the process, reVision seeks to build a new community around strong, affirming peer groups and prepare youth for promising futures through education and jobs. This organization was created in 2012 through an innovative partnership between St. Luke's United Methodist Church and St. Martin's Episcopal Church. As a result, reVision has created a unique partnership between church members and the Harris County Juvenile Probation Department. The organization's work has three main elements: pairing adult mentors with youth in the juvenile justice system; providing credit recovery and tutoring opportunities for youth facing difficulties in school; and, working with youth to set and achieve goals, connect to positive peers, and engage in constructive activities. Our staff members coordinate with other agencies and organizations to connect youth to services.

4. Through Youth Advocates and reVision, I have worked extensively with gang-affected youth from both inside the juvenile justice and criminal justice systems as well as on the streets and in neighborhoods across the Houston area. In addition to working directly with at-risk youth, I regularly work with juvenile court staff, Juvenile Probation Department officials, government and non-profit service providers, neighborhood and community leaders, and other stakeholders in the juvenile justice system.

5. My prior experience also includes working as the volunteer coordinator for Juvenile Court Volunteers of Harris County.

6. Through reVision's Gang Intervention Program, I work directly with Gang Unit Officers in the Harris County Juvenile Probation

2

EXHIBIT 2 Page 2

Department and supervise outreach workers who conduct direct intervention with juvenile gang members and adjudicated youth in Houston.

7.  As part of Youth Advocates' High Risk Gang Intervention Project, from 1988 to 1994 I received referrals from the Harris County Juvenile Probation Officers on high-risk gang-affiliated probationers and provided intensive intervention services for a minimum of two years, including individual and group counseling, alternative activities, and case management services.

8.  Through Youth Advocates' Street Intervention Program, from 1995 to 2009 I worked with a variety of referral sources including probation and parole Officers, school officials, and peers. For each youth, we provided intensive intervention services for a minimum of two years including individual and group counseling, alternative activities, and case management services.

9.  Through Youth Advocates' Hip Hop Culture Program, in 1995 I developed and implemented formal break dancing, graffiti art, and rap poetry programs for at-risk teenagers throughout the Greater Houston area. As a result of the initial program's success, we expanded the program to many locations throughout Houston and to Austin, San Antonio, and Los Angeles, California. This program continues today.

10. From 2000 to 2009 I supervised more than 200 AmeriCorps members to work with at-risk youth populations in partnership with many non-profit and governmental agencies including the Harris County Juvenile Probation Department, Neighborhood Centers, Inc., KIPP Academy, YES College Preparatory Schools, and Houston Independent School District.

3

EXHIBIT 2 Page 5

11. In 2007, I developed a formal club soccer program for at-risk youth, with both boys and girls teams playing Division 1 and Division 2 soccer within the United States Youth Soccer Association and the United States Soccer Federation.

12. My decades of experience working with at-risk and gang-affected youth have led me to be highly sought after as an educator, trainer, and speaker on issues of gangs, gang violence, and gang intervention programs. I have delivered dozens of presentations on effective gang intervention techniques to conferences and meetings at universities, law schools, non-profits, and governmental agencies. I have testified before the Texas State Senate and House on the subjects of gangs and gang violence.

13. I have been sought out for comment and cited as a gang expert in news media such as the Houston Chronicle, the New York Times, Texas Monthly, ABC News, Fox News, KHOU-TV, KTRK-TV, and KUHT-TV.

14. A complete copy of my curriculum vitae is attached to this affidavit. (Attachment A)

**B. Involvement in Teddrick Batiste's Case**

15. I was contacted by Teddrick Batiste's (hereinafter "Teddrick") current post-conviction counsel, the Office of Capital Writs ("OCW") to evaluate Teddrick's gang affiliation and involvement in the juvenile justice system.

16. I conducted a three hour interview with Teddrick on March 22, 2013, at the Allan B. Polunsky Unit in Livingston, Texas. Teddrick was cooperative and composed during the interview. He was reflective

4

about the questions posed, offering thoughts and explanations to all questions.

17. In order to reach the opinion that follows, I have also reviewed excerpts of Teddrick's trial transcript, including the testimony of the State's witness Dr. Scott Krieger, as well as the testimony of defense witnesses Darlene Beard, Gary Thiebaud, Kevin Noel, Jr., Kristopher McSherry, Rowena Scott, Stephanie Soliz, Terrie Soliz, and Teddrick Batiste. I have read recently received affidavits of friends and family members chronicling Teddrick's life history, education, the communities where he lived and grew up, and his involvement in the juvenile justice system.[1] I have examined Teddrick's school, juvenile court, criminal, police, and employment records. I reviewed photographs of Teddrick's tattoos and the jail letters that were introduced at trial. A complete list of the materials I reviewed is attached to this affidavit. (Attachment B.)

18. All of the information from the above-mentioned sources is essential for understanding the social, economic, and cultural factors that influenced Teddrick's early experiences with the juvenile justice system and his subsequent gang affiliation. It also forms the basis of my expert opinion, which I hold to a reasonable degree of professional certainty.

---

[1] Specifically, I read the affidavits of Rowena Scott, Kevin Noel Jr., Stephanie Soliz, Raul Soliz, Danyell Soliz, Rico Lara, Micaela Lara, Monica Davis, Melissa Beard-Carter, and Dytaniel Rod Carter.

EXHIBIT 2 Page 5

C. **Teddrick's First Experiences with Gangs and the Juvenile Justice System**

19. Unlike many gang-affiliated youth in Houston, Teddrick was not born into a gang-affiliated family. Nor was he "jumped in," "clicked in," or formally inducted into gang membership. As a result, Teddrick was never a "hard-core" gang member.

20. Hard-core gang members often inherit gang membership from family members. In other cases, they choose to join a specific gang because of the influence of older or tougher peers. Gang membership is the most important factor in the life of a hard-core gang member; nothing in a gang member's life is as significant as the gang and its members. The hard-core gang member develops strong affiliations with other members of his gang, spending large amounts of time with the gang and shunning involvement in other activities or relationships.

21. For the hard-core gang member, gang affiliation defines their identity and is a central component to their lives. Hard-core gang members do not hide their gang affiliation, nor do they compartmentalize it or separate it out from their day-to-day lives.

22. Teddrick on the other hand, never broadcast his gang membership to the world around him. Significantly, none of his family members knew that Teddrick was in a gang. (Affidavit of Melissa Beard-Carter at ¶17, Affidavit of Monica Davis at ¶42, Affidavit of Rowena Scott at ¶3.) Even his younger brother Kevin, who himself admitted to being affiliated with the Bloods, never saw Teddrick actively participate in gang activity. (Affidavit of Kevin Noel at ¶¶4-5.) This is entirely inconsistent with being a hard-core gang member. If Teddrick had been a hard-core gang member, not only would his

6

EXHIBIT 22 Page 6

family have known about it, but Teddrick would have proudly professed his membership to them. The fact that Teddrick's family did not know about his affiliation does not suggest that his family did not know him well. To the contrary, it suggests that Teddrick never actively defined himself according to his gang affiliation.

23. Growing up, Teddrick lacked consistent and steady parenting. Several of his family members note that Teddrick never had a positive, dependable male figure in his life growing up and that by necessity his mother spent much of her time working to provide for her two young sons. (Affdavit of Melissa Beard-Carter at ¶9, Affidavit of Monica Davis at ¶¶35-41.) This lack of authority, structure and direction at home ultimately lead Teddrick to seek these things out on the streets.

24. In addition, Teddrick never had a positive male role model in his life. The identity and whereabouts of his biological father were unknown, and his mother was subsequently involved in various romantic relationships that were unstable and dysfunctional. Teddrick's mother exposed him to men who were physically and emotionally abusive and had serious drug problems. (Affidavits of Rowena Scott at ¶¶20-32, Kevin Noel Jr. ¶¶8-14, and Monica Davis at ¶¶35-41.)

25. Teddrick's first actual exposure to the gang lifestyle occurred when he attended Campbell Middle School in the Cypress-Fairbanks Independent School District ("Cy-Fair ISD"). Around April 2002, when he was fourteen years old, Teddrick met a man named Daron in his neighborhood who claimed to be a Five Deuce Hoover Crip. Daron was about twenty-three years old, had a regular job, and a family. Daron claimed to be from Los Angeles—the birthplace of the

7

EXHIBIT 2 Page 7

Crips—and claimed to know a lot about the Crips. While Daron may not have actually been from Los Angeles and may not have even been a Crip (as evidenced by the fact that he had a job and a family, both uncommon for "hardcore" gang members), the actual effect that Daron had on Teddrick was profound.

26. Teddrick looked up to Daron, so as a result of meeting him, Teddrick began wearing blue and "dropping knowledge," or sharing information about the Crips while at school. However, Teddrick did not have any actual affiliation and did not belong to any clique. Teddrick was merely presenting himself as a gang member without having any actual involvement or membership. This type of behavior is common among young teenagers in some neighborhoods, where being perceived as a gang member is seen as something cool and edgy, but nothing more.

27. At the time Teddrick was in middle school at Campbell, there were very few legitimate gang members in the Cy-Fair ISD. As a result, Teddrick believed that the knowledge he learned about Crips from Daron was enough to make him a Crip, even though he did not associate with any actual gang members or participate in any organized gang activity.

28. Around this same time, Teddrick began to hang out with other students at Campbell who were breaking school rules and getting into trouble. Teddrick started selling Ritalin at school to other students. Teddrick was caught selling Ritalin at school in May of 2002. Teddrick was arrested and his entanglement in the juvenile justice system began.

8

EXHIBIT 2 Page 8

29. When Teddrick was caught selling Ritalin, the schools in the Cy-Fair ISD had a "zero tolerance policy." This policy dictated that a student that committed a crime on school grounds had to be arrested and expelled, no matter the circumstances of the "crime" or personal attributes of the student.

30. As a result of the zero tolerance policy, Teddrick was expelled from Campbell, adjudicated in the juvenile justice system, and released to the custody of his mother and step-father. However, because he had been expelled, he could no longer return to his home campus at Campbell Middle School. Instead, the Juvenile Justice Alternative Education Program ("JJAEP") placed Teddrick into Excel Academy, an alternative school. Teddrick spent an entire summer and subsequent academic year at Excel Academy for the singular offense of selling Ritalin on school grounds.

31. At the time of Teddrick's arrest, Cy-Fair ISD had the strictest zero-tolerance policy and was the largest client of Harris County JJAEP even though it was not the largest school district.

32. Excel Academy was run by The Brown Schools, who had a contract with Harris County Juvenile Probation Department at the time. The Brown Schools were facing a serious budget shortfall and did not have enough money under their contract to effectively and efficiently run the alternative schools.[2]

33. Teddrick had to take a two-hour bus ride every day to reach the Excel Academy and then another two-hour bus ride home in the afternoon. As a result, Teddrick spent at least four hours a day on the bus with

---

[2] The Brown Schools were forced to lay off staff and could not pay teacher sufficiently. Ultimately, The Brown Schools went bankrupt in 2006 and Harris County was forced to take over the JJAEP and its schools.

9

EXHIBIT 2 Page 9

other teenagers mandated to Excel Academy. The bus ride was so lengthy because youth from all over Houston were sent to Excel Academy and the same bus had to pick up all of the students.

34. The teenagers that Teddrick encountered during his four hours on the bus going to and from Excel Academy were very different than those he encountered in the Cy-Fair ISD. Many of the students were older than Teddrick, some as old as eighteen or nineteen. Many of the students in JJAEP at the time were there for serious or violent crimes. Some were in JJAEP after already having been to Texas Youth Commission ("TYC") facilities, or even adult jail. During these bus rides, Teddrick's older classmates discussed how to steal cars and how to sell and cook crack. It was from these individuals that Teddrick would ultimately learn how to steal cars.

## D. Return to Cy-Fair ISD and Boot Camp

35. Teddrick completed his term at Excel Academy in December 2002 and began attending Cypress Ridge ("Cy-Ridge") High School in January 2003. Teddrick had a strong desire to get involved in sports after his release from JJAEP. Coach Gary Thiebaud, the head football coach at Cy-Ridge, had seen Teddrick play football in middle school and recruited him to play football at Cy-Ridge.

36. Unfortunately, Teddrick missed the fall football season because he was in JJAEP and as a result could only participate in spring training once he arrived at Cy-Ridge. Had Teddrick been able to participate in the regular football season, the course of his life potentially could have been drastically different.

10

37. Through my work with the Youth Advocates' organized club soccer program for at-risk and gang affiliated youth, I have seen first-hand the tremendously transformative power of organized team sports. Competing with a team of positive peers and accomplishing a goal with others is genuinely life-changing for many at-risk youth. Especially for gang-affiliated youth such as Teddrick who have only been exposed to negative peer relations and who lack true genuine friendships, the camaraderie and sense of belonging and accomplishment a team sport can provide cannot be overstated. The connections they make with their teammates and the opportunity to highlight their skills in the arena of competition has a long-lasting effect on young people, particular those who, like Teddrick, are in need of a positive outlet. Because Teddrick missed the fall football season he did not get to participate in any actual games, rather he just attended spring training. As a result he never got to truly experience competitive sports in an active and engaged manner.

38. Teddrick was excited about the possibility of focusing on sports but continued to associate with the teenagers he had met on the bus, including the ones who were older and had more experience with criminal activity. While he had one foot in the camaraderie of the football team, he now had another foot in the life of the streets.

39. Teddrick met a girl named Stephanie Soliz when he was at Campbell Middle School, and when he started at Cy-Ridge they began to date. Teddrick and Stephanie would hang out in groups of other kids, playing basketball or spending time outside various apartments. (Affidavit of Stephanie.)

11

40. Using what he learned from his classmates at JJAEP's Excel
Academy, Teddrick started to steal cars, mainly so that he could visit
Stephanie. Teddrick was arrested twice for unauthorized use of a
vehicle during the summer following his first semester at Cy-Ridge
High School. As a result of these two arrests, Teddrick was again
adjudicated delinquent and placed in the custody of the Juvenile
Probation Officer for Harris County.

41. Juvenile Probation first placed Tedddrick at Burnett-Bayland
Rehabilitation Center ("BBRC") and then at Delta Boot Camp.
Teddrick was released from Delta Boot Camp in December 2003.
Teddrick enjoyed the physical training, but did not see the point of the
isolated boot camp experience unconnected to a military lifestyle.

42. It is worth noting that juvenile boot camp does not exist today as it
did when Teddrick went. This is because the juvenile justice system
has determined that the boot camp model is not effective. Now the
boot camp is called Harris County Leadership Academy. Nationally,
studies began to show in the mid-2000s that juvenile boot camps have
the highest rate of recidivism of any juvenile correctional facilities in
the country. Juvenile justice departments around the country began to
move away from the boot camp model after a Government
Accountability Office (GAO) study identified 1,619 incidents of child
abuse at juvenile boot camps in the year 2005.[3]

43. While the boot camp experience did not leave a strong impression on
Teddrick, he did come out of boot camp considering the idea of
joining the military as a career goal.

---

[3] Ken Dilanian, "GAO study reveals boot camp 'nightmare'," (available at
(http://usatoday30.usatoday.com/news/nation/2007-10-10-boot-camps-main_N.htm?csp=34).

12

44. However, just as Teddrick was beginning to form constructive life goals, he was placed into an environment that made it difficult to nurture positive change. Just as Teddrick left boot camp, his mother moved out of the Cy-Fair ISD and into an apartment complex directly across the street from Eisenhower High School, near the Acres Homes neighborhood. These apartments complexes around Eisenhower High School are notoriously high in crime, with extensive drug dealing, prostitution and other crimes. Eisenhower High School has a well-documented history of gangs and criminal activity among students. Teddrick was thrust into a rough neighborhood where he knew no one and forced into a school with unfamiliar faces and considerable gang activity.

45. Also as a result of his mother's move to Acres Homes, Teddrick was even farther away from Stephanie. Two months after Teddrick moved to Acres Homes, Teddrick was again arrested for unauthorized use of a motor vehicle. When Teddrick was adjudicated delinquent he was sentenced to TYC. After orientation, Teddrick was sent to the Sheffield campus, located in Pecos County, Texas.

E. **Sheffield Boot Camp and Teddrick's Exposure to Institutionalized Gang Culture**[4]

46. Teddrick's experience at TYC's Sheffield Boot Camp proved transformative. Sheffield was a facility deep in West Texas, far from Teddrick's home, family, loved ones, and comfort zone. Sheffield closed in 2008 after sexual abuse scandals erupted in TYC's West

---

[4] During this section, my discussion of TYC and its facilities such as Sheffield is based on my years of experience working closely with the juvenile justice system and with at-risk youth.

13

Texas State School a year prior. Before its closing, Sheffield had a reputation as being an extremely harsh and isolating experience for youth. In order to survive at Sheffield, youths would have to identify with a gang. There were no individual sets or cliques—there were just large gangs such as Bloods, Crips, and MS-13. When a youth arrived at Sheffield, they quickly would establish an affiliation with an established gang for protection. The gangs at Sheffield had less in common with typical street gangs and were more similar to the large prison gangs. Juvenile street gangs are based on specific territories; members come from specific neighborhoods, apartment complexes, or areas of a city. Because youths come to TYC from all over the state of Texas, there is not enough of a critical mass for any juvenile street gang to gain influence and a following. Consequently, youth in TYC custody often organize themselves into larger, prison-style gangs based on race, ethnicity, or home gang affiliation.

47. Sheffield was understaffed at the time Teddrick was there. As a result, there was often minimal supervision, leaving the youth vulnerable to abuse and violence at the hands of other youth and staff members in their dorms.

48. Teddrick was extremely isolated during his time at Sheffield. Due to Sheffield's remote location, Teddrick's family only managed to visit once during the year he was there. (Affidavit of Rowena Scott at ¶35.)

49. During the time that Teddrick was at Sheffield, female guards would enter the dorms and perform sexual acts with some of the youth. Other guards that were gang affiliated themselves would help youth get access to contraband. (Interview with Teddrick Batiste.)

14

EXHIBIT 2 Page 14

50. Sheffield had large dorms called pods. There would be a control booth in the center of two pods, where a guard would be charged with monitoring both pods. Sometimes guards would enter the pods and while they were in one pod, the other pod would not be monitored. Other times, the guard would sleep in the control booth, leaving both pods unmonitored. As a result, the lack of supervision led to a lawless environment where each youth had to concentrate on their own individual survival. Furthermore, there were few youth from the Houston area in these west Texas facilities. The youth were from all over the state, but few were from the Houston area because it was so far away.

51. There were many other TYC facilities that were much closer to Teddrick's family in Houston. It is problematic that TYC chose to send him so far from his comfort zone and support network at such a young age. As a result of the isolation, Teddrick was forced to align himself with and rely on virtual strangers for all of his needs, both physical and emotional.

52. It is also significant that Teddrick was sent to TYC for nonviolent offenses. The juvenile justice system has changed tremendously since Teddrick's time at TYC. If Teddrick were adjudicated for the same offenses now he would not be sent to an incarceratory facility for an extended period of time. As a result of the Annie B. Casey Foundation's Juvenile Detention Alternatives Initiative, Harris County has closed two juvenile correctional facilities and has reduced the length of stay in others. They now send 81% fewer youth to the TYC (now the Texas Juvenile Justice Department) than they did as recently as 2005. This change is part of a national trend toward reducing the

15

number of youth incarcerated.  This trend is driven by high levels of recidivism in such facilities, as well as numerous scandals related to systematic and repeated abuse of juveniles in such facilities.  Research has shown that incarcerating youth does not reduce crime but in fact increases it, while at the same time risking the exposure of youth to dangerous and abusive conditions.[5]

53. Teddrick's affiliation with the Crips at Sheffield was a matter of his own protection and survival in an unfamiliar and dangerous institution far removed from everything and everyone he knew.  As one of the youngest youth in the facility, Teddrick would have been subject to abuse and exploitation by older youth if he lacked some protection. He was able to find this protection through affiliation with the Crips at Sheffield.

54. Teddrick's experience at Sheffield ultimately institutionalized him. This means that Teddrick's long term incarceration at one of the harshest juvenile facilities at a very young age led to permanent psychological maladaptations that affected his ability to communicate and to succeed in the outside world.  Institutionalization (often called prisonization) has been found to cause several psychological adaptations: (1) dependence on institutional structure and contingencies; (2) hypervigilance, interpersonal distrust, and suspicion; (3) emotional over-control, alienation, and psychological distancing; (4) social withdrawal and isolation; (5) incorporation of exploitative norms of prison culture; (6) diminished sense of self-

---

[5] Richard A. Mendel, "No Place for Kids: The Case for Reducing Juvenile Incarceration (available at http://www.aecf.org/OurWork/JuvenileJustice/JuvenileJusticeReport.aspx).

worth and personal value; and (7) Post-Traumatic Stress Disorder.[6] Teddrick's institutionalization created in him a deep distrust of other people, made him distance himself from others, made him suspicious of others, and ultimately made it difficult for him to function outside of institutional control.

55. At Sheffield, Teddrick had to beat up people to avoid being beaten up himself. He had to "run shit," meaning he had to hold his own and find his own means for survival.

56. Teddrick was one of the youngest individuals at Sheffield. Most of the youth there were older, more institutionalized, and more hardened than he was. As a sixteen year old nonviolent offender, Teddrick was housed with violent offenders from all over the state who were up to nineteen or twenty years old.

57. After spending a year at Sheffield, Teddrick was transferred to Schaeffer House—a halfway house in El Paso, which was even further from home. Teddrick's experience at Schaeffer House was just as isolating and alienating as his experience at Sheffield.

58. Both Sheffield and Schaeffer were in the West Texas TYC district which was the epicenter of the abuse scandal in 2007 which ultimately led to the dismantling of TYC entirely.

## F. Release from TYC Custody and the Beginnings of a Family

59. While in TYC custody, Teddrick earned his GED. This meant that at seventeen years old, Teddrick could not return to high school and thus could not return to the life of a typical teenager. He would no longer

---

[6] Craig Haney, "The Psychological Impact of Incarceration: Implications for Post-Prison Adjustment (available at http://aspe.hhs.gov/hsp/prison2home02/haney.htm).

EXHIBIT: 2 Page 17

have the ability to play football or be involved with any kind of organized sports. There was no structured environment for him and no one directing him toward any kind of life path.

60. Despite this lack of guidance, when Teddrick was released from TYC he had a strong desire to start a family with Stephanie. Stephanie had her first son, Kash, a few weeks before Teddrick was released. Even though Teddrick was not Kash's biological father, Teddrick made it clear that he wanted to raise Kash as his own, to be the father figure for him, and to provide for Stephanie and Kash.

61. Shortly thereafter, Teddrick, Stephanie and Kash moved in with Stephanie's father Raul Soliz. This was the first time that Teddrick had a stable family unit in his life. He ate three square meals a day together with his new "family," again, for the first time in his life. Teddrick responded positively to this change and stayed out of trouble during this time. He began working several jobs and ultimately began working with Raul, who had a lawn care business of his own. By all accounts, Teddrick had a strong work ethic and loved to work. He would work as many hours as possible. This period of Teddrick's life is also suggestive that, given an affirming support structure, Teddrick could be a productive, law-abiding citizen. (Affidavit of Raul Soliz at ¶¶4-6, Interview with Teddrick Batiste.)

62. It is extremely uncommon for a hard-core gang member to take on a full time job of any kind. Individuals with a strong gang affiliation rely on the gang for income and social standing. Working a full time job, particularly for minimum wage or near minimum wage, is considered "selling out" the gang. It is entirely inconceivable to

believe that a serious gang member would work extra hours and multiple jobs.

63. After this period living with Stephanie and her family, the young couple began to argue, leading to a temporary break-up. Teddrick began staying with various associates in Houston. Eventually, Teddrick started hanging out with gang-related individuals back in his old neighborhood around Eisenhower High.

64. It was during this time that Teddrick became known by the nickname "New York," because he claimed to be from New York and loved all things New York. Interestingly, this is one of several different nicknames that Teddrick used. In different circles, Teddrick went by "Smoke." On another occasion, Teddrick self-reported to gang officers that his gang moniker was "Yayo" and that his affiliation with the Crips had started in California. This is a strong indication that while professing a Five Deuce Hoover Crip affiliation outwardly, Teddrick actually never had a strong gang-affiliation because he lacked a "set," or a common group of gang members with whom he associated on a regular basis. Because he was always moving around and having to make new associations with people, Teddrick would make up new associations for himself. Because Teddrick spent much of his childhood moving from neighborhood to neighborhood and spent much of his adolescence in and out of the juvenile justice system, he lacked a sense of belonging or a strong community bond.

65. Also symptomatic of his institutionalization was Teddrick's continuous changing of friends, intense mistrust of others, and failure to maintain a strong set of friends. The only time that Teddrick had

19

EXHIBIT 2 Page 19

stability during his life was when he lived with Raul, Stephanie, and Kash.

66. Almost predictably, once Teddrick lost the stability of life with Stephanie's family, Teddrick again found himself in trouble for unauthorized use of a vehicle. Teddrick pled guilty and was sent to state jail for the first time.

67. As soon as Teddrick was released from state jail, he left Houston to live with his friends Rico and Micaela in Denton. Stephanie also joined them in Denton, bringing with her Kash and Teddrick's newborn son Alex. The idea behind moving to Denton was to get away from the negative influences and old associations in Houston. Teddrick recognized that he needed to stay away from the bad influences that led him to his incarceration in state jail. Rico—likely the only true friend that Teddrick ever had in his life—saw this and made sure that Teddrick came to live with him and his family in Denton. (Affidavit of Rico Lara at ¶¶7-9, Micaela Lara at ¶¶14-18.)

68. It is common for gang-affiliated youth to have very few, if any, actual friends. Frequently, the social construct of "loyalty" will take the place of true friendship among youth who have been institutionalized. Having never experienced long lasting relationships, the institutionalized youth overemphasizes loyalty to their associates. Loyalty becomes a proxy for the unconditional positive regard which they have never experienced. Everyone the institutionalized youth has gotten close to has abandoned them, and all of their relationships are tentative and temporary. To the institutionalized youth, being loyal to another person is an essential character trait that makes them better than all the people who have abandoned them. Loyalty consequently

20

EXHIBIT 2 Page 20

becomes the most important thing for these youth. If a youth in an institutional setting can find someone or some group that is loyal to them, then that becomes something that the youth cannot let go. This also explains why associates in a gang will go out of their way to take credit for the crime of another, even someone they may not be particularly close to. Loyalty trumps friendship at every turn.

69. Rico helped Teddrick find work and the two young couples lived together in Denton until personal difficulties between Teddrick and Stephanie caused Stephanie to move back to Houston with the kids. Just days later, Teddrick was arrested for burglary of a vehicle and spent two months in jail in Denton. After his release, Teddrick and Stephanie reunited in Houston. (Affidavit of Rico Lara at ¶¶7-10, 13, Affidavit of Micaela Lara at ¶¶14-22.)

70. At this point, Teddrick was fully involved in the idea of having a family life and being the provider for his family, working more than full-time at Forge USA. Teddrick moved Stephanie and the kids into their own apartment, and Teddrick paid the rent and the bills with his earnings. However, at the same time, Teddrick began affiliating with new people in the area. He had several younger associates that he spent time with. He saw himself as trying to teach these younger youth both the ways of the street and at the same time, trying to keep them in school. Teddrick would pick them up from school to make sure they had attended that day. Again, none of Teddrick's behavior is consistent with the behavior of a hardcore gang member. While Teddrick may have seen himself as older and wiser than his younger associates, he was still working a full-time job, supporting a family, and trying to be a positive influence.

21

EXHIBIT 2 Page 21

71. Up to this point, Teddrick had never been involved in any crimes of violence. But these younger associates were "jackers," meaning they would commit armed robberies by sticking a gun in people's faces and demanding their valuables. Teddrick strongly discouraged this behavior. While Teddrick could not successfully prevent them from jacking people, they would at least not do it around him. (Interview with Teddrick Batiste.)

72. Eventually, Teddrick's hours at Forge USA got reduced and he began to feel enormous stress about not being able to provide for his family. It was a tremendously low moment in his life. During this time, some of his younger associates had a plan to "jack" a tattoo parlor. While Teddrick initially resisted, in a low moment, he decided to ride with them. As the "elder" of the group, he decided this time to give the younger associates "leeway" to pull off this robbery and let them call the shots. (Interview with Teddrick Batiste)

73. Again, the concept that loyalty is the most important thing among institutionalized and gang-affiliated youth like Teddrick likely contributed to his decision to go along with behavior of his younger associates that he would otherwise disapprove of.

## G. Analysis of Teddrick's Jail Letters

74. Through the Hip Hop Culture Program's rap and writing project, Youth Advocates has hosted an open-mic hip hop and poetry night every Thursday for the past fifteen years. As a result of my participation in this program, I have become familiar with street slang and typical language used in rap music. I have also received, read and

22

reviewed hundreds of letters over the years from gang-affiliated youth from correctional facilities that were sent to my staff and me.

75. I have read and reviewed the letters that Teddrick wrote while awaiting trial from Harris County Jail to various friends and family members and that the prosecution introduced into evidence and used against Teddrick at trial.[7] Based on my training and experience, had I been called to testify at trial, I would have testified to the following.

76. The rap lyrics that Teddrick wrote to his loved ones from jail show an emotionally complex young man trying to come to terms with the consequences of his actions and preparing himself for a life of incarceration. Using the common tropes and argot of hip hop music, Teddrick's letters show him vacillating between being overwhelmed by emotion and trying to hide or bury his emotions. His letters also show him vacillating between typical empty rap braggadocio and genuine emotional expression.

77. Hip hop lyrics are frequently misunderstood, misconstrued and taken too literally. Rappers commonly use hyperbolic and grandiose language to convey the intensity of emotions felt by frequently marginalized youth. While rap lyrics can sometimes be shockingly raw, it is a mistake to always construe them as glorifying, much less encourage violence. For Teddrick, and for many other youth like him that I have worked with, writing lyrics is a form of expressing these intense, complex and often overwhelming feelings.

78. Teddrick expressed how writing helps him cope with the thoughts and feelings that overwhelm him while sitting in his cell. He wrote, "so

---

[7] I have attached the letters I reference herein as Attachment C.

23

EXHIBIT 2 Page 23

now I'm in a cell and forced to broadcast my skills / that's the only cope I got, besides my pain bein spilled." (Attachment C at 3.)[8]

79. In several places, Teddrick expressed that people do not know the tremendous amount of emotion that he has inside him. For instance, he wrote, "A lot of people think they know / but out of generocity, they speak kindness out they soul / the feelins I tend to hold, has turned me into a walkin eyemax [IMAX]." (*Id.* at 3.) Because of what Teddrick has been through, he has an IMAX theatre's worth of emotion inside him, but he does not show it to others. Later, he expressed that at times he has such a huge emotional outburst that he is "punchin the walls until they start to hit me bacc / and hollering like I'm lost." (*Id.*)

80. Teddrick expressed remorse over his actions and recognizes that he is solely responsible for placing himself in the situation he is in now. As he wrote, "[I] built my own bridge, but I sliped and now I free fall." (*Id.*)

81. Many of Teddrick's letters are filled with typical rap boasts and braggadocio and can be read in the context of the general lyrical subjects of hip hop. In these sections he attempts to portray himself as tough and in control. He says things like, "I go so hard, a def man with cement in his ears can't ignore me." (*Id.* at 9.) Such hyperbole is common and typical in hip hop lyrics. However, when Teddrick gives detail in his rhymes, he reveals a more complex and human side to himself.

---

[8] In the interest maintaining the flow of the quoted sections from Teddrick's letters, I have chosen to leave slang spellings and misspellings the way they appear in the original letters. In the event that a word is so misspelled that clarity is necessary, I have left the original spelling intact and included the correct spelling afterward in brackets.

24

82. Teddrick wrote, "If I could be anything besides free it would be heartless." (*Id.* at 4.) He recognizes that he is in fact not heartless, not emotionless, and not a hardened gangster. He wishes that he could be emotionless, because it would be easier to not feel anything than to deal with the complex emotions that he is facing: remorse, fear, disappointment, and loneliness. When Teddrick does let his emotion spill over, he cries out, but nobody hears his pain except "haters" who have no intention of helping him. He wrote, "I'm screamin like a ma'fucca, but it seems only hattas [haters] here my sound / I truly need help cuz the ones I love don't even know me." (*Id.*) This is consistent with a feeling of isolation and abandonment. As Teddrick puts it elsewhere, "my circle's one deep," meaning there is nobody in his circle but himself. (*Id.* at 38.)

83. This sense of isolation leads Teddrick to a feeling that he needs to be a rock, completely emotionless, dependent on no one. This is a common survival tactic in the process of institutionalization. As Teddrick writes to Stephanie, "I've learned to neva get too close to anything or someone I can't turn away from in five minutes." (*Id.* at 31.)

84. Teddrick expressed regret over a lack of guidance. He stated, "I need the guidance of an experienced man." (*Id.* at 8.) Growing up, Teddrick never had a positive male role model. His family members mention this as a major factor in Teddrick's development. This lack of positive male guidance lead to Teddrick's sense that he is "lost" or in a "free fall." (Affidavit of Melissa Beard-Carter at ¶9, Affidavit of Monica Davis at ¶¶35-41.) As Teddrick put it in his lyrics, "I was thrown in the street and neva had a scremige [scrimmage]."

25

EXHIBIT 2 Page 25

(Attachment C at 25.) Because he lacked guidance at home, he turned to the street, where he was forced to act like a grown-up with no practice.

85. Because of the overwhelming nature of the emotions that he feels, at times during Teddrick's letters, he feels that he has to shut down all feeling and bury them away in order to survive in the institutional setting. For instance, he stated, "I got no love for no soul / fucc all niggas and hoes." (*Id.* at 5.) Teddrick masks his emotional vulnerability behind the thin veneer of typical rap braggadocio and toughness. Teddrick is attempting to convince himself and others that he is not "soft" or weak. To do so, he tries to convince himself that he is a monster. For instance, he wrote, "Ain't nothing soft about me, I spit and drink hard / sip blood from six infected vampires, and spit box from caprice cars." (*Id.* at 7.) At times, living with the consequences of his actions is too much to bear, and so tries not to feel, because it is too painful to feel. He stated: "I woke up with a problem cuz all I see is death / scared of sowen [sowing] what I reap, so I shoot drama to someone else / and I'm numb to the world, but every hatred slug is felt / and I know no other way to cope, so the inner me is kept." (*Id.* at 11.)

86. Teddrick does not know any other way to cope other than making himself numb. But, however much he tries to suppress his feelings and become a hardened gangster, his emotions keep showing up, refusing to be contained. He wrote, "I ain't seen ya'll in a minute, I let my emotions smoke my visit / and Momma I do listen, but the bullshit got me twisted...My emotions, got it showing, all in my bacc." (*Id.* at 8.)

26

87. Much of Teddrick's attempt to swallow back his emotional side has to do with his preparation for a life of institutionalization. For him, acting hard is a matter of survival—it is the only way he can defend himself in a brutal, violent environment. This is behavior he learned from experience as a child while detained at places like Sheffield.

88. At Teddrick's trial, the prosecution highlighted two lines from Teddrick's letters: "[My lawyer] sent me a letta, sayin the DA want off with my head / that's the results when you smoke a nigga and take off with his bread." (*Id.* at 11.) The prosecutor alleged that these lines showed Teddrick's callousness and a lack of remorse. However, in the context of the letter, these lines suggest the opposite. Teddrick seems to recognize that the path he has taken leads to death. Immediately following the two lines highlighted by the prosecutor, Teddrick continues, "It's time for a change, I'm hit and about to fumble / how much more of this can I take before I crumble / but fucc life you can have it, just let my kids know I love them / let them know I'm still me, and nothing will go above them / and to my victim's family, the inner me is lost / so hold yo comments to yo self, cuz you don't know what I'm about." (*Id.*) Taken in its entirety, this letter reads like a goodbye letter, even a suicide note. He is expressing that nobody seems to understand the genuine regret, remorse, hurt and pain that he feels.

89. Remorse is a common theme in Teddrick's letters. He feels severe depression and regret about his decisions and never dodges responsibility for his actions. "This situation got me wipen drops, like a windshield wiper." (*Id.* at 23.) "I fucced up cuz, I knew how to accomplish, but still a nigga cheated." (*Id.* at 25.) Teddrick

27

recognizes that he knew better, that he had an opportunity to make it by following the rules, working hard and providing for his family, but instead he "cheated" by committing crimes. In a particularly remorse-filled passage, Teddrick writes, "I know I'm fucced up, cuz now I'm feelin what they see / I'm lookin in the mirror, sayin Stephanie, why me / but cuz lets ride was more important than daddy don't leave...my betta half was right, the streets is no longer my life / I got my family but still tryin to earn stripes." (*Id.* at 24.) This passage expresses Teddrick's regret that he put his gang associates before his family. Teddrick is now able to see himself as others saw him, and he does not like what he sees.

90. Teddrick's attempt to harden himself and push his emotions deep inside him is clear preparation for a life of incarceration. Based on his prior experiences, especially at Sheffield, he knows that he will have to act hard in order to just survive in the institutional setting. Thus, in preparation for the brutal institutional life that he knows is ahead of him, he focuses on "teachin my self to cope without feelins up in my brain." (*Id.* at 12.) However, even in his attempt to bury his feelings, he knows it is futile: "how do I release pain, the voices won't neva stop." (*Id.*)

91. In a later letter, Teddrick comes to a realization that despite all of his attempts to present himself as an emotionless, hardened individual, he finally states plainly, "This street shit, I'm startin to think it ain't a part of me / wise as I'm allowed to be." (*Id.* at 16.)

92. Conspicuously absent from Teddrick's raps and letters are any explicit gang references, slang, or symbolism. The only suggestion of Crip affiliation in Teddrick's letters are the replacement of the letter "k"

28

with the letter "c" as in "bacc" instead of "back."  Typically, a hard-core gang member will riddle their letters with gang references, complex gang symbology and sayings.  The only references to gangs are in letters to his brother Kevin and his younger cousin Dominik Jackson.  Interestingly, there is little reference to Teddrick's own gang affiliation in these letters.  The references to gang culture only come in the form of offering knowledge and information about other gangs, not his own.  To Kevin, Teddrick writes that the gang he has been trying to affiliate with does not exist and that the tattoo he has is not a tattoo used by any gang.  (*Id.* at 48.)  Here, Teddrick is not trying to give advice on joining a gang, he is merely trying to protect his younger brother from getting embarrassed.  To his cousin Dominik, Teddrick advises against using a star symbol for fear that it would be misconstrued as a symbol associated with a Latino gang, the Houstones, that could get him killed. (*Id.* at 19.)  Interestingly, in the same letter Teddrick encourages Dominik to keep doing well in school and do his homework.  (*Id.* at 20.)

93. Another indication that Teddrick is not a hard-core gang member is his use of the term "O.G." in a letter to his friend Rico Lara.  O.G. stands for original gangster, a term gang members use to refer to an older established gang member in a position of leadership and respect.  In his letter, Teddrick refers to Rico as an O.G. for settling down, working diligently, and raising his family.  (*Id.* at 46.)  This is the opposite of the way that a gang member would use the term O.G.

94. In contrast to the hardened gangster, Teddrick's letters show him struggling to accept his fate, knowing that his co-defendant has not been arrested.  The concept of loyalty to his associates trumps any

29

EXHIBIT 2 Page 29

self-interest he may have in "snitching" and turning in his co-defendant. That loyalty would override the natural interest of self-preservation speaks to the level of institutionalization which Teddrick has already reached. He writes, "It's a fact, I'm not a rat, I got a co-defendant on the loose / livin off cake of the fiends and no empathy for number two." (*Id.* at 8.)

95. Frequently Teddrick expresses a feeling that he is different from how he is seen by others or how he is expected to be. Because he does not feel that he is the person that people expect him to be, he feels alone. For instance, "everybody gone, even tha victims and tha killas." (*Id.* at 40.) He draws a distinction between himself and the killer that he has been labeled as.

96. Labeling theory helps understand the sentiment that Teddrick expresses throughout his letters. Labeling theory is a sociological theory that explains how individuals come to fulfill the role that they are expected to play. Put simply, if people are labeled a certain way, they will respond by acting in a way consistent with that label. For instance, if someone is treated by others as a criminal, then they will begin to perceive themselves in the same way, and may ultimately adopt that role as their own. The label that society gives the person can change the person's social identity and concept of self.

97. Throughout his letters, one can see Teddrick struggling with the label he has been given. Teddrick says this explicitly—"tha hood labeled me a 'G'." (*Id.* at 27.) At times he adopts the role of a gangster, while at other times he struggles to distance himself from that perceived role and attempts to redefine himself based on his own self-perception. At one point in his lyrics, Teddrick begins to list his good qualities, such

30

as loyalty, honesty, and having heart for people. But just as quickly as he mentions his good qualities, he recognizes the futility trying to convince anyone that he is a good person: "I know this don't mean shit and knobody know or cares how I feel." (*Id.* at 38.) This passage shows that Teddrick is attempting to separate himself out from the way he has been defined, while at the same time he has an acute awareness of the fact that no one will believe him. Teddrick even begs to be saved from the role that he has fulfilled: "Lord, please guide a nigga from tha grimmy ways of tha street." (*Id.* at 42.)

98. Teddrick feels regret and remorse about allowing himself to become the label that he was expected to be: "I neva ask[ed] to be a gangsta, just wanted to be something in life / positive, successful, but instead I'm tha gunman at night." (*Id.* at 32.) Teddrick remorsefully takes responsibility for what he has become and what he has done. Because he recognizes that there is no way to undo the harm he has done, he can only hope that his son does not step into his shoes and fulfill the same role that he played: "So now I'm labled a killa and a threat to the street / and when I left, my son played with my shoes, but I hope he walk betta than me." (*Id.* at 41.)

99. Ultimately, Teddrick's lyrics are typical of what one would expect from someone with Teddrick's upbringing, early institutionalization, and grim prospects. The lyrics are filled with the type of generic boasting about how "gangsta" and tough he is that is expected in hip hop lyrics. Teddrick inherits this from hip hop culture generally, meaning that it does not come sincerely or specifically from him. What makes Teddrick's lyrics unique and insightful though, are the times when Teddrick cannot hide behind the generic "gangsta" image

31

EXHIBIT 2 Page 31

that he attempts to portray. His individual expression comes through even when he tries to suppress it. What comes through consistently in his lyrics, is a young man struggling with remorse over his actions while also struggling with the dichotomy between what he has been labeled as and the person he actually is. Far from the picture of a hardened gangster with no remorse and callousness toward the victims of his crimes, Teddrick's letters paint the portrait of a complex young man coming to grips with where his actions have led him in life, expressed in the medium of hip hop poetry.

## H. Conclusion

100. It is my opinion, which I hold to a reasonable degree of academic and professional certainty, that Teddrick's gang involvement was in large part shaped by the outmoded juvenile justice system within which he found himself at an early age. Teddrick first entered the juvenile justice system as a youth with no gang affiliation whose only offense was selling pills and exited the system affiliated with the Crips and with the knowledge and skill set to commit more serious crimes.

101. Were Teddrick to enter the juvenile justice system as it exists today in Harris County, his life would have been drastically different. The institutional responses to Teddrick's early offenses would not have been so severe.

102. Authorities in the juvenile justice system have learned that many of the techniques used even as recently as the time that Teddrick was in the juvenile justice system are not effective, do not decrease juvenile crime, and are not good for the youth themselves.

32

103.    There is a tremendous amount of research currently being done on what is being referred to as the "school-to-prison pipeline." The Council of State Governments recently completed a study on this subject called "Breaking School Rules."[9] Texas Appleseed also completed a massive study of this issue throughout the State of Texas called "Breaking Rules, Breaking Budgets."[10] This research and other similar studies show that juveniles who are arrested and/or removed from their home schools for zero tolerance offenses are being unnecessarily placed in the juvenile and criminal justice systems from which they cannot later extract themselves. Not only are these policies extremely costly, they are removing youth who could be successful in school with support and guidance, and are placing those students in the juvenile justice system where they are more likely to meet negative peers, drop out of school, develop substance abuse issues, and continue on a path toward prison. Efforts are now being made here in Texas and around the country to end zero tolerance policies, reduce or eliminate alternative schools, keep students in their home schools, and connect them to positive activities.

104.    One example of reforms currently taking place in juvenile justice is Judge Steven Teske's model in Clayton County, Georgia. Judge Teske eliminated the zero tolerance policy and created a protocol that kids cannot be arrested for things that happen at school

---

[9] Counsel of State Governments, "Breaking Schools' Rules: A Statewide Study of How School Discipline Relates to Students' Success and Juvenile Justice Involvement" (available at http://justicecenter.csg.org/resources/juveniles)

[10] Texas Appleseed, "Breaking Rules, Breaking Budgets: The Cost of Exclusionary Discipline in Dallas ISD," (available at http://www.texasappleseed.net/index.php?option=com_docman&task=doc_download&gid=692&Itemid=)

33

that are nonviolent. Only after a third offense can a student be arrested.

105. In the ten years since Judge Teske implemented his reforms, there has been a 60% reduction in juvenile crimes and more positively, the graduation rate is up 20%. Standardized test scores are also up.[11]

106. The boot camps that Teddrick attended no longer exist. The Brown Schools that ran Excel Academy no longer exists. TYC itself and the facilities that Teddrick was sent to no longer exist. TYC was replaced in 2011 with the Texas Juvenile Justice Department.

107. As a result of the reforms implemented since the time Teddrick was in the juvenile system, juvenile crime is down 40% in Harris County.[12]

108. It is my opinion that Teddrick's gang involvement was in large part shaped by the outmoded juvenile justice system within which he found himself at an early age. Teddrick first entered the juvenile justice system as a youth with no gang affiliation whose only offense was selling pills and exited the system affiliated with the Crips and with the knowledge and skill set to commit more serious crimes.

---

[11] Steven C. Teske, Brian Huff, & Cody Graves, "Collaborative Role of Courts in Promoting Outcomes for Students: The Relationship Between Arrests, Graduation Rates and School Safety (available at http://www.school-justicesummit.org/papers/paper_9.cfm )

[12] Harris County Juvenile Detention Alternatives Initiative (JDAI) Report, Vol. 4, Issue 4, August 2012.

34

109.   Were Teddrick to enter the juvenile justice system as it exists today in Harris County, his life would have been drastically different. All of the institutional responses to Teddrick's early offenses would not have been so severe and it is likely that his life would have taken an entirely different trajectory.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on the 24 day of April, 2013 in Houston, Texas.

CHARLES ROTRAMEL

Subscribed and sworn to before me on April 24, 2013.

Notary Public, State of Texas

DEBBIE TISCH
Notary Public, State of Texas
My Commission Expires
June 28, 2014

35

EXHIBIT 2 Page 35

# ATTACHMENT B

: 00318

# MATERIALS REVIEWED

1. Trial testimony:
   a. Scott Kreiger
   b. Clint Ponder
   c. David Davis
   d. Irma Fernandez
   e. Beth Pelz
   f. Kevin Noel, Jr.
   g. Teddrick Batiste
2. Teddrick Batiste's Records:
   a. Cy-Fair ISD Records
   b. Delta Boot Camp Records
   c. Harris County Juvenile Probation Records
   d. Texas Education Agency Records
   e. Texas Youth Commission Records
   f. Social Security Administration Earnings
3. Affidavits:
   a. Rowena Scott
   b. Stephanie Soliz
   c. Kevin Noel Jr.
   d. Raul Soliz
   e. Ricardo Lara
   f. Micaela Lara
   g. Melissa Beard-Carter
   h. Monica Davis
   i. Dytaniel Rod Carter
   j. Danyell Soliz
4. Letters written by Teddrick Batiste introduced at trial
5. Photographs of Teddrick Batiste's tattoos introduced at trial

EXHIBIT 2 Page 36

# ATTACHMENT C

: 00320

STATE'S
EXHIBIT

312

Teddrick Batiste #02279030
701 N. SanJacinto 2-6-1
Houston Tx. 77002

I love you!

Stephanie Batiz
4502 Spring Valley Rd.
Houston Tx. 77041



EXHIBIT 2 Page 37

2 and I dont hide behind a image
3 im to tuff as I can be, straight game, no scrimige
4 head on straight niggs, full press none stop
5 I tried grinder a lil bit, couple extasy and roccs
6 that put pressure unda a nigga feet, like heat roccs
7 why im on locc cause I poped and he droped
8 my poutna left me on 59 by Havastee
9 na im all out of bounce, streped up and it's hella hot
10 H.P.D. cant catch me po U.S. Marshalls fellas out
11 they got big ass gus I told them dont shoot ama surrenda
12 or should I go gas out like a ficc and remain the number 1 contenda
13 I wish I could be like Wy-klef and only be gone to November
14 but instead, im traped niggs, and I dont even know it
15 my freedom chances are slim as me, and im about to blow it
16 but when im traped, I get my scratch, I dont tap

1 I done walked lots of steps in these streets
2 put alot of pain on top of these feets
3 and I dont undastand when a nigga say he can tell a killa
4 they come in all shapes and sizes like any otha nigga
5 same a laugh and joke and same a straight kill ya
6 play banana with a niggas straight pill ya
7 why niggs remember when I was ballen
8 but I wouldnt nobody uber I was fallen
9 yall niggs weak plus yall all stayed caller
10 I been a back bone, yall niggs aint had shit
11 always trippen ova a bitch and some he said shit
12 you niggs gone crash, tryin to watch my moves and my shoes
13 you should be watchin my tool as im removin yo jewls
14 you should really be still, cause if you move, then youll loose
like karmasutra posi EXHIBIT 2 Page 38

1. Alot of people think they ~~know~~
2. but out of generacity, they speak kindness out they soul
3. the feelins I tend to hold, has turned me into a walkin ~~eye~~ eyemar
4. still tippen, way above the rim, I drip just like some type of climax
5. I been fucced up, like a Toyota, but neva had a recall
6. built my own bridge, ~~but~~ but I sliped, so now I free fall
7. im, half past dead, who is it gone hurt, if I dont sleep
8. tha real black sheep, aint no color die in me
9. #I thought I was doin great, maintainen with all the bullshit
10. fucced ova hatied and ~~pleeeeis~~ people bitchin, so I pull quicu
11. they dont know, so I workout, until I passout
12. vains in every part of me, and heart pompin about to splash out
13. punchin the walls until they start to hit me bacc
14. and hollering, like im lost, and need a shot to get bacc
15. then I ley it dawn and try to rocc my self to sleep
16. in 09, I had my strap in hand, I had to play for beeps
17. now look what I did to me, cant even touch my kids
18. and I ~~forced~~ my baby Stephanie away ~~fr~~ from me, look what I done c

1. I aint heared from knoobody in a while, plos I dont know what the business
2. I wonda if my brtch ~~fecch~~ workin, or fucch one of my fellow peers
3. my T-Jones aint said shit, I hope she aint ashamed of me
4. she new she had a heathen, but neva knew I optained a beast
5. Even in my child years, crime was the thang to me
6. It was everyware around me, in the street's and even on TV
7. help me please, im awake and im still snorin
8. the boss play games with my life, with a coin
9. but I got to be sleep, quicu slap a nigga twice
10. I make it burn by touch, like bad pussy and dry ice
11. that why im cooped up, they dont wonna see me breath
12. before I learn progress from nouthin, before I walk yo racc, I rath~~a~~ ~~be~~
   lika barefoot

EXHIBIT 2 Page 39

TROL #7 - DAMN- DAMN - DAMN
- I DONE LOST IT ALL
- How CAN I continue to FALL
- IF ALL I DO IS CRAWL

1 Why when a nigga as his ass shit get thrown in his face
2 an't true dont stop mocin, as they steady takein away
3 "What" the only hope I had left, and I thought yall would ride
4 Cant ever ask for help cause all I get is dreams and lies
5 but niggas some jump up like bump's when they bump up
6 lay yo ass down, they wont find you with a compas
7 despise on you niggas, comin to get you like some Huntas
8 to top it off, I aint happy with none of my hoes actions
9 but fuck it ha satisfaction came, when them hoes hurt me back in
10 so now im in a cell and forced to broadcast my skills
11 thats the only cope I got, besides my pain bein spilled
12 I alternate my pen because I often to break it
13 and murda the army of lined paper until the card bord is naked
14 plus I know I dont need it, but ama be the one to take it
15 I aint mad at nobody, and I know I aint racis
16 I faced insanity so much, I think I finally made it
17 and homie tell Bill, he betta chill, fore he end up gettin killed
18 and my steak wont be the only thing spilled
19 they say my troubles are passed on cause my sis a mafucca
20 but I pray for his momma to fade it, when swear try to fuck he
21 if I could be anything besides free, it would be heartless              ⟵
22 my smiles are the smallest and my fine years are the largest
23 so I put a bunch of green in the air, cause life stinks
24 and me, I'll make the move on yo man, befo the positive side of his wife
25 in here niggas yall cant see me, get off me, in the ground
26 I hate niggas and life there for my beef game, come in the fore pound
27 im screamin like a mafucca, but tha it seems only haltes hers my sound

EXHIBIT 2 Page 40

1 | Uh- dont give a fuck if you occupied
2 | who tha fuck are you, some kind of persent that represent Eth allah
3 | now im about to ride my kids my might possibly scream I dred
4 | cause the mission mission you supplied, was guaranteed to take lives
5 | now im, fuccin society with two long as clips from my ones
6 | predetors lurk to seek, but neva complete, to tryin to get me from behind
7 | the easiest thing to bring bring a niggs down, cant eva get up in my mind
8 | "a Bitch", is no longer one of my problems, around me they tend to stay in line
9 | I just west coast fuc em down
10 | they pussy I let some, but they mind I temprry temporcry comfine
11 | until they get it up in they cranium, that money is a major issue
12 | im tellin you, im about to get jammed into a place wace physical needs will miss
13 | and the greed will, touch and kiss you
14 | producing you theegs, you aint neva had
15 | haveta have you beggin for common curtisy
16 | but theres no respect so I place my mask and serve like gas
1 | I got no love for no soul
2 | fucc all niggas and hoes
3 | I use to chop cadillac and blackfeet blades befoe a niggs took the
4 | that left me back on the bloc, wace the doe-boy's play
5 | and my bitch fucc away, fuccin like its ok
6 | but fucc it, its cool, she was doin ha babies pappy
7 | I bangerd on tha doe, she ignored as I dodged coppers
8 | and when it come open, she was trippin, like I was wrong
9 | for he to feel loved, she let another nigga bone
10 | I wanna down this niggs, but instead I break glass
11 | I cod couldit think fast
12 | I sware to god, I was hurt
13 | but I cant be mad at him, my bitch the one who made the pussy twar
14 | I got a crazy baby momma, she will throw in yo face

EXHIBIT 2 Page 41

1. 100 percent gangsta, I been gifted
2. 92 percent of that, my nigga, I been tempted
3. tho otha 8 percent of that, I been lifted
4. I play like im part of the leage or a factor and a boss
5. ridea with a loaded fire arm, cause foes play me like im soft
6. I feel the vibe when im around, like a strobe light ova my head
7. still feedin my famm, I need the cow and the hole loaf of bread
8. and yall keep shiverin, I know you feel my breez comin
9. get upset like a stomac, and vomit bullshit from it
10. I feel democratic, and I got somethin for it
11. kids get held ransim, so they cant ignoore it
12. I get money, then the world, I would explore it
13. keep tha mind frame, to double up and neva blow it
14. and im tired of playin with hoes
15. and im tired of playin with foes
16. niggas force me to make hard bread, so now I play with toast

1. its been a while since I seen somebody, I oncol loved before
2. just many niggas with short time
3. and the ones who turn they selfs from buddies to foes
4. but it really dont matter no moe
5. freedom and communication is out my door
6. I keep filen motions for my case, but it seems like that wont go
7. thirteen months of my grimmy time, I spent it in the always
8. at seven oclocc the lights is bright, plus I cant ever stretch my arms
9. so close to the next man, when I sleep, I feel like he may try to stice me
10. my freedom I had to let go, cant teach my kids what I dont know
11. I stay on my grind but I get no shine
12. twenty-foe seven hard times remind
13. cant sleep, cause I get to peep
14. cant dream cause I tend to reap, from state to penetentri

1  in tha hood is tha same niggas
2  G's and tha lame niggas
3  all tha gangbang niggas
4  fires up tha same niggas
5  hoes hop cause tha change nigga
6  not cause the fame nigga
7  same old game nigga, put yo ass to rest
8  in yo beanie or yo chest, lay you down in yo nest
9  all I know is plex, so thats what I do best
10 I make yall image small, when you wet like zest
11 make it burn like crest, when you stress for a test
12 when it comes to hate, I need more not less
13 otha then some metals, I aint neva had much
14 but all that material shit, make hattas wonna touch
15 and all I know is buss, when yo manz try to cush
16 keep a broom on my shoulda, to take off tha dust

1  ~~when it comes to hoofer, a true nigga the illest~~
2  ~~I stand as a nigga all dark and wet like a dark cloud~~
3  ~~aint nothin soft about me, I spit and drink hard~~
4  ~~sip blood from a infected vampires and spit box from a price wars~~
5  ~~there for I keep money in rolls like charmin tissue~~
6  fock like a nigga with ~~arms~~ arms will lift you"
7  I hit a bitch with tha best of me, now she want the ~~test~~ rest of me
8  tellin all they friends, for they man's sake, now they want tha ~~test~~ recipe
9  aint much, just some gangsta and some tough love
10 take tha whole loaf and shove it in ha oven
11 I played my position, but the bitch ~~start~~ got a husband
12 tryin to play games, sende him were my g's bustin
13 hell I dont run from nothin, but tha otha side of me will touch him
14 gotta ease the homies up, they all sayin fuck em
15 the chapter is played his part, and his bitch couldn't get custom

EXHIBIT 2 Page 43

1. Hey momma ⬤ ... you ...
2. Chad Johnson shakes it, and dead dog fukin it
3. hated by alot of small people, call it bacon bits
4. in need to be shook, or put in tha heat and fried like bacon griece
5. I know I ain't been right, but shit im on my own
6. still fucced up in a world, with my hands for my crome
7. I aint seen yall in a minute, I let my emotions smoke my visit
8. and momma I do listen, but the bullshit got me twisted
9. cant even talt to Stephanie, and not bein stable is tha cause of that
10. And when I do get ahold of my ANGEL, in afraid of what I might hear, matta
11. my emotions, got it showin all in my face
12. its A fact, im not A RAT, I got a co-defendant on this lease
13. liven off cake of the fiends, and no empathy for the number two
14. you know that big giant oak tree, well im thicca than its roots
15. behind bars, and no bond, plus they only want the truth
16. I need the guidence of a experienced man, so Shyn, what I do

1. Stephanie, I need you like I need air, but what else can I say
2. your love is needed else where, so I kiss it with the grey
3. repent me for my sins, please dont push my pain away
4. I keep you in my mental, so at the sky, I often STARE
5. and if you was at the light, then I would be blinded by the glare
6. if love is really painfull, then dope me up with meds
7. a calliber holds six, baby take the first one, and put it in my head
8. and I apologize, if I aint too friendly
9. and for cap piller, the idolized and the ones who dont envy
10. because of you, I neva let anotha bitch, come close to me, unless ha nm
    is nine, and she a semi
11. I done had them all, crazy, stalkative so I make them va
12. but you, my lady of the spanish
13. I wanna hold you like a banji
14. ... if we were kids I would give ... candie

EXHIBIT 24

1. a nigga told me, have nuts have glory
2. I told him, I go so hard, a def man with cement in his ears, cant ignore me
3. I scramble to smooth, hattes try to hit me, like a quaterback
4. wondering why im already at a half, cause I brought the quaterback
5. got brice's jumpin around the hood, like it came with a bounce
6. dope game so good, make a councler reanonce
7. but that aint my hobby
8. me and my buddy, in tha lobby
9. told me to check my shoes, cause my laces untied
10. and poke me in the side, to remind me
11. to playa, to be slippen, and my joes dont come sloppy
12. if I could clean the game, would anything remain
13. or could I be the nigga, who love to toast change
14. and im so safe cause my 40 got a 18 nigga bite brain
15. and its kind of strange how such small thing produce so much pain
16. me and my buddy on tour just left wood forest
17. now we headed to "Cllise" to make it rain

---

1. I got no love for no soul
2. Fuck these hattes and hoes
3. I use to chop cadillac and blades, before a nigga took these
4. that left me back on the block, ware the dope boys play
5. and my bitch far away, fuccin like its ok
6. but fuc it, I guess, she was fuckin ha baby poppa
7. she ignored me knockin on the doe, as I dodged coppas
8. and when it came open, she triped out, like I was wrong
9. for her to feel loved, she let another nigga bone
10. I wanna down this nigga, but fuck it, I break some glass
11. cant think or focus, this nigga just had some of my bitches ass
12. I rush up in the room, and see my baby champ, quiet and sleep
13. tripper, but I cant go to far, I wanna let him sleep in peace

EXHIBIT 2 Page 45

STATE'S
EXHIBIT

217

Teddrick Batiste #021740230
1200 Baker St. 4th (2A1)
Houston Tx. 77002

Stay Up Baby!

Stephanie Sohz
4502 Spring Valley
Houston Tx 77041

USA FIRST-CLASS FOREVER

EXHIBIT 2 Page

1. day by day, I think im loosin my mind.
2. and by the bruses in my spine, you can see it hurt when im down
3. I woke up with a poison cup, all I see is death
4. scared and of sayin what I reap, so I shoot drama to someone else
5. and im numb to the world, but every hatred slug is felt
6. and I have no other way to cope, so the inner me is kept
7. I dont even know how to smile no more
8. 16 months and my lawyer ain't said how my trial might go
9. he sent me a letter sayin the D.A. wants off with my head
10. thats the results when you smoke a nigga, and take off with his bread
11. its time for a change, im hit and about to fumble
12. how much more of this can I take before I start cramblin crumble
13. but fuc it life, you can have it just let my kids know I love them
14. let them have im still me, and nouthin will go above them
15. and to my victims family, the inner me is lost.
16. so hold yo comments to yo self cuz you dont know what Im about
    tempered in the line of fire, no shield no sword
    but I got a thought, that will stand me on guard
    bow me in a flame ball, with denim shorts and no shirt
    with a picture of tha reaper and mirrow to look bac at his earth

I  CANT  THINK  TO  MUCH  ON  MY  MIN
AND  I  DONT  EVEN  KNOW  HOW  to  EVEN
ANSRO  IT.  SO  HOW  THE  HELL  OMA  DO
ALL  I  WONNA  DO  IS  MAKE  MY  WIFE
AND  KIDOS  HAPPY, BUT  I  CANT  EVEN  FUCC
STAY  FREE  TO  SEE  THEM  SMILE  AND  GH
I  WAS  OUT  ALL  I  DID  WAS  MAKE  HER
STRESS  AND  MAKE  HER  DAYS  DARK  I  APOLOGIE

2  so when they call Freddo jump, I just let them clap, and they trip

3  bitch is mail time, I got a product, and I get to sell mine

4  At first off the bud, you can smell mine

5  they all love me mine, they all wanna touch me mine

6  rather it to play with my dice, or 9 milli meter rush me mane

7  I tell em all the same, I ain't slippa with my pants down

8  im learn to get money from these niggas with they hands out

9  all gold teeth loud, tycoon be pesos and fen's out

10  niggas vada the cloud

11  in the smoke you be puttin on, and the session you be attendin

12  when my name get to mentes, yoo get to bendin

11  and yo pockets get to spendin

12  and I ain't ever hungry, my head slice is for my bitch

15  I get all the bread I need, so my kids could be rich

16  They got me lookin to the bible, live my life don't fit

2  wish I was wealthier then a matlife, richer than a bitch

3  they said, they'd give me life again, if I turned around and snitched

4  I looked him in his eyes, and said, I don't remember shit

5  now im lookin to the stand, as my nigga raised his hand

6  my life flyin by, cut be softer than a sand

7  but im shiffe then a semi, I ain't neva gone fold

8  I treat em all the same, soo niggas and hoes

9  wish I could get away somehow, smokin a piece ounce of sherm

10  I just learned it aint as cute, to my jerm

11  but one still remain, poured up in this game

12  teachin my self to cope without feelins up in my brain

13  how do I release pain, the voices want neva stop

14  I rotha be dien in my sleep than life flighted off the block

15  but the world cant understand, why I don't talk, and won't do it

1 just tell me how many in, im about to go and ride

2 they scared to come outside, cuzz they known to fight and hide

3 you really want beef, I leave you while inside

4 supurbe with my tool, you'll need Jesus by yo side

5 aint nobody represent me, "Smith and Western", was my poppa

6 I Springfield Armored a nigga, and had him, stressin to the doctor

7 bring my self, im already dead, life support came with me

8 close range, with a "30-30" scope, you still cant hit a gee

9 one thing about me, I leave niggas and hoes wet

10 "no Homo" but a nigga will get forced, playin with my respect

11 and hoes somethin else, I go in they mouths, like the hungry a

12 they taste my unborn, and the candy I shared with my lil homie

13 but if I could have it, now, my eyes would excell

14 evaporate, from all frowd shit, cuzz even real niggas tell

15 now call it to the game, the beef is almost ova

16 so I taped it all off, with a ski mask, six bullets, and my composures

1 & lifes a trip, I had a real nigga, ask me about my late homie

2 farr left side of my left hand, R.I.P to my late homie

3 im thinkin this nigga cool, but everytime he talk, I feel like he hate homie

4 but I stay plexed up, and anything he say, could send him to meet my late

5 homie, pumped up, for 32 bullets grill you, like a steak homie

6 cop killers, rest in tha chamber, in a wide clip homie

7 man lifes somethin else, will I get tired of all this rumbalin

8 no worrie, cuzz I aint been hit hard enough to start fumblin

9 eyes neva slumped, for them

10 tell them Teddricc's, in the jungle when they come for him

11 straped in a tree, as a threat, as they come for him

12 and unless its beef, I dont comprehend

13 when the clip is empty, I load up and dump again

14 no sin is worser than sin

EXHIBIT 2 Page 49

1. Guilty for 20 years, until they proved his innocence
2. crowds wonder why he stayed humble, and neva repented sins
3. day to day struggles, you could see my nigga goin threw it
4. fighten a life sentence, but he got no option but to do it
5. but seein no change, wiser his frame
6. motion after motion to put freedom to his name
7. and a beautiful woman, who kept it real and held him down
8. and when you look in his face, a smile aint neva hard to find
9. but homie rode it out, locc down in a box
10. buildin up a case, but he neva drove a got
11. pushin a bunch of iron, only cope'n with his pain
12. on a cell block, beach doors slam, and kick it with tha cats
13. wonda why tha victim took the stand, and gave a false trial
14. nigga was 15, when he walked the green mile
15. so many odd years, thinkin out why me
16. now my nigga free, and he aint even cop a plea
1. all free, im strollin out, all eyes on me
2. I try my best to open up, and see who happyness from my ~~smile~~ smile
RIP
3. I hear a whole bunch of people, and words steady scramblin
4. I cant talk, or walk, or other wise, I would go and handle them
5. my niggas knew what im bout, and knew ware I was comin from
6. I said, I give my life for happyness, but I gave it for my wheels
and whats in my trunk
7. life truly is a fuccin joke, small things will get you gone
8. I stop livin at 21, what kine of shit im on
9. a pair of wheels, will get me stuck
10. and a pair of lips, will give me up
11. but sometimes a nigga should listen to what his bitch spit
12. it might save a nigga life, or it might leave ____ quit

EXHIBIT 2 Page 50

1 Now that im grown, I got alot of enemies
2 but couldnt catch me, if I slep in the same bed, with a skin disease
3 plus this life is mine, and I wanted doe to burn
4 and eyes will neva be able to see me like a ober open germ
5 it the older I get the wiser I wish
6 I toss in the well, as my niggas wait till im gone, and take from tha sh...
7 but lifes a trice, and the game will make a nigga dissapier
8 like a ship with no rum, so tha pirates hit tha pier
9 smell thangs, make a nigga flip
10 a hundred dollas is a grip, to a fiend with a bunch of lip
11 and now im grown, I aint thinkin with my crome
12 violaters pay for what I own, and safely return home
13 and no moe self-centered ways to only come up
14 but I still holla, trost no bitch, with my gun up
15 and I think about tha reaction, so the action wont get me gunned up
16 I've realized, tha bottom aint for me, so I gave somethin up, "OLD WAYS"

I need to take a trip, with my grip, "I cant slip"
straped in my clip in my whip, "as I diped
I gotta get away, to much red, and im a crip
had to shake tha scen, full of blood, plus my shirt ripped up riped
stain on my colla, cuz I dip when I sip
always down, a forklift couldnt lift
as my nigga need help, cuz he triped and got stuck
ran across a pacc of dawgs, and he had some bad luce
tried to up first, but kg cop killas bit his shalda
left arm gone, so he switched, tha gun ova
then when he got his aim, I heared bang to tha bang
one up in his chest then one up in his brain
I groove Groove on my homie, cuz he cant Rich Roll
he dien in tha heat, but his body all cold   EXHIBIT 2 Page 51
                                              ~ Im

1  This street shit, im startin to think it aint apard of me
2  wise as im allowed to be
3  Got my own lable called "I Got hattas" Dot EnT
4  the moe money the moe they seek
5  the moe I creep, the moe they peep
6  if they dont tick, then I dont eat
7  if I dont eat, I start to creep
8  takin butta, takin bread
9  turn yo neec, I'll take yo head
10 yeah I need them watshin me
11 hattas dont stop plottin please
12 hate on me cuz, im a "G"
13 I got game and lots of freaks
14 but hattas aint no breakin me
15 I'll burn yo ass, like satins peeps
16 and emply you like vacancy's

1  How would you feel if you couldnt cum
2  yo gun wouldnt dump and yo bitch would wouldnt give you none
3  you been gone all day, now baby said, you watch yo son
4  pockets fucced up, you cant even buy a burger
5  now lifes all gone like murda
6  no plea, just visions of you bein rich
7  you bein rich, not yo family nigga
8  thats tha problem with most of us, to busy bein arrigant nigga
9  this situation im in most people cant relate
10 I done heared it all, it aint ova, just have faith
11 I made it, so im bac eatin beef and whole state
12 cant even break from tha grass, cuz im traped by tha old rake
13 but na homie, im dipen on my mistakes
14 held by a felony, while mista inhers get   EXHIBIT 2 Page 52

STATE'S EXHIBIT
220

FEDDRICK BATE STG # 02279030
701 N. SAN JACINTO 2-6-1-
HOUSTON TX. 77002

STAY UP!

DOMINIK JACKSON
11800 GRANT RD. #5203
CYPRESS TX. 77429

USA FIRST-CLASS FOREVER

I JUST GOT a LETTERS FROM YOU.

20100 I'm A SINNER TO MY OWN GRAVE/DID A MELLION SHOW'S WITH A MELLION NIGGAS/NOW I'M ON MY OWN STAGE/KICCED IT WITH THA CROOKETEST, BUT THA REALIST STAYED ON MY MIND/7th TIME, SQUABLED WITH MY G's TO MAKE MIND HANDS BETTA/I THROW DOWN TO MINE/NOW I'M ON SOME PENNATRATIN GAME, IN MY LIL BROTHA AND MY CUSIN SHIT/BUT NOW I FEEL LIKE DIEN, CAUSE THA DRUGS GONE/ BUT REALLY I BEEN DEAD, CAUSE ALL MY FUCCIN LOVE GONE/AND I REALIZE, I LOVE DRAMA, LIKE A F███ LOVE STONES/SO THANKX FOR THA ─LOVE AND CONSIDERA KINFOLK, BUT I RATHA KILL IT ALONE/DONT STEP INTO MY "SMOKE" ZONE ─ I'm GHOST HOMES

SAY BRO, WHAT UP BOY, MAN I WAS ABOUT TO FULL WITH MY MUSIC, BUT I GET TIORED OF OF EVERYTHING AND EVERYBODY, AND I SAY FULL IT, SAY FULL I GOT SO MUCH MUSIC WRITE DOWN, BUT I WILL MAKE A NIGGA QUIT WITH MY FREESTYLE GAME SAY NIGGA THAT ALTERNATIVE SCHOOL AINT WHAT IT IS, GET YOUR SHIT RIGHT NIGGA. SAY DONT WORRIE ABOUT NO PICTURES IF YOU AINT GONE SEND THEM I MEAN FULL IT MANE SEND THEM, FULL THA POLICE, DONT SEND NO CALENDER AND SHIT LIKE THAT, SEND PIC'S GET ME THAT NIGGAS C.J ADDRESS, A.S.A.P.! SAY THANKX FOR TELLIN ME ABOUT THE FAM, I GOT MY SOURCES, TELL YOU MOM THANK YOU FOR PRAYIN FOR ME, AND TELL HER I GOT ALOT OF FAITH, IS IT JUST YOU AND YOU MOM NOW? GOOD LUCK ON THA GRAD THATS 100. SAY THAT GET M███ ██████ █████ ████ ████ ████ OMA HAVE

EXHIBIT 2 Page 54

SOMETIMES, HOW MANY SONGS, HOW MANY PEOPLE? O-YEAH QUIT PUTTIN ALL THEM HOUSTONE STARS, THAT SHIT AINT THAT BELONGS TO A MEXICAN SET TANGO BLAST, IT MEANS TEXAS AGAINST GANG ORGINATION, THE GANG IS SILENT FIND ANOTHER SYMBLE, NIGGAS REALLY KILL FOR THEY SET IN JAIL MY NIGGA, THATS WHY YOU GOTTA STAY STIFF AT ALL TIMES, AND TREAT EVERYBODY THE SAME NIGGA AND HOES "MONEY OVA BITCHES AND NIGGAS TOO." SAY THATS 1000, KEEP LOOKIN OUT FOR MY LIL BRO HE AINT GOT NOBODY, AND DONT LET KNOWBODY TRY TO FUL-HIM OVA, SAY THAT TDAWG SHE'S OVA, I SMOKE MY NIGGA, I HEAR YOU GOT SOME INK, SAY YOU AINT GONE NEVA CATCH ME, TELL MY MOM TO BRING YOU DOWN HERE, ALL YOU NEED IS A ID, YOU CAN COME ALONE OR WITH A FREAK, BUT YOU CANT HAVE NO WARRENTS, BUT MY INK GAME IS AT A ALL TIME HIGH, STOMAC, CHEST, BACK, FACE, WHOLE LEFT ARM, FINGER BOTH ARMS, HANDS, FINGERS, SIDE OF HAND, HALF RITE ARM, LOL, OMA EAT YOU UP NIGGA "NO HOMO", DONT TRY TO COMPETE, SAY IF I GET A LIFE OR TOO MUCH TIME OMA DO MY WHOLE BODY, IM DAMN NEAR GONE DO IT ANYWAY, "I ASK FOR FORGIVENESS NOT PERMISSION"! YEAH, WHEN I SEE MY NIGGA, OMA HAVE TO GET AT HIM CAUSE IF THEY ENGLE FAULSA FYIN THA STORY, I DONT TELL MY MOMMA SHIT, WHA WHY THA FUL OMA TELL THA POLICE, YOU MITAS WELL KILL ME, AINT NO RATEN IN ME, B.T IF THEY WONT THAT HEAT, THEY CAN GET IT, I MADE KILLAS OUT OF THEM? AINT NO STRESS, REALLY IM FULLED UP BUT I AINT GONE

EXHIBIT 2 Page 55

HELL NAW, NO DREOS, STAY WAVED UP 360 BEE HVE

MY SHIT RIGHT, HARDEST IN THE DORM, NO SHIT MY NIGGA

O OLO MAN JUST BEIN A DAD, AND DONT MAKE HIM

LOOK LIKE A ASS, MAKE HIM SMILE BRO, GET Yo SHIT

LIGHT AND TIGHT, WHY THEY CALL YOU FREAKY, YOU BE

EATIN PUSSY, LOL. THAT SHIT MAKE THEM HOES FALL IN

LOVE. SAY FOO CALL ME, NA JUST PLAYIN, SAY NIGGA I DONT

DRAW, I DEBO THE MEXICANS TO DRAW FOR ME, I GOT YOU THOUGH

WHAT YOU WANT, AND HELL YEAH IM GETIN BIG I HAD TO STOP

FACEIN OFF, THAT SHIT MAKE YOU WEAK, BUT IT MAKE YO DILL

GROW, REAL TALK HAHA LOL, MAN I USE TO DO THAT SHIT ERRYDAY

DAY MAN OMA LET YOU GO BOY, GO DO YO HOME WORK

HAHA, FIND SOME HOES FOR ME — YEAH

S WHATS UP WITH

HAT COLLEGE SHIT

WRITE BACK.

STATE'S
EXHIBIT
221



Teddrick Batiste # 0227903o / 2:6·1
701 N. San Jacinto
Houston Tx. 77002

Stephanie Soliz
4502 Spring Valley Rd.
Houston Tx. 77041

I Love you

EXHIBIT 2  Page 57

Stephanie.                                                    3-1-10

     Say what's up baby, how you been doin? Well me in cool and still being me, I hope yall all ok and aint had no problem. How is it goin with kashes shot, you already got them for him or what? Are you still writing me or what, say mane that was fucced up, the last time I talked to you I told you I would call bac to talk to you and you talkin about no, dama, you dont wanna talk to me, you dont wanna fucc with me that much. Hey how has the dog been doin, my momi said that nigga is gettin big as hell. Say that shit with the Lawyer and that drunk driver aint real gone take a year to get settled is it, whats the lawyers name and the drunk drivers name. Say I still cant beleave it mane you really dropped a nigga off, can you beleave that shit, you bun te off when I needed you the most. Say mane I need you at my trile when I go, dont fucc me being aginst me, I still love you man and still fucced up about the shit, I already know my nigga, shit happens, on my end too, I just hope the boys dont get tiered of comin to see me, damn I know exactly what it feels lik not haven daddy around, and step daddy around, I hope they dont come up weak, say oma let you go, I Love you, stay up. Read this to kash          Always love  Ted/ick

     Hey whats up, I hope you been bein good and taken care of Alex. I aint been doin nouthin but watchin tv and sleeping. I been thinkin about you. I wanna pla spiderman and batman with you and Alex and we can eat fish stix and chiccen nuggets all day. Oma draw you a spiderman, I got to get a picture first, then oma send it to you. ok. I Love you And ACE is yur daddy

EXHIBIT 2 Page 58

1. Im Here in this place, that I dont wanna be
2. My feelins taken over, sometimes I dont wanna eat
3. most times, I cant think, I React better by just actions
4. but I aint neva crashin, so my seatbelt aint fasten
5. im goin 90, on a road, that made of paper
6. my blades cut up the lanes, so Im fallen like the cake of a clumsy cater
7. And why hattas mad in as blue as a dorf
8. TV's got the wood grain lit, call it a Flic in the forest
9. And ~~so think I got a problem, I back unborn shit~~
10. ~~Fuck a bitch so good he broke first words, are I need~~
11. And I need gwap, cuz Im tryin to get rich
12. why these hoes aint shit, cuz they niggas aint shit
13. so me, I been stressin, the situation im in, got me all fucced up
14. it aint even in my hands, got me all fucced up
15. so you could find me in tha hood, with blue ova my head
16. poasted on stand by like a tool in tha shed

1. I wonda if I fold, how many people gone really care
2. I mean who really gone question me, or loose a string of hair
3. I need to overcome it mane, but this shit stiffer than me
4. Im as stiff as I can be, and know the game like a freefferie
5. but now I lost cuntroll, and im fallin like my babies diaper
6. This situation got me wiper drops, like a windshield wiper
7. reality just kicced in, im really alone
8. without my kids and my momma, id be tosted like a slor
9. now im primed like my lac, they tryin to hide me ~~the~~ for a fact
10. the death pennelty is 3 shots, I think im EXHIBIT Page 84 that

1. I use to tell my nigga, my wife this, and my wife that
2. but then I wrote my wife and my baby momma wrote bacc
3. now, what am I to do, she just speakin, from her heart
4. she tryin to keep a nigga cool, but her response hit me like a do
5. I know im fucced up, cuz now im feelin what they see
6. Im lookin in the mirror, sayin Stephanie why me
7. but cuz lets ride, was more important than daddy dont leave
8. I barley made it home, and when I did I was alone
9. big Gator went to jail for riden dirty with the crome
10. my betta half was right, the streets is no longer my life
11. I got my family, but still tryin to earn stripes
12. but ill neva be suprised until they line me up in chalk
13. and yos should neva sleep on me, cuz anyday I turn my doggie i
    for a crip walk
14. I learned from an old lady
15. yas should neva stody the crazy
16. and always go hard, when somebody tryin to pay me

1. I know it sounds crazy, but all my dreams are threw, Im still thinkin of
2. and life wont be the same without drugs and my cheese, but its josta challenge 4
3. I wont be expectin yos to hold me down, and I wont be expectin yos to be there
4. I just wanna make sure yos love and remember me
5. I'd rather be apart of yos memories than someone to hate and wanna replace me
6. Yos know, neva want me around, like a negative vibe or bad tendacies
7. Jost cant understand it, I was daddys best employee and positive to the ones in the street
8. To a mistake were everybody got they eyes and hands on me
9. and niggas get senyority off stress, like its the new A·G·E
10. I repeatl repeatilly yell freedom but they over rule, sayin cage the beast
11. But ima continue to kill pads, like a lionist kill to eat
12. and ima continue to drop niggas, like a hot ass march in the heat
13. and ima continue bangin niggas, like ?   Slices on a space dont try to stay above head

2  playin with his life, and ask to ~~to~~ be traded or treated diffren
3  every minute on a hour, a jaccer barley misses tha ~~cops~~ cops
4  but they spend time pullin niggas over cuz they ride new, or in a dr
5  I just wanna give it back to a nigga who really need it
6  I fucced up cuz, I knew ~~understanding~~ how to accomplish, but still a nigga chea
7  so now im in a unit and im ~~complain~~ ~~contempai~~ contemplatin scr
8  first and the last question got me same answer dont do it
9  they playin with my life, so who else could I call
10 they got two dead body's and a gun full of my paws
11 I was thrown in the ~~street~~ and neva had a scremige
12 learned how to read ~~a nigga~~ gettin past a image
13 I aint ~~buy~~ to shit leave the playin to the toys
14 tha street in my vain, and tha cripps in my heart ▓▓▓
15 and it all look good when a nigga on top
16 but when the tires flat they all fade off tha clocc

1  Sine April 18, I been writing about my life
2  You know, shit I done good, but mostly shit that aint right
3  I talk about all my pain, and the strugglers I come across
4  how I hope the ~~world~~ world would change and people would ~~correctly~~ be a ba
5  but I dont see no diffrent, tha pain is still the pain
6  pain is still the present, and the pain is still the rain
7  pain is still a chain of thought, that conflict the average brain
8  and aint nobody perfect, show me life without a stain
9  am I guilty or am I not, eather way I gotta face it
10 oma man up befor the judge, maybe the good will overtake it
11 Shiddd, im ~~better~~ better off, robbin a bank with out a face kit
12 five in a half months, and im still lookin like a ~~beast~~ feast
13 tryin to convince the "DA", ~~that~~ I really aint a beast
14 this shit aint gon noware but I aint gone let them take i
15 neva thought I would say it, but oma fak EXHIBIT 2 Page 84 ke it

1. I'm a pimp in my own mentality
2. make niggas wanna hop fences, and throw they gall's at me
3. I do all the things that yall fellas think about
4. you got problems, bring em at, I got guns bigger than down South
5. I'm hopen for a change, but I know it will neva come
6. plus everyday, im sleepin creepin and eath with my gun
7. and its the same, jus another week or a day
8. but me, I got faith, only to crall blue ova tha gray
9. I scream this worlds fucced up, but really I know its me
10. cause I wanna value hoes and live like niggas on TV
11. wace the real niggas at they don't even come a dime a dozen
12. I need them all cause my life's been spent around crime and cuz
13. cant have shit, cause with a lil bit, haddes will start creepin ___
14. I aint neva been a hoe but im quice to leave a nigga with a problime ___
15. ___
16. ___
17. Still ___
18. ___
19. I turned ___
20. ___
21. man lifes a ___ play the game ___ or get hit

1. What yo bace nigga, the shit I be servin is rare
2. I mean yo head over here and yo body over there
3. and yo game been steped on alut, like the only pair of stair
4. I dare you hit my bloce, with no mask ova yo glares
5. and I heared hvrd you drive cautious nigga, I wood tho

EXHIBIT 2 Page 82

1  I Feel like niggas cant Fucc with me
2  I Feel like, sitten bacc and smoken weed
3  I Feel like niggas quicc to sell they soul
4  for a peace and chain, set of swangs or a couple of hoes
5  I Feel like, people lookin up to me
6  to guide a nigga right and leed him out of poverty
7  I Feel like, callin in and tellin my boss
8  I aint comin into work cause my mind is lost
9  I Feel like, I done had enought of this shit
10 I aint doin fir bout nobody else, yall can succ my dicc
11 I Feel like, hopen in my car body
12 and riden and riden, and riden away
13 I Feel like turning off my phone
14 and not returning bacc home, cause the problem is strong
15 I Feel like, sometimes just breakin down
16 and if I only had a bitch that smiled and hold me down
X6  I Feel like ~
17 - I got too many problems everyone of my own
18 - So one hit the bacc gate and then I'm gone in my zone
19 - I Feel like, I shouldn't Fucc Around with no Friends
20 - cause now im on my ass aint knowbody here to lead
21 - I Feel like, the world should stop and twirl around me
22 - I been all I can "G", the hood labled me as a "G"
23 - I Feel like shit when I woke up to all this hate
24 - and my bitch cant do acckmn thing, the drugs take it away
25 - I Feel like, if im sober I might hurt somebody
26 - So I hit the weed real fast and eck and jerk my body
27 - And if the world moved around me, this song would, murk somebody
X6  I Feel like ~

EXHIBIT 2 Page 63

1. All. Money dont go, Im tiored of being broke
2. Pennatration of to a cash regesture, kills a nigga Soul
3. I like when we elope
4. I protect yoo from counterfit, the naked eye will neva know
5. and I dont descriminate, but peso's will neva go
6. I put ova niggas and hoes
7. Plus yoo a major issue, and yoo'll take a nigga from his family
8. and then take his soul
9. I came out of jail, my money was at a all time low
10. My attention wasdnt even cought
11. but I placed a couple goals, and my numbers finally took off
12. and greed came with it, but news directly in my face
13. but bitches was, so I saccred them like robots and pstasked they oss away
14. I still aint rich, but my game toughfer than a brice
15. and I aint talkin shit but I make em wonna Revoita commit
16. All man im the shit, Gold setand salava when I spit
17. I watch Spike TV, translating Phelps of ibolhine to "Lit"

I know somethin they need, so why they tryin to face me mane
my lawyer dont accept my collect calls, so why he tryin to diree me mane
my celle said a prayer for me last night, and it just touched me mane
he seen me with my face in the pillow, lookin so rusty mane
my T-Jones, just blessed my game
in here comissary's next to fame
I'll give my heart to the strange, to see my bitch naked mane
my name on he finger I wonda do he resped it mane
But Aaron aint crazy mane, that nigga resped my game
he's a target up in my range, extended clip to his brain
im crippen not cristlin mane, straight sippin and grippin grain
yeah I still got it in me, what they think oma change

STATE'S
EXHIBIT
202



Teddrick Batiste "02279030
701 N. San Jacinto ~2G1°
Houston Tx. 77002

Stay Up

Stephanie Soliz
4502 Spring Valley
Houston Tx. 77041
Rd.

USA FIRST-CLASS FOREVER

EXHIBIT 2 Page 65

Stephanie                                                    3-14-10

Hey beautiful how yall been doin? I Hope yall in the
best health, at least Say baby how's it goin on the job
tip, you still lookin. I don't know why you quit payless, it's
gone be the same thang all over again unless you got a
plan, yall, well you think yall still need me, cause I need
yall! Say you aint got no certain place in mind, or anythe
apecific you dont wanna do. Well on my end I've been o
I mean damn phyc med's a mutherfucca, I hate that
shit, I think that shit fit's me but fucc that, im a
'gee' I'd rather go crazy, than to take med's and be
made crazy, you know, so I'm alright untell I hear yo
voice, or I think about you, or even recieve mail,
so I stay fucced up, it's betta that way I love you
Stephanie. I still miss yall like hell mane. my momz
told me that Aaron's good around the kids, and they
stay smeleing, but im still fucced up. That's good for the
boy's atleast. I'm still just crazed out about my wife
turning into my pen pal or my mistress, you wanna be m
secret admiroer LOL? Say I finally got court next
month, they just gone tell me the same thang. I think I
can beat one case, but we gotta tell them about all
them fucced up drug's I started using last march, and
how I started mentally loosing it ok, I need to talk
to you up in person. Say mane you said the lady to
you, you cant get a I.D. over the computer, so why
was said you gane get a money EXHIBIT 2 Page 68 just s

me, I've learned to neva get too close to anything or someone I cant turn away from in five minutes, it seems like every nigga I tend to have something in comon with with, they goin home real soon so there for you my only nigga right. Say mane how come you dont talk to me mane you to scared of people LOL! No foreal talk mane, you dont want to I plan on seeing the boys today so ima let you get bacc to what you was doin I love you. Stay up take care of you and I my lil homies, stay ab baby I mean that "I'm Ghost"    baby daddy

p.s. did you go    "Smoke"

and get your stamps

EXHIBIT 2 Page 67

1. I except tha whole paccage, whateva problems you had become
2. put aside the way I get money, weather a 9-5 or a life of crime.
3. but I neva knew if I got some time, you wouldnt even stick around
4. you my botha half in every sitsation, you suppose to hold me down
5. even know at the time, gettin money for you was the only thing on my mind
6. but who knew the stress would push me off the edg of line
7. of corse you didnt force me to do shit, but I dont wanna see my wife cry
8. now im livin amungs bullies, and sleepin with other victems
9. it hurts me to talk to you but I wanna tell you to pray the judge dont convict
10. I do it for my self, and it soothes my my mind frames
11. but knowin I may neva touch you again, Im still exceptin things I cant chang
12. and in the long range, I pray you continue to be a great mother, and remain a strong bic
13. as for me im still developin hope, cristher this case will possibly chinge
14. my load, I want alot of things and not a clue on how to get em
15. but I got my faith up in the good ghosk, and I know I'll soon end up withe
16. cause if anyone could speak on my behalf, they strik ment would be
17. dont kill him

1. Uh, I know pain like I know danger, and I show pain like a broke st
2. and matta fact, we go together like a coat and hange
3. on top of that my niggs got 25 behind people haters and a cople
4. now away with his ties, death to a stranger, aint even supcised
5. but fuc it more, let me hip you to what tha bizz is
6. live by die by, it aint to many forgivenesses
7. hatred is positive to some, they'll neva get rid of it
8. and thats for the pussies, either blend in or be tha dica
9. I neva ask to be a gangsta, just wanted to be somethin in life
10. but positive, successful, but instead im the gunmen at night
11. I wish tha pain could only come once a month, like foodstamps
12. but instead I come across it daily, like a loose tramp
13. I see niggas try to fight it but they can't

EXHIBIT 2 Page 68

1 I'm goin away, and I dont know if im comin home

2 in my physical is a bunch of niggas, and a road my family cant come alon

3 my mental is a visual, that my bitch will be movin on

4 my plea to the D.A. is washed up cuz we all sing tha same so

5 I really wish it really ment somethin, that on my knees, ill still be dumpi

6 for my family or to put and end to me of the violaters conscie

7 I wish my locs would ride with me, but we all dont think the same

8 I wish I could put in his mental, that for him, ill leak a niggas brain

9 so now im trippen on a daily, my conscious still, tryin to break me

10 I got too many problems, plus I'm stressin over tha D.A and my ba

11 now im on my knees prayin for my freedom, and my kids safety

12 and lately its a test, they got me sleepin with niggas that hate me

13 my lawyer aint sayin shit, so im thinkin of new ways to safety

14 damit, my lord, please just let tha outside take me

1 looks like ima be fightin this for a while and done drained all my smiles

2 my lawyer aint got shit, and he talkin about goin to trile

3 I look him in his face, and tell him man what if we loose

4 tha ima be dead as a vegstable, drained from water and roots

5 I just wanna see it first, maybe somebody smiles at me

6 its hard to do it alone, when tha devels tryin to kidnap me

7 I miss tha shit out my life, cuz I neva seen this shit happen

8 man I wish I could have a favor, and not just tell somebody

9 why my story aint the same, it will touch, open and exhale somebody

10 I cant count off one hand, how many favors Ive had

11 but I need more than 2 hands, to count how many I picked up carried an

12 I plea and beg just to come home again

13 cause, I really dont need exceptance, therefor faith and hope, are my only 2 fr

14 I recieve visions on tha daily, as is im riden by my self

15 but its capital murda, when you riden for yo wealth, and take away someones heal

16 Therefor I pray for help and loyalty upon my self

1  I took a couple of words from a shart timer
2  I bardy see tha nigga, plus he got limits, like a part timer
3  But when he saw, you can see tha nigga ~~correction~~ wise like a mafia
4  22-off tha street 30 in tha penn and tha pain, got him diei lik
5  a mafucca
56  Positive stories about how a nigga had alot goin
6  but ~~possibt~~ possibly how a nut had it out for him
7  the game has changed, hands aint really part of a new life
8  the gun got 3 outcomes, deed, eatin spreads or boned for life
9  its tha truth, tha bung will spread and shead some pain
10  have you lower than a piddle, or on top of tha chain
11  you can have yo momma proud of you and worrie free
12  or talkin to the pasture about you and cryin in ha sleep
13  Family first, money second and the game last
14  Aint worried about friends cuz like rain they pass
15  I make my own choices, and omg go for it
16  And I aint stopin till mybreath is limited, and im snortin for it
1  my case, get to me, but what else can I do
2  I sit up in a dorm, and try not ~~break~~ 2 break tha rules
3  my Momma came to see me, to bare me some bad news
4  damn I hate to say it, but it only geti cilla
5  grssny stop takin her meds, and they say its about to kill ha
6  now tha family make plans, they tryn to put her in a home
7  I wish I could make it betta by ridea it out until she gone
8  and bad enought Im doin bad, yeah I hate to admit it
9  but I cant stop tha pain I ody can only try to quit it
10  I wonda what they seein when hearin about my past
11  while Im stressin ova what I see behind tha glass
12  I feel tha hand print and ~~feel~~ hear me ~~everyone wonda~~ in his voice
   tell.

2  neva confosed in this game, nigga I bang with tha left
3  and some of us bang for fame, see I don't bang tha same
4  my nigga's bang for loyalty, change and survival in tha game
5  it a neva be tha same, no moe believing us mane
6  but my beleavins is tha same, im a leader in tha game
7  fur gettin change, bussin brains or fwe it makin it rain
8  but most of all sometimes even a playa falls
9  weather haled by community, or hated by tha law's
10 can I speak for all, fucc em all even yall
11 cause when I was paid it was easy to get pleased, but I don't need y
12 and now that im rich I developed a se symptom called beat yo feet ba
1  so much struggle and pain I got to wipe my brain
2  I done cut my arm damn near to my jagg blood is drained
3  ~~its a shame and my nigga's stay bang'n to claim~~
4  ~~eyes in tha rearview stuck to tha game its tha same~~
5  ~~don't dodge me mane have to maintain tha game~~
6  ~~I done sold my soul to tha streets and bang~~ ◀━━
7  im sic plus I cant stay out tha rain
8  my ~~pillowis~~ pillow stay wet, cuz Im cryin in pain
9  no moe cuts or designer chains
10 face covered in tatties, just to hide the pain
11 you to on my eye lids, when I close my eyes                          ◀◆
12 I got a bacc up strp, when its time to ride                          ◀◆
13 cuz tha one you supplied aint got enought shots
14 you wont find me dead, yo on yo block
15 unstrsped, all out of bounce, with my poccets out
16 and I aint tryin to be the reason my niggs got a colored
   in tear drop

EXHIBIT 2 Page 74

STATE'S
EXHIBIT
202

Teddrick Batiste # 02279030
701 N. San Jacinto
Houston Tx. 77002

"H"

I Love you!

Stephanie Soliz
4502 Spring Valley Rd.
Houston Tx. 77041

1 of 3.

1. This is ___ roll call for my troops
2. twenty-one nigga salute, on how they treated a nigga who began to groove
3. even though they the closest to me, I neva developed trust
4. I was cool, I aint break bonds or fuc a nigga up
5. it started with my bitch and how I scooped ha from another nigga
6. homie name Aaron, I aint neva made a bond, and aint friendly to mo fuc niggs
7. then I met some nice niggas phill-weed-and C.J
8. changed the game up no mo sports, now im vibes with the street pla
9. them niggas had a leader, and his name was Kory
10. I get cool with his lil bro domonique, but I really couldn't afford it
11. me, I did wrong, but neva to them niggs
12. in tha mean while, I go to bootcamp and CJ fuced my bitch
13. let a nigga name A.T. try to play ha quick
14. Then some foreys name Elan and Markus dams near took from ha
15. phill aint do shit, but turned his head and looked from ha
16. weed stayed down, he was cool as a mofuca
17. taught me some game and had me smooth then them otha succas
18. but I done did it all from puttin food in a niggas mouth
19. to givin a nigga clothes, and puttin lettin them sleep on my couch
20. I aint neva left them, but they left me
21. we suppose to dawg hoes, and fuc em up like two left feet
22. them niggas knew how to think more but they couldn't gangsta as me
23. had love for em all, but now I only love kash and Alex, wise men anda
24. I get more into the street and did alot of leavin
25. doin dirty as time goin to jail from season to season
26. my baby became pregnat
27. but by a nigga I neva expected
28. he use to tell me I got a good girl, and I should take a loss
29. but when he came home from T.Y.C. he put ha on his uncles couch, turned

31 | but fuc it shit happens, like when both of his sistas, came at me

32 I turned em down, I wouldnt fuc my niggas family on handle barrs in they sleep

33 | they both tried to fuc wits me, straight disrespecting my chicc

34 | this is why I hate my oter outer circle, if you mad, die first, I aint to

35 | im still here, plexed up, stressed out, trippen and crippen

36 | and baby, I apologise, we done had our share of wrongs together

37 | but ona forever hold you down, like me and you together for ever

38 | and alot of shit has went down, sinch since I kept them niggas in my t

39 | I cant say I can love or hate yall niggas, but I can say yall aint right

Hook | 42 - niggas gone do them and onn do me - my circles are deep - so now

playin 4 keeps - im way to invoved - I make a nigga trp-in difficult ma

Im the top to seek it all-but aint no moe fucin with yall-so whe

I catch you with yo hands out-im knocin off ya paws ~ ~ ~

Ska talk-b | I got a lot of partnas friends and foes, I've been heavn to much

between the verse | heart for people, now I need a miricel and I cant even see

a smilie, these niggas know wole he fue its all, but I dont expect

nothin from no nigga, the people I trust and expect from, get they

own lives, take this how yall want, mane, I really put out and helpe

ples I fucced up alot, still im no idle idole and shit, no god, bu

dona more, cant no nigga eva say I fucced them over, neva stole, viol

tried fuccin they girls, left them out hangin, well dunn, Shit happens,

mane, I know this dont mean shit and knobody know or cares how I

feel, but I wont hold bacc, so if we eva cross again, cross-in and

haccin, foreva - Plexed Up! to be continued, I got alot moe

niggas to put on blast, the list goes on. To my kids, loyalty is

best, but you got to stic with one life style, the fast money

aint what it is, but the choice is yours, cone be a slave with

me or be the boss, ya feel me and try not to get too close

to anythin you cant turn away from in 5 minutes, when you on yo

toees, and fucced up, they shine on you and pu EXHIBIT 2 Page 74 ...hen

1. Why a nigga getta have a problem when I wanna get away
2. I aint fade tha pressure, im just learnin to fade a mistake
3. and I wish a ???? would put his visions on my image, not my face
4. keep a nigga out a situation, ware he might blow up and lose a cool
5. its hard enough, eatin with tha beast, and knobody respect tha grace
6. if niggas dont respect my mind, maybe they'll respect my taste
7. so I sit in my zone, and write to tha feelin in my fingas fade aw
8. so many bars and ravings I gotta buy a pad every otherday
9. Im as holy as I can be, but sometimes I dwell on a mistake
10. they say I got a long road ahead of me, well that aint nothin new
11. I aint trippen, I survive betta, so when I dont know what im goin thr
12. so fuck it, day to day pain is somethin I dont mind goin threw
13. but now I understand why tha game come with glue
14. admired by tha penn, and embressed by tha death before twenty-two
15. and I dont know what that do for you, but I know what it do for ?
16. Im twent-one, and lately I been running into sharks every time I sleep

1. ~~a nigga ???? ???? ???? ???? ???? ???? ???? ???? ????~~
2. ~~now im loaded like ???? ???? ???? ???? ???? ???? tried ???? ???? ????~~
3. ~~but bitch nigga ???? ???? ???? ???? ???? ???? ???? silent~~
4. ~~keep hattas from around me, I got a ???? nigga tollerat~~
5. ~~I keep em like ???? ???? ???? ???? until they hatteres~~
6. and smash out bangin music louda than a siren
7. everything shows and them hattas try and admire it
8. tha games been thrivin for my divas
9. when it comes to my cake, no slower to my strivas
10. I done had it all, and it aint really what I need
11. I been idolized, pure pressured and even suffered from greed
12. but I will neva be a bitch, too many niggas doin it for me to repeat

EXHIBIT 2 Page 75

1  I know some niggas need to take they cape off
2  workin for tha cops for a lousy ass payoff
3  im tha dame damn boss and you about to get a layoff
4  if you got a problem with termination we can have a spray off
5  fuc tha blue mob and the crooked ass street cops
6  die with no sound glock got a silene muzzle make it sound like a
a  nigga doin hip-hop
7  then before we cut put a nigga in the sheet rock
8  blood on the wall niggas bleedin but tha heat hot
9  when I get up I be pist up like a pee-tard
10  burn a mammy spread a nose the top off tha head top?
11  Furst is the pills now my head to hop get rid of the gun powder?
12  residue ..... longer as the blood from tha dison powder
13  everybody ..... him ... tallen
14  my ... to make so much lovin to started clampin at the thrilla
15  slow up in the rain wash my umbrella
16  LI-KE a wet ass fella
17  and I stay spaced out like a jet-r
1  I made it another day lord and I plan to see some moe
2  lives with all these visitors as these visitors come and go
3  but I neva get too close, I always play em out of sight
4  its the same when I played em sit all blac but now I play em in all of  [Play]
5  I keep my grass cut, so I can scope out all the snakes
6  coz they'll strike quic, and have a nigga with nothin on his plate
7  but cautious is me and swift is my goal
8  e-mansipation of a ...... achieved niggas as you grows down my soul
9  it aint enough wealth to fill up all these ...
10  ...

EXHIBIT 2 Page 76

1 Now that Im here, I got no option of lyin down for it
2 im my own team, so im the one who's goin down for it
3 and I been here, just behind smoke for tha up and comin
4 but if I aint rappin, then im gettin money or losin somethin
5 and when im troubled, I ease up and start dumpin somethin
6 and for the cops, I stashed tha tool, so now searchin for nothin
7 I got people caren about me, like im hurt or somethin
8 plus tha streets gossip my name, like I murk somethin
9 but its all, for tha good and betta
10 cause my mouth absorb bitches like tha smell of shit and kitty litt
11 I got niggas listen, like I got somethin, to do with freedom
12 and they stay strapped, with they game face on as if the game
to cheat em

1 Gunshot wounds, got a nigga lip open Bertaub
2 thats what he get for not riding like he bein robbed
3 not homicide, Sgt. Sidney Miller tesenhella a wondering who did it
4 but he dont know cause he was slipen and out of when a nigga got o
5 all out of bounce, unstraped caked up
6 put tha heat on a nigga and make him rise like a cake cuzz
7 but tha shit aint no hobby niggas its just a hussle
8 and when a nigga on his ass he got to boguard, or flex a muscle
9 and a nigga quicc to holla, ill down a jacca
10 you suppose to cuz if you catch him slippen, tap in to him like a hott
11 they say I aint no betta, cuz since 12, I been a plocca
12 I cant help it, if my feelins say he green, then I just hafta
13 I been blessed, I neva bleed but bowed to the barrel
14 but I got heart, most niggas get jah jamed up, and bowed to the bea
15 death befoe I rat, and if I do, ama have my mouth to
16 tha barrel
16 So now im labled a killa and a threat to the street

1. All these deffrent mentalities
2. they got one thing in common, they all heared the word freez
3. but not me I surreadered, to tha $milli and the Ak-4 Flow'r
4. in tha streets I neva had to fit in
5. cuz I was everything another nigga wanted be
6. I neva been hit with tha led but tha hatred shells tend to knoc
   a nigga knee's
7. I wanted for certain thing's in life and neither one of them is
   to be pleased
8. Plus I stay around stiff G's, that squeez like commissiary cheese
9. lord please guide a nigga from tha grimmy way's of tha street
10. cuz I neva been pulled is do anything I just readed off how
    a nigga treated me
11. I wanna be wanted from all evil dealers but I kness I'll still do
    anything to get freez
11. theese niggas, dnt understand, FH
13. if I could turn back tha hands it would be one less dead man

1. Say, I ate the game up like I just came off a dret
2. hang a nigga up every wire I go like my addict's a giet
3. I supply it yall buy it
4. game make a bitch open up like she aint neva tried to hide it
5. be-be gon ass niggas, only bang under pressure
6. problem child dedit learn when I was two now in 22 and still I'll t
7. I grew up with a nigga Seamore
8. cuz with him on a daily cuz I be stay pue with purple like cuz
9. Reped colided in tha studio with E-roc
10. now bitches loop, so I pass them ova tha frame like sheet roc
11. bancis to tha pussy call it tha niggs hop
12. cuz ha to ha love or pop
13. I'm so theezy, I make it look easy

STATE'S
EXHIBIT
326



Teddrick Batiste #02279030
701 N. San Jacinto "6·D·2
Houston Tx. 77002

Rico:Mickey Lara
1015 Cresent Street
Denton Tx. 76201

Good luck on the school
Rico gone be yo doctor and you the nurse, "LOL"
I guess oma be havin two god kids "LOL"
Take care good luck!

Mickey                                                    6:27C

Hey How Yall Doin? Say I Hope Yall All Fine
And Stable. Say I Wanna Tell Yall, The Baby Looks
Like A Model, I Mean He Has A Glow. He And
His Daddy Look Like Happy Cop's "LOL" Well Me
I Got Real Sick And Lost Some Weight. But
I Bounced Back. So Now Im Cool. Say Mickey,
It Dont Matter If Yall Write Short Or Long
Letters, I Still Smile I Got Yall, Plus My Nigga
Rico Holdin Me Down Like No Other. He A Tru Friend
I Owe Him So Much. How You Like The House, Yall
Are Doin Good To Be So Young, Thats Whats Up. I Like
This Pen, Its "Shank" Proof So Its Flexable. What
Does The Dog Think About The New Place, Do
He Mark His Terkitury "Lol" Hey I Need You To
Tell To Print Me Out A Book Called "48 Laws
Power" I Think Thats The Name. If You Can. Print
It Out And Send It To Me. If You Cant Dont
Worrie. O-Yeah I Got The Pic's, I Look So Damn
Thall And I Look Like I Was Doin Bad. And I Was
Broke. Anyways Im Writting With A Broken Hand. I Had
To Beat Up A White Guy From The Mecctenary. He Hung
Up My Phone Call, And I Lost It, I Fucced My Self.
Now I Have A Assult Case. Cuz The Guy Has A
Broken Jaw And Staples. Im Tryin Mickey. But Im Lost
Enuff, Im Just Scared Of My EXHIBIT 2 Page 50 Love Y

PICO.                                                                    6-27-1

Now I Took a Pill so I CHILL, LIKE ICE
on THE TOP OF MY DRANK, mixed with Sprite or slice
and aint no hatters in my box, just commissary and kites
and rap's on how I wish I had a betta life
but I got a real nigga, and his name Ricardo
he keepin it too, while my hard times flo
he's a real "G", and keep it real with his self
his eye's on his future, and makin enough wealth
family doin good, and he gone work hard till death
I found a real lóc, and pulled away from all the foes
and I still keep it real, neva hoes ova bro's
I'd give it all nigga just to get up in yo shoes
life is a bitch, and the game pick and choose
I know Im goin threw it, but for lucc, I KEEP A smile
but really a nigga diein, cuc Im bout to loose trile
what happen to my values, they all faded away
my bitched walked away, and my life turned gray
Say homie I aint gone, but people say its ova
if I could turn it around, I would be a soldja
but they say Im a threat, and they dont wanna see me free
yu the first person oma tell, im about to be free
I mean oma give up, Im tired of reapin when I sle[e]
therse alot that need to be spoken up
but tha pain got a nigga, not wantin to open up
aint no quiec send in tha hood, so How I End UP stucc
Even with my lucc, a life sentence, wont make me b
Good lucc on tha new place, keep a space for me

EXHIBIT 2 Page 81

I know you probly wondering why, I wrote in a rap, well it helps me say what I need to say, an how I feel. Anyways what could be betta, home t yo celf, Im happy for you cuz "You are a OG" % done the bad, you gave bacc and made amends, and know now you a grown man, with yo head on right, y got that from me, I gave you that and it came from all the loc's, real and fake, they like what you doin, so keep on O.G. Good luce my nigga. Hey on the good hand you aint gone neva have a roof problem. How's things goin with yo company, they could use some help in Cancun right now "LOL" Well pain pills got me sl plus my head hurt. I love you homes. Take care, and tell the lil champ, I love him also, pray 4 me, I ho my faith, but I come in and out at times, Im Gh0st

P.S. bitch you was fly                           Shterly.
at chuckey cheese, that                          Cedrick
place has changed alot.          Thank's for takin my
the homies say you look          kids out. Thats 100 Rico
thatl, I say its legal when
you do it at home "LOL"

EXHIBIT 2 Page 82

STATE'S
EXHIBIT
388

USA FIRST-CLASS / FOREVER

T EDDRICK BROOKS #02279030
6.14.9
1101 N. SAN JACINTO
HOUSTON TX. 77002

KAREN NOEL
1010 SUN PRAIRIE #503
HOUSTON TX. 77090

STATE OF MIND LEGAL

EXHIBIT 2 Page 83

P.S. PLEASE CALL THE KIDS AND TELL
THEM I SAID I LOVE THEM. PLEASE
ASAP.

LIL BRO                                                    5/6/11

Sup What's Going My Nigga? Aint Much Movin
On My End, Buildin Up My Faith And Talkin About
All Kind Of Bullshit. Say Lil Bro I Cant And
Wont Tell You What To Do, But You Need To
Get That 4 Point Crown Concept Up There Is
No Such Thing. I Been Waitin On The That
Nigga Crew To Correct That But He Aint He
Aint Got The Right Guidance There Is No Such
Thing. Oh So Called 5 9 Pits There Is Made Up
If You Gone Do That Shit Do It Right I Hate
Comin At You Like That But I Dont Want Nobody
Comin At You Wrong About Some Bullshit. Anyway I
Miss You. Mane Say Do That Army Thing, Please
My Nigga, That's Yo Meal Ticket To Success. You Aint
Got To Go To War, You Can Do All Kind Of
Shit, You Aint Doin No Research, Thats Gone Be
A Headstart For You, And You Gone Travel The World
They Got "Thousands" Of Hoes Real Game Lil Bro.
Dont Stay Around And Wait To See What Happen
Or On Something To Come To You, Be Like Me
"Responsibility", I Mean The Grand I Did On My
Own, I Need You To Help Me Down The Line, You
Gone Be All I Got After Momma Pass Away, And
I Need You To Be Reliable, Maybe You Can Help
Me Give My Time Back On Appeal. Stay Up My Nigga
I Love You Bro. I'm Good!!! I Go EXHIBIT B Page 843

: 00369

## AFFIDAVIT OF SCOTT WM. BOWMAN, Ph.D.

I, Scott Wm. Bowman, state and declare as follows:

### A. Education and Experience

1. I am an Assistant Professor at Texas State University's School of Criminal Justice.

2. I obtained my Bachelor of Arts degree in Psychology at Arizona State University in 1992, and I earned my Bachelor of Science degree in Justice Studies at Arizona State University in 1996.

3. In 2002, I obtained my Masters of Science in Justice Studies at Arizona State University. My thesis was entitled *Ritual Arts of the Collective: A Comparative Analysis of Southern Lynching and Northern Sporting Event.*

4. In 2007, I earned a doctorate in Justice Studies (Ph.D.) from Arizona State University. My dissertation was entitled *Wealth and Asset Decision Making of Black Middle Class Families: The Rationalization of Economic Growth and Justice.*

5. My academic experience in higher education includes two years as an Adjunct Lecturer and Lecturer at Arizona State University in the Justice Studies and Criminal Justice Departments, as well as one year as a Lecturer at the Texas State University School of Criminal Justice. Since 2007, I have been an Assistant Professor at Texas State University.

6. At both Arizona State University and Texas State University, I have taught courses related to the criminal justice system including Crime Theory, Corrections, Juvenile Justice, and Race, Ethnicity, and Crime. I have taught courses at both the undergraduate and graduate levels.

1



EXHIBIT 3 Page 1

7. In addition, I have published scholarly articles and presented at conferences on the topics of: African-American incarceration, prisoner reentry, rap music and positive youth development, and am currently editing a soon-to-be published book on race and the prison system.

8. A complete copy of my curriculum vitae can be found below. (Attachment A)

**B. Involvement in Teddrick Batiste's Case**

9. I was first contacted by attorneys from the Office of Capital Writs ("OCW"), current counsel for Mr. Batiste, in August 2012. The OCW retained me to act as an expert in Mr. Batiste's case shortly thereafter.

10. I was asked to evaluate Mr. Batiste's background in order to determine what social, familial, economic, and societal factors shaped his development.

11. In order to reach the opinions that follow, I examined school, medical, employment, juvenile, and criminal records of Mr. Batiste. I reviewed affidavits from Mr. Batiste's family members and friends including: Necole Baldwin, Darlene Beard, Melissa Beard-Carter, Dytaniel Rod Carter, Monica Davis, Truman Jackson, Micaela Lara, Ricardo Lara, Malcolm Mitchell, Kevin Noel Jr., Kevin Noel Sr., Rowena Scott, Danyell Soliz, Raul Soliz, Stephanie Soliz and Beverly West. I also reviewed the expert affidavit of Charles Rotramel regarding Mr. Batiste's experience in the juvenile justice system and his subsequent gang affiliation. I reviewed excerpts of testimony from the punishment phase of Mr. Batiste's trial.

12. Finally, I conducted an interview of Mr. Batiste at the Polunsky Unit in Livingston, Texas on January 10, 2013. I spoke with Mr. Batiste about

EXHIBIT 3 Page 2

his family background and personal history and experiences, from his early childhood through the time of his arrest.

13. The interview lasted approximately three hours and was conducted in a private evaluation room where we were seated at a table together. Mr. Batiste was alert and cooperative throughout the course of the interview.

14. Based upon my review of the aforementioned materials, my interview of Mr. Batiste, and my academic and professional experience, I will testify to the following information if called as a witness:

## C. Introduction: A Life Rooted in Instability

15. Teddrick Batiste's (hereinafter referred to as "Teddrick") life thus far has been an unending search for emotional, structural and financial stability in a critically unstable environment. Never was there a point where his family, personal, and structural life were such that he could effectively produce the balance he craved and needed. Additionally, due to a number of social, psychological, and emotional factors, some of which began before he was even born, his quest frequently led him down the wrong paths.

16. Many factors in Teddrick's environment contributed to this lack of balance, including but not limited to: multi-generational patterns of poverty and ineffectual parenting; a complete lack of prenatal care; unsupervised home birth; meningitis as a neonate; psychological and emotional trauma associated with the lack of, and abandonment by, any appropriate father figures; frequent relocations and subsequent new schools; lack of parental supervision due to his mother's work responsibilities; influence of his external environment, such as neighborhoods and peers; early and influential interaction with the juvenile justice system; gang affiliation; use of illicit drugs, including

3

EXHIBIT 3 Page 3

marijuana; and finally, his overwhelming desire, but ultimately unattainable goal—to be the sole provider for his own family.

17. All of these factors were present in Teddrick's life before he had reached eighteen years of age. Some, but certainly not all, of these factors and concepts were introduced during his capital trial, but they were presented in a disjointed and unorganized way; they were never analyzed in their totality as to the extent and impact they made on Teddrick's physical, intellectual, emotional, psychological, and social development from utero to young adulthood.

18. According to the literature of criminal delinquency, there are several theories that attempt to explain why individuals commit crimes. The application of theoretical approaches to particular individual and social circumstances usually produce the most logical and applicable theories. While several theories will be presented within this affidavit, the overarching theory that will be utilized is Walter Reckless's (1961) "Containment Theory."

19. Reckless's "Containment Theory" is a well-known, well-studied theory and is considered one of the canonized theories within the field of criminal justice. In my experience, most every crime theory book that I have either used or reviewed has included Reckless's "Containment Theory."

20. The main contentions within this theory are that: individuals (particularly youth) that commit delinquent acts often do so according to "pushes" and "pulls" that act as motivations towards delinquency; the way to counteract the motivation and/or likelihood of delinquent acts is through the strength of "inner" and "outer" containments; and strong

4



EXHIBIT 3 Page 4

"pushes" and "pulls," combined with weak "inner" and "outer" containments are the most likely scenario to produce delinquent behavior.

21. Theoretically, the "pushes" and "pulls" towards delinquency are generally negative and are correlated to delinquent behavior. For an example as it relates specifically to Teddrick, his family life "pushed" him to seek alternative forms of acceptance but he was "pulled" into gang affiliation and the larger lure of delinquency. The "pushes" and "pulls" are presumed to both take place and reinforce each other towards delinquent behavior. While these are not the sole aggregates of Teddrick's life circumstances that resulted in "pushes" and "pulls" towards delinquency, these are the most transparent.

22. Theoretically, the "inner" and "outer" containments that are structured to counteract delinquent behavior are generally positive are correlated to conformist behavior. "Inner" containments are suggested to be a strong sense of self-actualization, a strong moral compass and a fear of how other's in close relationship would view their potentially delinquent behavior. Additionally, "outer" containments are suggested to be implemented through strong parental and school supervision that structurally limits the ability for delinquency.

23. For an example as it relates specifically to Teddrick, while the school system and juvenile justice system attempted to create an outer containment (with clearly documented limitations), little containment came from those closest to him. Similar to the "pushes" and "pulls," the "inner" and "outer" containments (when present) are presumed to both take place and reinforce each other towards conforming behavior. While these are not the sole aggregate of Teddrick's life circumstances that resulted in "pushes" and "pulls" towards delinquency, his fundamental

5

EXHIBIT 3 Page 5

upbringing and his actions based upon weak "inner" and "outer" containments are the most transparent. These competing influences are exacerbated not only by the unstable environment Teddrick was born into, but the chaos that existed within his family, well before his birth.

### D. Teddrick's Birth

24. Teddrick Roshod Batiste was born on December 30, 1987, to a fifteen year old girl who hid the pregnancy from her family until she gave birth in the bathroom in the middle of the night.

25. Rowena LaShawn Batiste ("Rowena") knew she was pregnant because her menstrual cycle had stopped but she did not tell anyone about the pregnancy because she was afraid of how her mother Darlene Mitchell Beard ("Darlene") would react. Rowena was able to hide the physical manifestations of the pregnancy. She received no pre-natal care and did not see a doctor or other medical professional during the duration of the pregnancy. She just prayed for a healthy baby. (Affidavit of Rowena Scott.)

26. No one in the family knew or suspected that Rowena, a heavy-set girl, was pregnant. (Affidavits of Darlene Beard; Malcolm Mitchell; Beverly West; Truman Jackson; Melissa Beard-Carter; Monica Davis.) Rowena went into labor at home, just a few days after she turned fifteen years old.1 She labored for several hours. Darlene thought she was suffering from severe gas, but Rowena finally confided in her that she was having

---

1 There is some discrepancy as to whether Rowena had just turned fifteen or sixteen years old at the time Teddrick was born. Teddrick's birth certificate lists Rowena's age as sixteen. However, based on her birth year of 1972, she would have been just fifteen. Rowena's actual birth year may not be conclusively known as she herself was born at home and was not issued a birth certificate until she was approximately eight years old. (Affidavit of Monica Davis.)

6

EXHIBIT 3 Page 6

a baby. Darlene caught Teddrick when he was born and cut the umbilical cord. (Affidavits of Rowena Scott; Darlene Beard.)

### E. Paternal Family History

27. Nothing is known about Teddrick's biological father. Rowena identified Teddrick's father as Clifton Johnson, a man with whom she had a single sexual encounter. According to Rowena, Clifton was twenty-two or twenty-three years old when she skipped school and met him at a friend's house. Clifton never knew Rowena was pregnant and has never met Teddrick or been involved in his life in any way. (Affidavit of Rowena Scott.)

28. Rowena never told members of her family the identity of Teddrick's father. There have been rumors over the years that Teddrick's father was actually a relative. Monica Davis (hereinafter "Monica"), Rowena's older sister, used to see an unknown man leaving money in the family's mailbox and she thought he might have been Teddrick's father. (Affidavits of Rowena Scott; Darlene Beard; Malcolm Mitchell; Beverly West; Truman Jackson; Melissa Beard-Carter; Monica Davis.)

### F. Maternal Family History: Darlene and Her Children

29. Darlene, Teddrick's grandmother, was born in 1948 and grew up in Coldspring, Texas, as one of nine children. She was raised by a single mother, Susan Clark Mitchell ("Susan"). Darlene met a boy named David Alexander when she was in high school and had a son by him named Malcolm Mitchell ("Malcolm") when she was sixteen years old. David did not stick around after Malcolm was born. Shortly thereafter, Darlene got pregnant again, this time by a man named Willie Fields. At seventeen years old Darlene delivered her second child, a daughter named Monica Mitchell ("Monica"). (Affidavit of Darlene Beard.)

7

EXHIBIT 3 Page 75



30. Darlene did not raise Malcolm and Monica. They were instead left in the care of Susan, who was also raising her other grandchildren Beverly, Etta, and Ray in Coldspring. (Affidavits of Darlene Beard; Monica Davis; Beverly West.)

31. Darlene moved to Houston in 1966 to try and make a better life for herself. She needed a job and there were no opportunities for her in Coldspring. Darlene met Truman Jackson in 1968 and they had a child together, a boy also named Truman Jackson ("Truman"). In a similar fashion to the previous two fathers, Truman Sr. did not stay and was never a significant part of Truman's life. (Affidavit of Darlene Beard.)

32. Darlene next met Clarence Batiste at a night club in Houston. He was married to another woman, but Darlene got pregnant by him and gave birth to a son named Christopher Batiste ("Christopher"). Clarence was not involved in raising or supporting Christopher. (Affidavit of Darlene Beard.)

33. Darlene next became involved with a man named Ulysee Bean. She lived with him briefly and he was good to her and the children. The relationship ended when Darlene moved back to Coldspring because her mother was ill. However, Darlene was pregnant again and Rowena was born soon thereafter. Ulysee is the father of Rowena, although Darlene led everyone to believe that Rowena's father was actually Clarence. Darlene gave Rowena the last name Batiste and it was not until Rowena was nine or ten years old that she was told who her actual biological father really was. (Affidavits of Darlene Beard; Rowena Scott.)

34. Darlene resumed her relationship with Clarence in Houston and gave birth to her sixth child, Willie Batiste ("Willie"). Clarence was still

8



EXHIBIT 3 Page 8

married at the time and again, took no part in raising or providing for his sons. (Affidavits of Darlene Beard; Monica Davis.)

35. By 1974, Darlene was a twenty-six year old single mother with six children fathered by five different men. All of her children were born at home and were not issued birth certificates. Two of the children, Rowena and Willie, were unable to start school at the appropriate age because they did not have the proper documentation. (Affidavit of Monica Davis.)

36. Darlene moved around frequently and was involved in brief relationships with many different men. She relied a great deal on family members to help care for her children. Malcolm and Monica were raised primarily by their grandmother Susan, and Truman frequently stayed with Susan as well. For reasons not known, Darlene concealed her pregnancies with Rowena and Willie. She was a heavy-set woman which made it physically possible for her to hide a pregnancy. (Affidavits of Monica Davis; Malcolm Mitchell; Truman Jackson.)

37. On Christmas Day of 1972, Monica was staying with Darlene. She was still living with Susan at the time, but was briefly staying at her mother's place. Darlene left to go to work and Monica heard what she thought was a doll crying. Monica believed that the doll was a Christmas gift left for her and ultimately determined that the crying was coming from inside a closet. With the help of an aunt, Monica got the "doll" down from the top shelf of the closet and discovered it was actually a newborn baby. Darlene had given birth in the house, put the baby on a pillow on the top shelf of the closet, and then left without telling anyone. That is how the family discovered that Rowena had been born. No one suspected that Darlene had been pregnant. (Affidavit of Monica Davis.)

9

EXHIBIT 3 Page 9

38. Similarly, Darlene did not tell anyone that she was pregnant with Willie, who was born approximately two years after Rowena. Monica and Susan were visiting a relative, SK Davis ("SK"), who at the time lived about a block away from Darlene. Darlene was there to visit as well. Susan mentioned that she really wanted some watermelon and Darlene said they should all go to her apartment because she had a surprise for everyone. They all went to Darlene's apartment expecting to find a watermelon, but instead they discovered a newborn baby Willie on the couch, alone in the apartment. (Affidavit of Monica Davis.) Malcolm did not realize that the baby was Darlene's and actually thought he belonged to a friend. (Affidavit of Malcolm Mitchell.)

39. Life for the family changed dramatically around 1979 when grandmother Susan became critically ill. She suffered from diabetes and severe gastrointestinal issues. Her doctor's wanted to amputate her leg because of the diabetes, but Susan refused. Susan's doctor was in Houston and she and the children still in her care at the time (Malcolm, Monica, and Beverly), moved to Houston permanently in order for her to be near the doctor. Susan was hospitalized and the children were forced to move into the Houston projects with Darlene. Susan spent several months in the hospital before she died. (Affidavit of Monica Davis.)

## G. Maternal Family History: Violence and Instability

40. For several years when her children were young, Darlene was involved with a physically and verbally abusive man named Peter Paul Zenon ("Zenon"). He was, by all accounts, a monster. (Affidavits of Darlene Beard; Monica Davis; Rowena Scott; Malcolm Mitchell; Truman Jackson; Necole Baldwin; Melissa Beard-Carter; Beverly West.) Darlene and her six children, as well as her niece Beverly, moved in with Zenon

EXHIBIT 3 Page 10

shortly before Susan died and lived with him off and on for the better part of four years. During that time, Zenon beat and terrorized Darlene on a constant basis, often in front of the children. Zenon broke Darlene's arm several times, beat her with a baseball bat, and hit her in the head so severely that she suffered permanent damage. When Susan died, Zenon beat Darlene so relentlessly that she was almost unable to attend the funeral. (Affidavits of Darlene Beard; Monica Davis.)

41. Rowena and the other children also bore the brunt of Zenon's wrath. Zenon chased Monica down the street with a gun, beat her with a bullwhip, and blinded her in one eye with a gun barrel. Rowena and the other children were beaten for minor infractions, like not cleaning up or eating food they were not supposed to have. Zenon "disciplined" Rowena and the other children by hitting them and making them kneel on coins. Zenon beat one of the boys until he bled for cutting up a couch, even though Zenon's own son was actually the one responsible. (Affidavits of Darlene Beard; Rowena Scott; Monica Davis; Malcolm Mitchell; Truman Jackson.)

42. The first time that the children saw Zenon attack their mother, they attempted to intervene to protect her. In response, Zenon lined them all up against a wall, shot a gun over their heads, and said if any of them ever interfered again he would kill Darlene. The children were terrified of Zenon. (Affidavits of Malcolm Mitchell; Truman Jackson; Monica Davis; Rowena Scott.)

43. Darlene frequently left Zenon and stayed with relatives. She would stay away a week or so, but then inevitably go back. It was a time of chaos and instability and the children were forced to move around a great deal. Sometimes Darlene stayed at Zenon's house with the children, sometimes

11

EXHIBIT 3 Page 41

she stayed at a relative's house with the children, and then sometimes she was not with the children at all.  (Affidavits of Darlene Beard; Monica Davis.)

44. When Darlene left the children alone she told them she would be right back but then did not return for several days.  The older children were forced by necessity to care for the younger children—making sure they were fed and got to school on time.  Darlene sometimes left money for food and Monica or Malcolm went to the convenience store to buy it, but often times she did not leave money and the children were forced to live off of whatever they could find.  Monica made pancakes by mixing flour and water and then made syrup from sugar and water.  (Affidavits of Truman Jackson; Monica Davis.)

45. Darlene tried to leave Zenon for good, taking the children and fleeing to SK's house.  Zenon followed them there and when SK denied they were in the house, Zenon shot up all of the windows with Darlene and the children inside.  Zenon told Darlene that he would kill them all if she did not return to him and so she did.  (Affidavit of Darlene Beard; Monica Davis.)

46. Monica was desperate to get away from Zenon.  She ran away from home almost every weekend, either with Darlene or on her own.  Eventually no one except SK would take any of them in because they too were afraid of Zenon.  Monica left home for good when she was fifteen, choosing to move to Lubbock and marry a man eleven years her senior, rather than return to a life that included Zenon.  Monica got pregnant shortly after moving to Lubbock, and at sixteen years old she got married and gave birth to her daughter, Necole.  (Affidavit of Monica Davis.)

EXHIBIT 3 Page 12

47. Malcolm also left home because he could not continue to see his mother get hurt and he himself did not want to get hurt. Malcolm started working for a moving company. (Affidavit of Malcolm Mitchell.) Beverly left the family as well. (Affidavit of Beverly West.) With the older children out of the house, the responsibility for taking care of the little ones fell to the next in line—Truman. He would take the younger children back and forth to school and they all became responsible for feeding themselves. (Affidavit of Truman Jackson.)

48. In November 1983, Darlene shot and killed Zenon in self-defense. The two got into an altercation in the street and Zenon pulled a gun on Darlene. There was a struggle, the gun went off, and then Darlene shot him several more times. The police responded to the scene but Darlene was never charged with any crime. (Affidavits of Darlene Beard; Monica Davis; Rowena Scott.)

49. After Zenon's death, Darlene and the children stayed with SK for a brief time before moving into government-run apartments. Darlene became involved with Eugene Beard ("Eugene") shortly after Zenon's death, eventually moving in with and then marrying him. Eugene was the only man Darlene ever married. They separated briefly but reconciled and were still married at the time of Eugene's death in 2007. (Affidavit of Darlene Beard; Rowena Scott.)

50. Darlene did not have financial or emotional support from the fathers of her children. She was steadily employed and did not rely on government assistance. However, her schedule also meant that she had to work long hours and either rely on other people to watch her children, or leave her children unattended. (Affidavit of Darlene Beard.) The older children took on a tremendous amount of responsibility for caring for the younger



children, feeding them, bathing them, and putting them to bed. Despite this Darlene was still hard on the children and would strike them with her hand, belt, or anything else that she had. (Affidavits of Darlene Beard; Monica Davis; Truman Jackson; Malcolm Mitchell; Rowena Scott; Beverly West.)

## H. Maternal Family History: Rowena's Childhood and Adolescence

51. Darlene moved in with Eugene and left the children behind with SK. A few months later she brought Rowena, Truman, Christopher, and Willie to Eugene's house. Eugene was a widower and lived with his children Melissa Beard ("Melissa") and Eugene Beard Jr. ("Gene"). Rowena shared a room with Melissa and Gene. She had her own bed and Melissa and Gene had bunk beds. (Affidavit of Rowena Scott.)

52. Eugene was an alcoholic, drinking every day throughout the day. He mostly drank beer, but would sometimes also have a shot of whiskey. When he was drunk he spoke harshly. (Affidavit of Melissa Beard-Carter.)

53. Darlene did not have a lot of rules, but when she said "no" she meant it. She regularly disciplined all of her children by hitting them with her hand, belt or whatever object she could find. She was particularly hard on Rowena, Melissa, and Gene. (Affidavits of Rowena Scott; Monica Davis; Malcolm Mitchell; Melissa Beard-Carter.)

54. Darlene was not affectionate to her children and did not tell them that she loved them. She was unsympathetic to the children's suffering and resulting trauma from the situation with Zenon. She did not acknowledge Zenon's abuse of the children, nor did she apologize or explain why she was unable to protect them. Instead, she refused to talk about it and acted

14

EXHIBIT 3 Page 14

as though it never happened.   (Affidavits of Rowena Scott; Monica Davis; Malcolm Mitchell, Truman Jackson.)

55. Because Darlene could not provide the affection that she craved, Rowena sought affection from other people, especially boys.  She did not have dating relationships, but rather started engaging in sexual activity at the young age of fourteen.  Darlene did not talk to Rowena about sex and she did not really understand what sex was all about, or anything at all about birth control, but engaged in activity with multiple partners. (Affidavit of Rowena Scott.)   Rowena was insecure, very overweight, and suffered from low self-esteem.  Rowena had the reputation in the neighborhood of being a girl willing to have sex with anyone. (Affidavit of Monica Davis.)

56. Rowena had sex with a much older man and became pregnant.  She was aware of the pregnancy but did not tell anyone about it, did not see a doctor, and received no medical assistance or pre-natal care.  Much like her mother before her, Rowena was able to physically hide the pregnancy, only revealing the existence of the baby when the reality of the situation became undeniable. (Affidavit of Rowena Scott.)

## I. Teddrick: Infancy and Early Childhood

57. As discussed in greater detail above, Teddrick's home birth was a surprise to the entire family.  Once Teddrick was born he lived with Rowena at Darlene and Eugene's house.  At first Darlene was angry because Rowena had concealed the pregnancy, but ultimately she adjusted to the idea.  Darlene supported Rowena financially and took care of Rowena and Teddrick both.  Rowena was just a baby who had a baby. (Affidavits of Darlene Beard; Rowena Scott.)

15

58. Rowena moved Teddrick into the bedroom she shared with Melissa and Gene. Teddrick slept with Rowena in her bed while Melissa and Gene continued to sleep in the bunk beds. Rowena stayed in high school and Beverly watched Teddrick during the day. (Affidavits of Rowena Scott; Beverly West.)

59. When Teddrick was about nine months old he got very sick. He was crying in his sleep and Darlene and Rowena took him to the emergency room. (Affidavits of Rowena Scott; Darlene Beard.) Teddrick arrived at the hospital lethargic and with a 105.8 degree fever. He was diagnosed with H. influenzae meningitis and spent nine days hospitalized.

## J. Teddrick: Unpredictability and Residential Instability

60. Rowena and Teddrick lived at Darlene's house for the first five years of Teddrick's life. In 1992, Rowena met a man named Kevin Noel ("Kevin Sr.") on her way to a car wash and became romantically involved with him, giving birth to Kevin Noel Jr. ("Kevin") that same year. When Kevin was about six months old, Rowena and her sons moved in with Kevin Sr. (Affidavit of Rowena Scott.)

61. The "family" only lived together for about six months before Rowena discovered Kevin Sr. was still seeing other women and she ended the relationship and moved out. Rowena later discovered that Kevin Sr. was using crack while they were living together. (Affidavit of Rowena Scott.)

62. Rowena, Teddrick, and Kevin moved in with Beverly for a few months and then moved in with Monica and her children for about a year. Teddrick and Kevin shared a room with Monica's son, Jermaine. (Affidavit of Necole Baldwin.) Rowena and Kevin Sr. were no longer in

16



EXHIBIT 3 Page 16

a committed relationship, but continued to be sexually involved. (Affidavit of Rowena Scott.)

63. When she was living with Monica, Rowena got her first job—a temporary position on the assembly line at Compaq. (Affidavit of Rowena Scott.) Monica did not permit Rowena to have male company at the house because she believed it would be a bad influence on her own young daughter. This angered Rowena and she moved out. (Affidavit of Monica Davis.)

64. Rowena went to a homeless shelter briefly and then moved with Teddrick and Kevin to their own place a few months later, a government subsidized apartment in a low-income housing community in Houston called Acres Homes. It was not a good neighborhood. Rowena paid twenty-five dollars a month in rent until she got laid off, and then she paid nothing. Teddrick and Kevin Jr. went to a government subsidized day care in the apartment complex. Eventually Rowena got a permanent job on the assembly line at Compaq. (Affidavits of Monica Davis; Rowena Scott; Necole Baldwin.)

65. Rowena met Jerome Scott ("Jerome") shortly after moving into her own apartment, through his sister who lived in the same complex. They met in 1996 and married in 1997. Jerome had a serious drug problem, unbeknownst to Rowena when they first became involved. As soon as they were married one of Jerome's nieces told Rowena that Jerome was a crack head. (Affidavit of Rowena Scott.)

66. Jerome worked as a cook during the day and often watched Teddrick and Kevin Jr. while Rowena worked nights. Jerome bought drugs on credit and then had to pay his dealers back once he got a check from work. Jerome got paid on Tuesdays and then disappeared until Friday or

17

EXHIBIT 3 Page 17

Saturday.  One night, Jerome was supposed to pick Rowena up from work but called and said he could not do it because he got robbed. Rowena got home and Jerome was high.  He had not been robbed; rather he spent all of his money on drugs.  (Affidavit of Rowena Scott.)  Jerome and Rowena argued and fought, which was very upsetting to Teddrick. (Affidavit of Kevin Noel Jr.)

67. Teddrick did not get along with Jerome.   Jerome got angry with Teddrick for minor things, yelled, and threatened to "whoop" him. (Affidavit of Rowena Scott.)  Jerome was harder on Teddrick than he was on Kevin.  Jerome showed a preference for Kevin and would say things like he was going to buy things for Kevin but not for Teddrick. (Affidavit of Kevin Noel Jr.)

68. Teddrick was aware that Jerome had a serious drug problem.  Jerome took things from the house like the DVD player and microwave and pawned them for drug money.  One year, Jerome said that he was going to get Kevin a remote controlled car for Christmas but he never did. Teddrick asked Jerome where the car was, even though he knew the entire time that Jerome had spent the money on drugs.  (Affidavit of Kevin Noel Jr.)

69. Jerome was mentally and emotionally abusive to Rowena, with others suspecting that he was physically abusive as well.  (Affidavits of Rowena Scott; Monica Davis.)

70. Rowena moved Teddrick and Kevin around a great deal over the years. Several times Rowena had financial problems that got her evicted and they would stay with Darlene until Rowena recovered financially. (Affidavit of Kevin Noel Jr.)  Every time Rowena moved she would register Teddrick at the local school.  (Affidavit of Rowena Scott.)

Teddrick attended seven different elementary schools and four different intermediate schools due to the moves. (Batiste School Records.)

71. Rowena worked long hours throughout Teddrick's childhood and as a result he had to be very independent. From a young age he was responsible for feeding himself, getting ready and catching the bus to school. Teddrick and his brother rode the city bus to and from school. After school they would be alone for several hours in the apartment. Teddrick had very little supervision and was allowed to leave the apartment. (Affidavit of Kevin Noel Jr.)

72. When Teddrick and Kevin were home alone they sometimes watched pornography that belonged to their uncle. Teddrick was ten years old and Kevin was five. They knew about things before they should have. The uncle caught Teddrick viewing the pornographic movie and made him watch the entire thing, beginning to end. (Affidavit of Kevin Noel, Jr.)

73. Rowena was a "laid back" parent. (Affidavit of Kevin Noel Jr.) Rowena acted like Teddrick's friend, not always his mother. When Teddrick was in trouble, Rowena called him over and punched him in the chest rather than discipline him. (Affidavit of Monica Davis.)

**K. Social Disorganization Theory**

74. A supplemental theory of criminal behavior that applies to Teddrick's upbringing is Shaw and McKay's (1929) "Social Disorganization Theory."

75. The primary contention of Social Disorganization Theory is that disorganized neighborhoods (or "transition zones") themselves, as opposed to the specific resident, produce increased rates of criminal behavior by individuals within particular neighborhoods. More specifically, the theory suggests that persons that are raised in

19

EXHIBIT 3 Page 19

disorganized households within disorganized neighborhoods will "organize" their lives and living conditions in a non-traditional manner.

76. According to Shaw and McKay, there were three aspects of "disorganized" areas that were directly correlated to high-crime neighborhoods: the physical status of the neighborhood; the economic status of the neighborhood; and the population composition. More specifically, the "physical status" of the neighborhood refers to such things as condemned, run-down homes and buildings, and levels of multigenerational residence. The "economic status" refers to such things as the percentage of families on welfare, residential renting (as opposed to residential ownership) and limited employment possibilities, and the "neighborhood composition" refers to such things as the number of illegitimate births, low-levels of education, high-levels of crime, violence and drug and alcohol addiction.

77. Teddrick's maternal family history and his own upbringing is unmistakably consistent with the aspects of Social Disorganization Theory. For example, the night Rowena was born, Darlene left to go to work and Monica heard what she thought was a doll crying. Monica believed that the doll was a Christmas gift left for her and ultimately determined that the crying was coming from inside a closet. With the help of an aunt, Monica got the "doll" down from the top shelf of the closet and discovered it was actually a newborn baby. Darlene gave birth in the house, put the baby on a pillow on the top shelf of the closet, and then left the house without telling anyone. That is how the family discovered that Rowena had been born.

78. Another example is the fact that Darlene was a twenty-six year old single mother with six children fathered by five different men. All of her

EXHIBIT 3 Page 20

children were born at home and were not issued birth certificates. Yet another example is the fact that Rowena briefly lived at a homeless shelter and then moved Teddrick and Kevin into a government subsidized apartment in a low-income housing community in Houston called Acres Homes, which has historically been known as a rough neighborhood with high levels of crime. Rowena soon met Jerome, a drug addict, married him and moved her children in with him. Each of these examples is representative of the fact that Teddrick and his family were living a "socially disorganized" existence.

79. Teddrick experienced "lots of moves that were all on the north side" and that all of the locations were "ghetto" until he turned fifteen. When he relocated to the suburbs at age fifteen, he still was "going back to the old neighborhood every day" and that he was "living two lives at the same time." (Interview with Teddrick Batiste.)

80. Each of these examples is a clear demonstration that Teddrick's upbringing took place in a "socially disorganized" setting. The larger assumption is that this type of upbringing is not a direct predictor of crime. Instead, it is believed that this type of upbringing blurs what are believed to be clearly defined mores, values and laws within traditional, socially organized families and neighborhoods. Traditional families tend to have dual-parent families with children born of the same parents (in hospitals), minimal parental violence (both towards each other and towards their children), no drug and alcohol abuse (or at least well-concealed), residential stability, and a lack of a significant gang presence. Teddrick had none of these organizational structures and in my opinion it directly contributed to his path towards a level of delinquency that is unfortunately consistent within the neighborhoods of his upbringing.

21

EXHIBIT 3 Page 21

81. Equally important to the theory, while Teddrick's family believed that their efforts were not harmful and were more in line with an "appropriate" upbringing consistent with their multi-generational efforts, most any outside observer of Teddrick's upbringing would contend that his family interactions were both detrimental to his upbringing and indirectly contributive to his delinquency.   Again, it is important to note that (according to the theory) Tedderick's family was not knowledgeably and/or purposefully underproviding—they were merely acting in accordance with the structure of their multigenerational family and neighborhood.

**L. Teddrick: Adolescence and the Juvenile Justice System**

82. Teddrick was popular as a young teenager.  He made decent grades, had perfect attendance, and played sports in school.  Teddrick started to hang out with kids who were older.  Teddrick saw things on the street and learned to do petty things like steal candy or kick holes in gates. (Affidavit of Kevin Noel Jr.)  Teddrick also started acting out at school, fighting and violating school policies.  In the eighth grade, Teddrick received twenty-two disciplinary actions and several suspensions. (School Records; Juvenile Probation Records.)  Rowena was unaware that Teddrick was in a time of crisis.  By the time Teddrick reached the eighth grade, his "outer" containment became structurally weaker (unaware of crisis), while the "pushes" and "pulls" of delinquency began to erode his "inner" containments.

83. When Teddrick was fourteen years old he met a man in his neighborhood named Daron who claimed to be a member of a gang, the Five Deuce Hoover Crips.  Daron was in his twenties, with a job and a family, but shared with Teddrick a tremendous amount of knowledge about the Crips

22



and the gang lifestyle. This was Teddrick's first real introduction to an alleged gang member, other than his exposure to people in the neighborhood who were affiliated. After meeting Daron, Teddrick began wearing blue and "dropping knowledge" about the Crips at school. This was despite the fact that Teddrick did not have any actual gang affiliation and did not belong to a clique within the Crips, or any other gang. (Affidavit of Charles Rotramel.)

84. Teddrick attended middle school at Campbell, which was within the Cy-Fair Independent School District in Houston. There he met Stephanie Soliz (hereinafter "Stephanie") and started hanging out with her and her friends. Teddrick met kids who turned him on to selling prescription pills. Teddrick came home with bikes and other new things. He stored his new possessions at friends' houses. Also in the eighth grade Teddrick got his first tattoo, "MOB" (Money Over Bitches). Several kids in the school had the same tattoo and Teddrick was following the crowd. (Affidavit of Kevin Noel Jr.)

85. Stephanie got into some trouble at Campbell for truancy and was sent to the Alternative Learning Center ("ALC"), which was an alternative school for kids who had disruptive behavior or violated school policies. (Affidavit of Stephanie Soliz.) At the same time, in May 2003, Teddrick got caught selling Ritalin to someone at school. Because the school had a "zero tolerance policy" for crimes committed on school grounds, Teddrick was immediately arrested and expelled. (Affidavit of Charles Rotramel; Harris County Juvenile Probation Records.)

86. Teddrick was adjudicated delinquent in the juvenile justice system, placed on probation, and released to the custody of Rowena and Jerome. However, because he had been expelled he could not return to Campbell

EXHIBIT 3 Page 23

and was instead sent to Excel Academy by the Juvenile Justice Alternative Education Program ("JJAEP"). Teddrick spent an entire summer and subsequent academic year at Excel Academy for the singular offense of selling Ritalin on school grounds. (Affidavit of Charles Rotramel; Harris County Juvenile Probation Records.)

87. To attend Excel Academy, Teddrick had to take a two-hour bus ride from home to school and then another two-hour bus ride home in the afternoon. Teddrick spent at least four hours a day on the bus with other teenagers mandated to Excel Academy. The bus ride was so long because youth from all over Houston were sent to Excel Academy and the same bus had to pick up all of the students. A lot of the juveniles Teddrick encountered on the bus were older than him, some as mature as eighteen or nineteen. Many of the juveniles were in the system for serious or even violent crimes. During these bus rides, Teddrick's older classmates would discuss how to steal cars and how to sell and cook crack. It was from these individuals Teddrick learned how to steal cars. (Affidavit of Charles Rotramel.)

88. Teddrick finished his time at Excel Academy in December 2002 and entered his freshman year at Cy-Ridge High School in January 2003. Teddrick had a strong desire to get involved in sports after his release from JJAEP. Coach Gary Thiebaud, the head football coach at Cy-Ridge, saw Teddrick play football in middle school and recruited him to play football at Cy-Ridge. Unfortunately, Teddrick missed the fall football season because he was in JJAEP and as a result could only participate in spring training, not the actual football season, once he arrived at Cy-Ridge. (Affidavit of Charles Rotramel.)

24

89. Stephanie returned from ALC and entered Cy-Ridge at the same time. They immediately started dating. Teddrick was a good boyfriend. Some kids at school gave them a hard time for being an inter-racial couple, but Teddrick consistently stood up for Stephanie. At age fifteen he tattooed her name across his chest. (Affidavit of Stephanie Soliz.)

90. Teddrick was interested in sports and involved with the track and football team, but also continued to associate with the teenagers he had met on the bus to Excel. Using the knowledge he learned from the juveniles at Excel, Teddrick started to steal cars, mainly so that he could go and visit Stephanie and they could ride around together. Teddrick was arrested twice, first in May and again in June 2003 for the unauthorized use of a motor vehicle. As a result of these two arrests, Teddrick was again adjudicated delinquent and placed in the custody of the Juvenile Probation Officer for Harris County. (Affidavits of Charles Rotramel; Stephanie Soliz; Harris County Juvenile Probation Records.)

91. This time, Juvenile Probation first placed Tedddrick at Burnett-Bayland Rehabilitation Center ("BBRC") and then at Delta Boot Camp, where he stayed until December 2003. Teddrick enjoyed the physical training, but did not see the point of the isolated boot camp experience unconnected to a military lifestyle. (Affidavit of Charles Rotramel; Harris County Juvenile Probation Records.)

92. Just as Teddrick left boot camp, his mother moved out of the Cy-Fair district and into an apartment near the Acres Homes neighborhood near Eisenhower High School—a notoriously high crime area where there was extensive drug dealing, prostitution, and other crimes. Teddrick was thrust into a rough, "socially disorganized" neighborhood where he knew no one and went to a school with considerable gang activity. He was far



25

away from Stephanie and did not have access to a car. (Affidavits of Charles Rotramel; Stephanie Soliz.)

93. Two months later in February 2004, Teddrick was again arrested for unauthorized use of unauthorized use of a motor vehicle. When Teddrick was adjudicated delinquent for the third time he was sentenced to the Texas Youth Commission ("TYC"). After orientation, Teddrick was sent to the Sheffield campus, located in Pecos County, Texas. (Affidavit of Charles Rotramel; Harris County Juvenile Probation Records.)

94. Teddrick's experience at TYC's Sheffield Boot Camp proved transformative and he was thrust into an environment where he was forced to affiliate with a gang in order to survive the experience. This is consistent with the research of post-imprisonment gang membership (Fleisher & Decker, 2001; National Gang Crime Research Center, 2005). Sheffield was a facility deep in West Texas, with a reputation for being a harsh and isolating experience. The location was far from Teddrick's home, family, loved ones, and comfort zone. Teddrick's affiliation with the Crips at Sheffield was a matter of his own protection and survival in an unfamiliar and dangerous institution far removed from everything and everyone he knew. As one of the youngest youth in the facility, Teddrick would have been subject to abuse and exploitation by older youth if he lacked some protection. He was able to find this protection through affiliation with the Crips in Sheffield. (Affidavits of Charles Rotramel; Stephanie Soliz.)

95. Stephanie and Teddrick broke up when he was away, because Stephanie knew it would be impossible to maintain constant contact between them. She dated someone else while Teddrick was gone and became pregnant.

They stayed together about a year, but the father ended up going to jail and the relationship ended. (Affidavit of Stephanie Soliz.)

## M. Teddrick: Trying To Be An Adult

96. Teddrick was released from Sheffield and returned to Houston, but he was different. He was harder and tougher, more street-wise. He also had more tattoos, many of which were gang related. He came out of the TYC experience having better connections to drugs and with more sophisticated knowledge of how to steal cars. (Affidavits of Stephanie Soliz; Necole Baldwin; Danyell Soliz). The process of individuals that make unique and specific adjustments to being incarcerated is known as "prisonization" (Clemer, 1958; Pollock, 2006).

97. Donald Clemer (1958) describes prisonization as "taking on in greater or lesser degree of the folkways, customs, and general culture of the penitentiary," where "...a process of assimilation, in which prisoners adopt a subordinate status, learn prison argot (language), take on the habits of other prisoners, engage in various forms of deviant behavior . . . develop antagonistic attitudes toward guards, and become acquainted with inmate dogmas and mores." (p. 299-300).

98. Most conceptualizations of prisonization are associated with adults; however, there is abundant support for the increased effects of prisonization with juveniles (Thomas, 1983; Wheeler, 1978).

99. One presumed outcome of prisonization for juveniles that are released from juvenile state facilities is high recidivism rates. For a juvenile that experiences imprisonment and subsequent prisonization, it would be assumed that adjusting to a post-imprisonment life would prove challenging. Teddrick's experiences of prisonization had a direct effect on his views of gang activity, delinquency, and stronger connections to

27

other criminals. (Affidavits of Stephanie Soliz; Necole Baldwin; Danyell Soliz.)  Moreover, the juvenile recidivism rates for 2004 (re-incarcerated within three years of release from a TYC facility) were slightly less than fifty percent, suggesting that one of every two juveniles released during the same year that Teddrick was released were re-incarcerated within three years.

100.   Despite the fact that Teddrick had made these associations, the gang culture and lifestyle still did not dominate his life.  His family remained unaware that he was affiliated.  (Affidavits of Rowena Scott; Kevin Noel; Monica Davis.)  Teddrick dabbled in drugs during his early adolescence, but after being discharged from TYC, he smoked marijuana frequently, sometimes on a daily basis.  He did not want his family, especially Kevin, to know that he smoked.  (Affidavits of Kevin Noel Jr.; Ricardo Lara; Stephanie Soliz.)

101.   Teddrick and Stephanie resumed their relationship when he returned to Houston, even though she was pregnant with a child that was not his. Teddrick got a job at Sonic and then Babies R Us and committed to providing for Stephanie and the baby.  He was seventeen years old. Teddrick moved in with Stephanie and her mom after they were in a car accident and took care of them.  Teddrick got a job at Wal-mart because it was close to Stephanie's apartment.  Teddrick was at the hospital with Stephanie when her son Kash Soliz was born on November 25, 2005. Stephanie tried to go back to school after Kash was born and Teddrick watched the baby during the day when Stephanie was gone and then worked at Wal-mart at night.  (Affidavit of Stephanie Soliz.)

102.   Teddrick took a series of other low paying, back breaking jobs.  He worked for Stephanie's father at the rodeo and also for his landscaping

28

business.  Teddrick was a hard worker.  (Affidavits of Stephanie Soliz;
Raul Soliz.)

103.   What Teddrick really wanted was a "legitimate" life—one with a
steady job, cars, and a house.  Although he got his GED while at
Sheffield, Teddrick regretted not finishing high school.  He was not
particularly interested in school, but lamented that he never got the
opportunity to be competitive at sports.  Teddrick's own failure became
one of his greatest hopes for his own kids; that they would do well in
school and excel in sports.  (Affidavits of Raul Soliz; Danyell Soliz;
Stephanie Soliz.)

104.   Teddrick was constantly looking for ways to make more money for
Stephanie and would take various jobs like the overnight shift at the
Office Depot distribution center and at an air conditioner factory.  He
earned enough money to buy a car and he and Stephanie moved into an
apartment of their own with some friends from high school, Micaela and
Ricardo Lara ("Mickey" and "Rico").  (Affidavits of Stephanie Soliz;
Micaela Lara.)

105.   Things were difficult for the two young couples.  Teddrick lost his
job.  Stephanie was not working and Teddrick felt as though he had to
bear the burden of supporting them, because he was the man and that was
his responsibility.  (Affidavit of Micaela Lara.)  The situation became
even more complicated when Stephanie found out she was pregnant for
the second time.  Teddrick was unsure whether he wanted to be in a
relationship with Stephanie or if he even wanted the baby.  Stephanie left
and moved back in with her mother and Teddrick moved back in with
Rowena.  (Affidavits of Stephanie Soliz; Michaela Lara.)

EXHIBIT 3 Page 29

106.    Despite the fact that they had broken up, Teddrick continued to support Stephanie and Kash financially.  In order to do so he began stealing cars in order to sell the rims.  Once Stephanie decided to keep the baby, Teddrick went with her to her doctor appointments. (Affidavit of Stephanie Soliz.)

107.    One day, Teddrick called Stephanie out of the blue and said that he was sorry for all of the hurt he had caused her and he was glad that she decided to have the baby.  Teddrick told her that he wanted them to be back in a relationship and was on his way to her house.  He never showed up and two days later Stephanie got a call from the jail that he had been arrested for stealing a car. (Affidavit of Stephanie Soliz.)

108.    Teddrick was sentenced to 180 days in state jail.  (TDCJ Records.)  Stephanie and Teddrick agreed that they would live together once he got out and try to make their family work.  Alex Batiste was born on September 7, 2007.  Several weeks later, Teddrick was released from state jail. (Affidavit of Stephanie Soliz.)

109.    While Teddrick was in state jail, Mickey and Rico moved to Denton, Texas, because Mickey was pregnant and they wanted a fresh start.  Teddrick was in touch with Mickey and Rico when he was locked up and they decided that as soon as he got out it would be a good idea for him to move to Denton as well.  In the fall of 2007, Rico drove down to get Teddrick when he was released from state jail and brought him to Denton.  Stephanie, Kash, and baby Alex followed a few weeks later. (Affidavits of Stephanie Soliz; Micaela Lara; Ricardo Lara.)

110.    Mickey's pregnancy ended in tragedy when her daughter was stillborn.  Teddrick was a great source of emotional support to Mickey and Rico.  They were devastated at the loss of their daughter and

30

Teddrick helped them through a terrible time in their lives, being there for them and listening. (Affidavit of Micaela Lara.)

111. Teddrick quickly got a job as a roofer's assistant and worked hard. Teddrick felt a lot of pressure to provide for Stephanie. When he was not working he would cook, clean, and take care of the kids. For a short time, Stephanie worked nights at a grocery store. She would sleep in and Mickey and Teddrick would take care of the kids. (Affidavits of Micaela Lara; Ricardo Lara.)

112. Stephanie suffered from personal issues that caused problems between her and Teddrick. Her hormonal birth control caused her to have heavy bleeding, mood swings, and extreme emotions. The young couple's relationship was strained because of it and they broke up. Stephanie and the children returned to Houston. (Affidavit of Stephanie Soliz.) Teddrick wanted to stay in Denton because he was doing well, but he also wanted to be there for his kids. (Affidavit of Micaela Lara.)

113. Mickey and Rico left for a weekend and while they were gone, Teddrick was arrested for breaking into a car. Teddrick spent several months in the Denton County Jail and as soon as he was released he took a bus back to Houston to be with Stephanie and their boys. (Affidavits of Micaela Lara; Rico Lara; Denton County Sheriff Records.)

114. Back in Houston, Teddrick moved in with Rowena and got a job first at a television repair place and then at Forge USA, a steel forging company. Teddrick spent as much time as possible with Kash and Alex, and tried to make things work with Stephanie. In December 2008, Teddrick moved Stephanie into an apartment of their own. Stephanie stayed home with the kids and Teddrick supported the family. (Affidavit of Stephanie Soliz.)

31

EXHIBIT 3 Page 31

115. Teddrick worked a great deal of overtime at Forge and brought in a significant amount of money. Soon after moving into the apartment, his hours were cut and he was no longer working overtime. Teddrick had serious money issues and a lot of expenses. Stephanie got into an accident in her sister's car and Teddrick had to pay for that car as well as the damage to the other car. Teddrick did not want Stephanie to work, because he knew first-hand how difficult life was for a single mother. Teddrick wanted to be the sole provider for his family, and the weight of the world was on his twenty-two year old shoulders. (Affidavit of Stephanie Soliz.) He had a great deal of pride and did not want to ask anyone for help. (Affidavit of Micaela Lara.)

116. Teddrick either made new connections with gang affiliated people or re-ignited old ones, in large part to find a way out of his mounting financial pressures. Either way, he started spending time on the streets. He made money shooting dice and showed young associates how to steal cars. Because they needed the money so badly, Teddrick also started to steal cars himself. (Affidavit of Stephanie Soliz.)

117. Teddrick was caught between two worlds—the "legitimate" world where he had a family, a job, and responsibilities; and the "criminal" world, where he could make significant amounts of money quickly and was a role model to young associates. (Affidavit of Charles Rotramel.) Again utilizing Reckless's theory, Teddrick was struggling to maintain and strengthen his "inner" containment, while the "pulls" of (easier) economic gains were strong.

118. Teddrick spent time with Melissa and her husband Dytaniel Rod Carter ("Rod") hanging out at their house. They would eat and relax and play games with Melissa and Rod's three kids. Sometimes Teddrick

32

EXHIBIT 3 Page 32

would bring Kash and Alex over as well. (Affidavits of Melissa Beard-Carter; Dytaniel Carter.) Teddrick confided in Rod about the pressures he was feeling to provide for and take care of his family. Teddrick was beginning to feel desperate, like the walls were closing in on him and he was trapped. Teddrick was searching for love and honesty from someone and any kind of positive influence in his life. (Affidavit of Dytaniel Carter.)

119.    Everyone in Teddrick's life was shocked when he was arrested for homicide. Teddrick did not have a history of violence and no one could believe he was capable of the crime he was alleged to have committed. (Affidavits of Darlene Beard; Beverly West; Darlene Beard; Monica Davis; Necole Baldwin; Malcolm Mitchell; Truman Jackson; Rowena Scott; Kevin Noel Jr.; Raul Soliz; Danyell Soliz; Ricardo Lara; Michaela Lara; Melissa Beard-Carter; and Dytaniel Rod Carter.)

## N. Teddrick: The Gang Influence and Affiliation

120.    Throughout much of Teddrick's life, the presence of gang influences, gang members, and gang activities have been incontrovertibly present at his schools, in his neighborhoods, and the juvenile justice system. While it can be debated whether or not a juvenile can consistently and "rationally" choose to join a gang (e.g. issues of protection), the likelihood of a person associating with a gang in some way dramatically increases according to his location of residence in not only the United States, but also specifically the state of Texas.

121.    Within the United States, it has been estimated that there are nearly 30,000 different gangs and more than 750,000 gang members (www.nationalgangcenter.gov, 2010). In addition, these gang members are largely concentrated in larger cities (57.1%) and suburban counties

33

EXHIBIT 3 Page 33

(24.0%) (www.nationalgangcenter.gov, 2010). Consistent with the data on geographic location and gang membership, it is estimated that twelve percent of all homicides are gang-related and that sixty-three percent of all homicides take place in cities with populations of more than 100,000.

122. Within the state of Texas, it has been estimated that there are approximately 2,500 different gangs. Specifically within Harris County, the issue of gang membership is considerably intensified, as the Houston region/Harris County hosts the most gangs (approximately 225) and gang members (approximately 10,000) in the state of Texas. (National Gang Threat Assessment, 2010.) Unmistakably, the statistics that are provided for Harris County are not indicative of equivalent distribution of gangs and gang members throughout the entire county. There are concentrated pockets of gang activities within Harris County.

123. As previously presented, both gang presence and gang activities are most often correlated to socially disorganized neighborhoods. With the majority of gangs and gang members residing in areas that are large urban centers (indicative of Houston), the overall likelihood of exposure to gangs and gang activities was heightened for Teddrick.

124. Karl Hill, Christina Lui, and J. David Hawkins (2001) completed a research project that established categories and risk factors associated with likely gang membership. First, they established five categories that generally influence teens and the potential for gang activity: individual factors, family factors, peer group factors, school factors, and neighborhood factors. Risk factors were assigned within each category.

125. Within the "individual factors" category, the authors found associations with low religious-service attendance, early marijuana use, early violence, antisocial beliefs, early drinking, externalizing behaviors,



34

EXHIBIT 3 Page 34

and poor refusal skills. Within the "family factors" category, the authors found associations with family structure, single parent households, households with one parent plus other adults, parental attitudes favoring violence, low-bonding with parents, low household income, sibling antisocial behavior, and poor family management.

126. Within the "peer group factors" category, the authors found associations with friends who engage in problem behaviors. Within the "school factors" category, the authors found associations with being learning disabled, low academic achievement, low school attachment, low school commitment, and low academic aspirations. Within the "neighborhood factors" category, the authors found associations with availability of marijuana, neighborhood youth in trouble, and low neighborhood attachment.

127. Finally they found that, as a predictor of joining a gang based on the aforementioned risk factors, those experiencing two to three risk factors were three times more likely to join a gang, those experiencing four to six risk factors were five times more likely to join a gang, and those who experience seven or more risk factors were thirteen times more likely to join a gang.

128. Based on the various affidavits provided by family and my interview with Teddrick, I believe that he experienced twenty of the risk factors and I would further speculate that he potentially experienced an additional three risk factors. Therefore, despite placing a focus on the positive aspects of his life as a predicator for gang avoidance, the reality is that he was (at a minimum) thirteen times more likely to join a gang based on his mere existence and the risk factors associated with his existence.

129.  Mike Carlie (2002) suggested that gangs offer their members acceptance (based on social discrimination or rejection), a surrogate family (based on an absence of a family, positive adult role models, and proper discipline), power (based on a basic feeling of powerlessness), security (based on a fear or feeling of a lack of security), a means of earning money (based on economic deprivation), an alternative to school (based on school failure), opportunities to build high self-esteem (based on low self-esteem), and a setting to "act in an aggressive manner" (based on pathological needs).

130.  The distance between Teddrick and his mother (and other family members) and the complete absence of his father is well-documented. Teddrick was only fourteen years old when he first met Daron, who was a member of the Five Deuce Hoover Crips, and he was exposed to an inordinate number of gang affiliated youth during his time at the alternative school and TYC. The association with these gang friends superseded other associations, like friendships he had with sports friends, and Teddrick got his first tattoo along with other kids at school to strengthen his sense of belonging.   (Interview of Teddrick Batiste; Affidavit of Kevin Noel, Jr.).

131.  Teddrick was not born into a "gang family," nor was he initiated or "jumped in."  Instead, Teddrick associated himself with negative peers and adopted a "gangster" identity, perhaps as a way of seeking acceptance, security, and self-esteem. (Affidavit of Charles Rotramel.)

132.  With regard to Reckless's "Containment Theory" there are numerous instances where the "pushes" and "pulls" of this street life seemed to oppose the "internal" and "external" containments that Teddrick continued to try to establish. For example, Teddrick was simultaneously

EXHIBIT 3 Page 36

associating with gang members while at the same time working normal, conforming jobs, and attempting to establish a commitment to his new family – including raising a child that he knew was not his. The constant struggle between Teddrick's "pushes and pulls" and his "internal and external" containments have been greatly underestimated in his larger social history.

## O. Teddrick: The Importance of A Father-Figure

133.   From the time that Kash Soliz was born, a child that was not biologically his, Teddrick tried desperately hard to be a present, responsible, and loving father.   A positive male role model was something that had always been missing from his life and he was determined that his children would not suffer the same fate.

134.   Failed father figures were a common and constant disappointment in Teddrick's life.   Teddrick never knew his biological father or any real details about him.   The true identity of Teddrick's father has been a source of speculation within the family for years, leaving Teddrick with no real answers.

135.   Unfortunately, the absence of fathers is a common experience for African American families in the United States.   While twenty-five percent of all children in the United States are raised by a single parent, the statistic skyrockets to seventy-two percent of single mothers when specifically examining African-American families.   This issue has been correlated to the increased incarceration rates of African American males (nearly 5,000 per 100,000), limited employment opportunities, and abject, multigenerational poverty (Walker, Spohn, and Delone, 2012; Wilson, 2012).

EXHIBIT 3 Page 37

136. As a very young child, Teddrick was close to Eugene Beard, his step-grandfather. However, Teddrick no longer lived with Eugene after Rowena left the house and his interaction with both Darlene and Eugene was sporadic in later years. Although Teddrick had great affection for his grandparents they were not involved with him on a daily basis and Eugene in particular could not fulfill the paternal role that Teddrick needed. Eugene passed away in 2007 when Teddrick was in State Jail.

137. The first real "father" Teddrick had was Kevin Noel Sr., the biological father of his half-brother. Despite the fact that Rowena and Kevin Sr.'s relationship did not work out, Kevin Sr. treated Teddrick like a son and initially included him when he would take Kevin for visitation. Teddrick may have even believed at some point in time that Kevin Sr. was his biological father as well. (Affidavits of Kevin Noel Jr.; Rowena Scott.)

138. Soon after Rowena married Jerome, Kevin Sr. and Jerome got into an altercation about the boys, and Kevin Sr. said he only cared about how Jerome treated Kevin and not Teddrick because Teddrick was not actually his son. (Affidavit of Kevin Noel Sr.) After the fight, Kevin Sr. came around less often and when he did come around, he often only took Kevin with him, leaving Teddrick behind. (Affidavit of Kevin Noel Jr.)

139. Teddrick never connected with Jerome, despite the fact that he was his step-father, but rather resented him for interfering in the family dynamic. Jerome's presence in Teddrick's life was not nurturing, it was stressful and antagonistic. (Affidavit of Rowena Scott.)

140. Other men came in and out of Rowena's life. Some of the men Rowena dated were around long enough to become well known to Teddrick, while others were only present for a short time. Almost all of



38

EXHIBIT 3 Page 38

them had criminal histories and problems with substance abuse. (Affidavits of Monica Davis; Kevin Noel Jr.)

141.   When he became a father himself, Teddrick's desire for his own male role model became even more profound.   Teddrick sought out a connection to Raul Soliz, Stephanie's father, and looked up to him as an example of the hard working family man he wanted to be.   When Teddrick and Stephanie lived with Raul, Teddrick helped around the house, did yard work, and paid rent.   Raul liked having him around. Teddrick started calling Raul, "Pops."   (Affidavits of Raul Soliz; Danyell Soliz.)

142.   Although he did not often talk about it, it bothered Teddrick that he did not know anything about his biological father.   Something once showed up on a phone bill and Teddrick thought it might be his father trying to get in contact with him.   Rowena told Teddrick the number had nothing to do with his dad, making him feel both stupid and hurt. Teddrick asked Rowena questions about his dad, but she became angry and told him that he already knew as much as she did.   As a result, Teddrick never asked about his dad again.   (Affidavit of Stephanie Soliz.)

143.   In 1965, Senator Daniel Patrick Moynihan facilitated a report entitled "The Negro Family: The Case for National Action" (U.S. Department of Labor, 1965).   This report is often referred to as the "Moynihan Report."

144.   At the start of the chapter on "The Negro American Family," the Moynihan Report explains "at the heart of the deterioration of the fabric on Negro society is the deterioration of the Negro family" (p.5).   The study goes on to detail many of the issues that African American families were facing in 1965.   In comparing White and Black family structure during the time, the report indicated "by contrast, the family structure of

39

EXHIBIT 3 Page 39

lower class Negroes is highly unstable, and in many urban centers is approaching complete breakdown" (p.5).

145. Much like the contemporary presentation of Teddrick's upbringing, the Moynihan Report signified issues such as comparatively higher rates of unemployment, illegitimate births for African-Americans, and welfare dependency; the increasing presence of female, single head-of-household African-American families; and the clear absence of African-American males as financial and parental providers. The greatest emphasis in the report was placed upon the absence of African-American fathers/husbands.

146. In the section entitled "the Tangle of Pathology", the Moynihan Report points to a series of factors that are arguably the result of the breakdown of the African-American family. The aspect that is most relevant to Teddrick is the subsection entitled "delinquency and crime." The first sentence of the subsection reads, "the combined impact of poverty, failure, and isolation among Negro youth has had the predictable outcome in a disastrous delinquency and crime rate" (p. 38). Within the remainder of the section, the report details statistical trends and African-American overrepresentations within the criminal justice system that are consistent with the contemporary, comparative data.

147. While Moynihan indicates at the beginning of his report that "the statistics on the Negro family and most other subjects treated in this paper refer to only a specific point in time... they do not measure the experience of individuals over time", contemporary statistics do in fact indicate the African American families that are stuck in the types of abject poverty and importunate underclass that existed decades ago. Consequently, many of the statistics and trends discussed in regarding

40

EXHIBIT 3 Page 40

Teddrick's life (e.g. absent fathers, unemployment rates, income/wealth gaps, rates of African-American juvenile delinquency) are categorically worse than fifty years ago.

148. Similar to the findings of the Moynihan Report, the mere absence of a positive, consistent, mentoring African-American father-figure in Teddrick's life was the beginnings of life-long challenges in finding and maintaining his own constructive, productive African-American manhood. Furthermore, the presence of inconsistent, violent, and absent father figures turned many of the aforementioned challenges into both modeled behaviors and opportunities for non-positive role models to capture Teddrick's need for acceptance, love and belonging. Sadly, this will presumably be the same challenges that his children will face, further perpetuating the cycle of absent African-American fathers and husbands.

## P. Teddrick: The Importance of Rap Music

149. Rap music was, and continues to be, a profoundly significant part of Teddrick's life. This was evident through the multitudes of lyrics that Teddrick wrote during his incarceration at the county jail during the pendency of his capital trial, that were ultimately used against him at the punishment phase of trial.

150. At first glance it may have appeared as though Teddrick's rap lyrics were correlative to his violent actions and criminal behavior. However, Teddrick's writing was a form of expression, deeply embedded in his childhood. Teddrick listened to rap music consistently since the fourth grade and spent a significant amount of time "free-styling" (spontaneously making up rap lyrics) while on the school bus. (Interview of Teddrick Batiste.)



41

151.   Teddrick equated writing rap lyrics as synonymous with writing poetry.  Teddrick made up freestyle raps early in his childhood, but the growth and advancement in his contemporary lyrical writing was directly associated with the poetry program that he attended while detained at TYC.  The program assisted Teddrick in channeling his emotions and experiences into his poetry.  Teddrick wrote rap lyrics "all day, every day" while at TYC and even won first place in a TYC poetry contest.  (Interview of Teddrick Batiste.)

152.   Correlations amongst the larger rap music, the larger hip-hop culture and lyrical poetry writings are well documented, including the establishment of "slam poetry", where poets present emotional, political, and cultural verses in an overarching hip-hop setting (Bruce & Davis, 2000; Smith, 2003).  In addition, despite the traditional narratives of rap music presenting negative, violence and drug glorifying, misogynistic lyrics, research suggests that the lyrics can prove empowering. (Travis & Bowman, 2011, Travis & Bowman, 2012; Tyson, 2006.)

153.   Teddrick was not bragging about his actions in his lyrical writing.  Instead, for Teddrick, rap music and lyric-construction was "a way of coping" and an opportunity to "look at the mirror." These were not the writings of a cold, calculating person, but rather the writings of a thoughtful, yet emotionally challenged and misguided person.

## Q.  Teddrick: A Family and Community That Failed Him

154.   No one could possibly have imagined that Teddrick would have ended up where he did.  Rowena did the best she could for Teddrick, however the tools she had were inadequate for the job.

155.   There are significant patterns throughout Teddrick's family history that have undoubtedly influenced his development and understanding of

family and sense of responsibility. His grandmother Darlene had six children by five different men, beginning in her teenage years. Few of her children ever had the opportunity to even know their biological fathers, and certainly did not receive emotional or financial support from them. Darlene was no doubt a hard worker, but her children were frequently left in the care of others and responsible for far too much at too young an age. Darlene hid her pregnancies from her children and gave birth at home each time. There was no sense of joy or expectation at the arrival of a new baby, simply the realization of another mouth to feed.

156. The family moved often, and never had the opportunity to put down roots in one place, or develop strong social support systems. And until her marriage to Eugene, a number of men came in and out of Darlene's life, including violent, dangerous men like Peter Paul Zenon. As a result, members of Teddrick's family have largely gone their separate ways as adults, seeing each other infrequently; communicating with one another out of obligation rather than affection. They never really learned how to support for one another in times of turmoil and stress. (Affidavits of Darlene Beard; Monica Davis; Malcolm Mitchell; Truman Jackson; Rowena Scott; Necole Baldwin.)

157. Like her mother, Rowena's boys also have different fathers. At age fourteen she hid her first pregnancy and gave birth at home. Like her mother, Rowena worked hard, but made very little money. She also moved around frequently and had romantic relationships with multiple men, all of whom proved to be more of a drain on the family's emotional and financial resources than a benefit. Rowena may have wanted to do things differently than Darlene, and she even succeeded in some respects,



43

but she was simply ill-equipped to fully break out of the maladaptive patterns established by her own mother, or provide a stable life for her sons. (Affidavits of Darlene Beard; Monica Davis; Rowena Scott; Kevin Noel Jr.).

158.  Teddrick tried to do things differently.  He worked hard to provide for Stephanie and his sons, refusing to allow her to suffer the same fate as his mother and grandmother.  By all accounts, he was also a loving and present father who showered his boys with affection.  But, he also started that family as a teenager, before he was ready emotionally or financially to take on the responsibility.  In some ways, his struggle to escape his family's patterns of poverty and strife got him into deeper trouble due to his insistence of taking on more responsibility than he could handle, without ever asking for help.  (Affidavits of Stephanie Soliz and Necole Baldwin).

159.  As previously documented (and utilizing Reckless's Containment Theory as a theoretical foundation), Teddrick's life has been a constant "battle" between the "pushes" and "pulls" of the neighborhood and the it's numerous and multigenerational delinquent opportunities and the "inner" containment that he established for himself and limited "outer" containments of family, school, and community. Teddrick had an intrinsic desire ("inner containment") to be a better parent and mate than what he had experienced growing up and desperately wanted to escape the "pushes" and "pulls" that entangled him.

160.  For Teddrick, he simply could not manage the "pushes" and "pulls" of a delinquent life—particularly living in a socially disorganized neighborhood where gang affiliation and delinquent behavior are at best accepted and at worst glorified.  The strength of these "pushes" and

44



"pulls" seemed to consistently outweigh his "inner" and "outer" containments. Regardless of a fundamental need to maintain parental responsibility to his children, consistent physical and economic support to his girlfriend, opportunities for legitimate employment, the power of the "pushes" and "pulls" consistently and eventually took precedence in Teddrick's life. With more consistent "outer" containments (e.g. stable, consistent, disciplinary parents; teachers, coaches and administrators that were consistently a part of Teddrick's life; a community that unmistakably valued conforming behavior, higher education, gainful employment), Teddrick's life would have been different. He might have been a standout college athlete, a college graduate, or even a military officer.

## R. Expert Opinion

161. Teddrick Batiste was a product of his personal, social, and structural environment. Factors beyond Teddrick's control, including but not limited to the absence of a consistent father figure, residential and educational instability, the opportunity of gang affiliation and the emotional and financial benefits associated with participation, and the effects of prisonization upon release from his first detainment in the TYC inexorably shaped him during his formative years.

162. Because of his disorganized upbringing, as well as the constant "pushes" and "pulls" that he experienced throughout his young, tumultuous life, Teddrick was always motivated by a desire for stability—or in academic terms, social organization and collective efficacy—in his world. Unfortunately, Teddrick experienced more economic and emotional value and learned support in the "pushes" and "pulls" towards delinquency, compared to the limited, deficient, and



45

EXHIBIT 3 Page 45

often unlearned "inner" and "outer" containments that are designed to produce conforming behavior.

163.   If I had been retained as an expert, I would have testified about Teddrick's life experiences as described above, which informed who he is and what he did.   Jurors would have been able to consider both whether that information affected Teddrick's moral culpability for the crime and if it negated the State's claim that he was a future danger, thus sparing him from execution.

164.   I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on the 24th day of April, 2013 in San Marcos, Texas.

SCOTT WM. BOWMAN, PH.D.

Subscribed and sworn to before me on April 24, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

46

EXHIBIT: 3 Page 46

# ATTACHMENT A

: 000416

PPS 8.10 Form 1A

# TEXAS STATE VITA

## I. Academic/Professional Background

A. Name: Scott W. Bowman     Title: Assistant Professor

B. Educational Background

| Degree | Year | University | Major | Thesis/Dissertation |
|--------|------|-----------|-------|---------------------|
| PhD | 2007 | Arizona State University | Justice Studies | Wealth and Asset Decision Making of Black Middle Class Families: The Rationalization of Economic Growth and Justice |
| M.S. | 2002 | Arizona State University | Justice Studies | Ritual Acts of the Collective: A Comparative Analysis of Southern Lynchings and Northern Sporting Events |
| B.S. | 1996 | Arizona State University | Justice Studies | N/A |
| B.A. | 1992 | Arizona State University | Psychology | N/A |

C. University Experience

| Position | University | Dates |
|----------|-----------|-------|
| Assistant Professor | Texas State University | 8/07 – present |
| Lecturer | Texas State University | 08/06 – 08/07 |
| Lecturer | Arizona State University – West Campus | 08/05 – 08/06 |
| Adjunct Lecturer | Arizona State University | 08/03 – 08/05 |

D. Relevant Professional Experience
NA

## II. TEACHING

A. Teaching Honors and Awards:
Applied Arts Teaching Award

B. Courses Taught:

Texas State University
CJ 2355 (Corrections)
CJ 3300 (Juvenile Justice)
CJ 3346 (Research in Criminal Justice)
CJ 4340 (Crime Theory and Victimization)
CJ 4309 (Race, Ethnicity, and Criminal Justice)

Arizona State University – West Campus
CRJ 302 (Research Methods)
CRJ 303 (Statistics)
CRJ 304 (Criminology)
CRJ 306 (Race, Ethnicity and Crime)

EXHIBIT. 3 Page 47

C. Graduate Theses/Dissertations or Exit Committees (if supervisor, please indicate):

Graduate Thesis Chair – T. Lewis
Graduate Thesis Chair – B. Reyes
Graduate Thesis Chair – A. Origel

Graduate Thesis Committee Member – J. Thomison
Graduate Thesis Committee Member – A. Leal
Graduate Thesis Committee Member – A. Vega
Graduate Thesis Committee Member – A. Villarreal
Graduate Thesis Committee Member – R. Rojas

D. Courses Prepared and Curriculum Development:

CJ 4309 (Race, Ethnicity and Criminal Justice)

E. Funded External Teaching Grants and Contracts:

NA

F. Submitted, but not Funded, External Teaching Grants and Contracts:

NA

G. Funded Internal Teaching Grants and Contracts:

NA

H. Submitted, but not Funded, Internal Teaching Grants and Contracts:

NA

I. Other:

NA

### III. SCHOLARLY/CREATIVE

A. Works in Print

1. Books (if not refereed, please indicate)

a. Scholarly Monographs:

NA

b. Textbooks:

EXHIBIT: 3 Page 48

PPS 8.10 Form 1A

NA

c. Edited Books:

NA

d. Chapters in Books:

Bowman, S. (2008). George Foreman.  In M. Whitaker (Ed.), *African American Icons of Sport: Triumph, Courage, and Excellence.* (73-82). Westport, Ct.: Greenwood Press.

e. Creative Books:

NA

2. Articles

a. Refereed Journal Articles:

NA

b. Non-refereed Articles:

NA

3. Abstracts:

NA

4. Reports:

NA

5. Book Reviews:

NA

6. Other:

Travis, R. and Bowman, S. (2009). "Race, Place & Roots: A Systematic Model for Transforming Prisoner Reentry for African-Americans" (Journal Article Submitted to *Journal of African-American Studies – 4/30/09*)

Bowman, S. (2009). "Consumer Education for Collaborative Wealth: Social and Cultural Capital Considerations for Black Middle Class Families" (Journal Article submitted to *Journal of Consumer Education – 2/27/09*)

EXHIBIT 3 Page 49

PPS 8.10 Form 1A

Bowman, S. (2009). "The Effects of Multigenerationalism in Black Middle Class Wealth and Asset Decision Making" (Journal Article submitted to *Journal of Family and Economic Issues – 1/15/09*)

B. Works not in Print

"From Plantation to Penitentiary: A Foucaldian Perspective"
"Considerations of 'Sport' in Re-Examining the Ritual Punishment of Southern Lynchings"

1. Papers Presented at Professional Meetings:

Bowman, S. (2008). *Incorporating Marx in a 'Race/Ethnicity and Crime' Course – Crime, Historical Materialism, and the Social Construction of Race.* Paper Presentation at the annual meeting of the American Sociological Association.

Bowman, S. (2009). *Wealth and Asset Decision Making of Black Middle Class Families: The Rationalization of Economic Growth and Justice.* Paper Presentation at the annual meeting of the Association of Black Sociologists.

2. Invited Talks, Lectures, Presentations:

NA

3. Consultancies:

NA

4. Workshops:

NA

5. Other:

NA

C. Grants and Contracts

1. Funded External Grants and Contracts:

NA

2. Submitted, but not Funded, External Grants and Contracts:

NA

3. Funded Internal Grants and Contracts:

EXHIBIT 3, Page 50

PPS 8.10 Form 1A

*Co-Principle Investigator* – Research Enhancement Grant / Hip-hop Culture and Adolescent Development.

4. Submitted, but not Funded, Internal Grants and Contracts:

NA

D. Fellowships, Awards, Honors:

NA

**IV. SERVICE**

A. University:

Member – University Council
Organizer – Black Faculty Brown Bag Lecture Series (Coalition of Black Faculty and Staff)

B. Departmental:

Advisor – LAE (Criminal Justice Fraternity)

C. Community:

NA

D. Professional:

NA

E. Organizations

1. Honorary:

NA

2. Professional:

Member – Academy of Criminal Justice Sciences
Member – American Sociological Association
Member – Association of Black Sociologists

F. Service Honors and Awards:

NA

: 00421

PPS 8.10 Form 1A

EXHIBIT 3 Page 52

: 00423

# AFFIDAVIT OF MARY ELIZABETH PELZ

I, Mary Elizabeth Pelz, state and declare as follows:

## A. Introduction

1. I am the Dean of the College of Public Service at the University of Houston Downtown, which includes the Criminal Justice and Urban Teacher Education departments. I have worked at the University of Houston Downtown for twenty-five years.

2. I obtained my Ph.D. in Criminal Justice from Sam Houston State University in 1988. I received my Master's in Political Science from Stephen F. Austin State University in 1976, and my Bachelor of Arts degree in History, also from Stephen F. Austin State University in 1974.

3. I have served as the Dean of the College of Public Service since 2005. In addition to my current role at the University, in previous years I have served as Interim Dean of the College of Public Service; Chair of the Department of Criminal Justice; Associate Professor of Criminal Justice; Assistant Chair of the Department of Social Sciences and Coordinator of the Criminal Justice degree program; Assistant Professor of Criminal Justice; and Instructor at the Corrections Academy at the Downtown Criminal Justice Center.

4. Prior to my work at the University, from 1986 to 1988, I was a correctional counselor at the Ramsey One Unit at the Texas Department of Corrections. A complete copy of my curriculum vitae is attached hereto as Attachment A.

5. My area of expertise within the criminal justice system is inmate sub-cultures, specifically prison gangs. In addition to my academic work, I have authored and co-authored numerous journal articles on those topics as well as other subjects in the field of criminal justice. I am a frequent presenter on these same topics at conferences throughout the academic and criminal

EXHIBIT 4 Page 1

justice communities.   I have previously testified as an expert witness in capital trials on prison gangs, inmate sub-culture, and mitigation issues.

## B. Involvement at Trial

6.  On or around April 28, 2011, I was appointed by the trial court to act as a defense expert in criminal justice in the capital case of Teddrick Batiste.  I was retained by Mr. Batiste's trial attorneys, specifically R.P. "Skip" Cornelius to provide an expert opinion regarding whether or not Mr. Batiste would be a future danger, should he be given a sentence of life without the possibility of parole instead of the death penalty.

7.  I was provided records related to Mr. Batiste by the mitigation specialist, Gina Vitale.  The records I reviewed included those from the Texas Youth Commission (TYC), Harris County Juvenile Probation, and Harris County jail disciplinary records.  I met with Mr. Batiste for approximately one hour at the Harris County jail and listened to the statement he made to law enforcement following his arrest.  In addition, I reviewed the June 14, 2011, testimony of the State's expert in security threat group classification, Irma Fernandez.

8.  I asked for, but did not receive, any disciplinary records from Mr. Batiste's time at state jail.  Additionally, I was not provided with any of the jail letters written by Mr. Batiste that were admitted at trial.

9.  In my experience testifying at capital trials, I typically meet with the trial attorneys for an extensive amount of time before my testimony in order to discuss my findings and opinions.  I became increasingly concerned in the days leading up to my scheduled testimony in this case because I had not heard from Mr. Batiste's attorneys.

10. I was scheduled to testify on Monday, June 20, 2011, and the first contact I had with trial counsel was a phone call I received from Mr. Cornelius on

EXHIBIT 4 Page 2

Saturday morning, June 18, 2011. During this conversation, Mr. Cornelius asked me if I was able to discuss issues related to the classification of inmates in prison. I told him that I could discuss the concept generally, but was not an expert in the field of classification.

11. Following this brief telephone conversation, I received an email from Mr. Cornelius with a list of topics he intended to address during my testimony. This list included specific classification topics, such as the different levels of custody, what grade Mr. Batiste would enter the system at, the training and competency of prison staff, and levels of security within the prison system itself.

12. I immediately responded to Mr. Cornelius and communicated that all of my knowledge of classification policies and procedures came from published policy manuals and staff training resources, rather than from any kind of inside working knowledge of the current prison system. I communicated to him that my personal knowledge of classification was from more than twenty years prior, even before the system of classifying inmates by G-1 to G-5 was instituted.

13. The first time I met with Mr. Cornelius in person was twenty minutes before I testified on Monday morning.

14. I was not asked during my testimony whether, in my expert opinion, Mr. Batiste would be a future danger if given a sentence of life without the possibility of parole, rather than the death penalty. Instead I testified to my experience in the late 1980's as a correctional counselor at the Ramsey Unit, and how incoming inmates were classified according to their history of past incarceration and other factors. I generally discussed how and why a prison setting is different than the free world and how prison sub-cultures enable inmates to peacefully live in proximity to others, as well as the fact that in

EXHIBIT 4 Page 3

my experience, people who do not function well in the free world can be successful in the structured environment of prison.

15. I extensively testified regarding the general movement of a G-3 classified inmate, including where he would be able to move within the prison grounds and what his ability to work would be. I testified that studies have generally shown that inmates sentenced to life in prison are manageable and do not demonstrate an increase in acts of violence. An inmate facing such a sentence has to decide soon after arriving if he will commit suicide, have a mental breakdown, or adapt to his new environment. I testified that the research indicates that young inmates given a sentence of life without parole adjust well to being in prison and realize how valuable privileges are and act accordingly. I testified that during the time I was a correctional counselor, inmates who identified as ex-gang members were put into administrative segregation for two reasons—to protect them from violence by other gang members, and to isolate them from the general population in case they were not completely out of the gang.

16. I testified generally about the structure of the prison and how safe it is. I testified generally that the most significant indicator of how a person will behave in prison is how they have behaved in prison before, not their behavior in the free world. I testified that although I requested Mr. Batiste's state jail records I never received any and was not aware whether Mr. Batiste had any disciplinary issues while at state jail.

17. Specific to Mr. Batiste, I discussed the fact that a fist fight is much less serious of an infraction than a fight with weapons, and that it was significant that Mr. Batiste never had a physical altercation with a staff member during any of his incarcerations. I testified that it might be inevitable that Mr.

EXHIBIT 4 Page 4

Batiste participates in a fight in prison at some point because he may need to protect himself from a physical or sexual assault.

18. I testified very generally regarding what a day in prison would be like for an inmate in general population, including what would happen if he were to misbehave. I also testified generally regarding what a day in prison would be like for an inmate on an administrative segregation unit. I testified generally regarding what kind of job or activity an inmate might be involved in during his time in prison.

19. On cross-examination I testified that I was not a uniformed correctional officer and did not walk the unit on a daily basis, and Ramsey was not a unit where a life without parole offender would be sent in the first place. I testified that someone convicted of capital murder would not automatically be assigned a higher security classification, rather it would be based on their institutional history. In that respect, violent and non-violent offenders could potentially be housed together. I also testified that someone convicted of a capital crime could potentially be given access to activities, contact visits, work programs, and enjoy some movement within the prison. I testified that death row was like administrative segregation with the most secure housing available from the Department of Corrections, and despite the intense security there have been escapes and attacks on staff.

20. I testified that the way an individual inmate will react to provocation in a prison setting will depend on their perception of what has been done to them and their ability to assess and adapt. I was specifically asked about the incident where Mr. Batiste assaulted another inmate for hanging up the phones, the incident where Mr. Batiste assaulted another inmate named Bobby Ortiz, the incident where Mr. Batiste was involved in a group demonstration and was cuffed, as well as fights Mr. Batiste had with other

EXHIBIT 4 Page 5

cadets at TYC, an incident where Mr. Batiste used aggressive language with a staff member, and incidents of misconduct at the Harris County jail. I was asked if I was aware of sex acts Mr. Batiste engaged in while at the county jail, but I had not been made aware of that act by anyone prior. I further testified on cross-examination that membership in the Crips is not enough for an inmate to automatically be housed in an administrative segregation capacity.

21. I was very uncomfortable with the outcome of my testimony. My understanding was that I was retained by defense counsel to provide an expert opinion on whether Mr. Batiste would be a future danger if sentenced to life in prison, not provide expert testimony with regard to prison classification policies and procedures, and communicated this to Mr. Cornelius accordingly.[1]

**C. Post-Conviction Involvement**

22. I was contacted by Mr. Batiste's current post-conviction counsel, the Office of Capital Writs ("OCW") and asked to explain what I would have testified to at trial had I been asked by trial counsel my expert opinion on whether Mr. Batiste would be a future danger if sentenced to life in prison without the possibility of parole instead of death.

---

[1]     I had never previously testified regarding classification. When I was a correctional counselor at Ramsey I processed inmates as they came off the bus and presented them to the unit classification committee who determined where on the unit the inmate would live, what their job would be, and the immediate privilege or restrictions that would be given to them. I would coordinate jobs for inmates and would tweak housing assignments for inmates if they had disciplinary or other issues. At the time, inmates were classified as minimum, medium, or closed custody. Eventually this system was transitioned to what it is today, which is classification from G1 to G5.

EXHIBIT 4-Page 6

23. In addition to reviewing my prior testimony, I reviewed the expert affidavit from Dr. James Underhill regarding Mr. Batiste's frontal lobe damage and an affidavit from the custodian of records at Pam Lychner State Jail indicating Mr. Batiste had no disciplinary infractions during his time of incarceration.

24. Based on my education and experience, my expert opinion, which I hold to a reasonable degree of academic and professional certainty is as follows:

**D. Expert Opinion**

25. Analysis of a defendant's past behavior pattern (in a similar prison-like setting) is the most reliable approach in assessing the likelihood of future violent behavior in a prison context. The question of whether someone will commit violence in the future cannot be scientifically answered "yes or no" for the defendant or anyone in the courtroom. There is always some risk or probability that *anyone* may perpetrate violence in the future. To that end, probability must mean something more than mere possibility for the issue to hold any significance.

26. The probability of future violence by an inmate varies directly with the severity of the forecasted violence. For example, the likelihood that someone sentenced in their early twenties will shove another inmate at some point during the course of a life sentence is very high. Inmates often have to demonstrate a willingness to stand up for themselves in order to prevent more serious violence and victimization. On the other hand, the probability that an inmate will kill a correctional officer or other inmate is small.

27. The institutional history of Teddrick Batiste is unremarkable. It is extremely significant that Mr. Batiste received no disciplinaries during his

EXHIBIT 4 Page 7

incarceration in state jail.[2]  Mr. Batiste was incarcerated from May 17, 2007 to October 31, 2007. This was the first time and only time he had been incarcerated at a facility other than a juvenile or county jail facility. The environment at the state jail most closely resembles the environment he would experience at a state prison and the fact that he was infraction free was indicative of what he might experience during a permanent period of incarceration.

28. Mr. Batiste had a small number of incidents while he was incarcerated as a juvenile, but none that would significantly impact his ability to successfully acclimate to an adult prison environment. Similarly, the disciplinary infractions he received while at the county jail during the pendency of his trial are of limited significance to the overall determination of the probability of future violence.

29. There is a tremendous difference in the free world as compared to the sub-culture of incarceration and these differences permeate all levels of human behavior and interaction. There is symbolism in both spoken and body language that is unique to penal institutions, where a simple word or gesture can take on great meaning. As a result, even the slightest infraction of language can be viewed as an act of disrespect and potentially lead to confrontation. For example, the altercation between Mr. Batiste and the

---

[2] There was no representation by the State that Mr. Batiste had disciplinary issues at state jail, but I was unable to definitively say during the course of my testimony that he was free of infractions during that time period because I was not provided with any documentation one way or the other. It was not until I received the affidavit from the custodian of records at Pam Lychner State Jail that there were no disciplinary infractions that I could definitively rely on the fact that Mr. Batiste did not have disciplinary issues during that period of incarceration in asserting that he was likely to successfully adjust to life in prison following his capital conviction.

EXHIBIT 4 Page 8

inmate who hung up the phone was not an incident of a dominant inmate (Batiste) preying on a weaker inmate and acting aggressively towards him for a seemingly minor infraction, but rather something far more significant—that his contact, and other inmates contact, with the outside world was being threatened.

30. It is unreasonable to expect an inmate to be free of any disciplinary action whatsoever. Prison is by its very nature a punitive environment, where its inhabitants lose almost all of their personal autonomy. There is no mechanism by which an inmate can release frustration or experience a normal emotional response to a stressful situation. Any perceived acting out, even something as seemingly inconsequential as harsh words exchanged with another inmate or staff member, is characterized as an "offense" and subject to discipline. This is not an indication that they are presently a danger to others or that it is more probable they will be a danger to others in the future. Rather, it is indicative that they are human beings, with human flaws, and human reactions to situations of stress and dissatisfaction.

31. Furthermore, there is profound discord, anxiety, and apprehension that can occur when an inmate first arrives at an institution or is subjected to continuous change in environment and circumstances, all of which is common during an extended period of incarceration at a county jail. Once an inmate has the opportunity to acclimate to an environment they will remain in for an extended period of time, the stress level and potential for acting out is lessened.

32. There are currently approximately 41,000 inmates across the country serving life without parole sentences. This is a large population and extensive research studies have been done that isolate factors that have an impact on the probability of violent behavior after incarceration. In addition

EXHIBIT 4 Page 9

to Mr. Batiste's unremarkable disciplinary history, there are numerous other factors present that support the assertion that he had a high probability of successfully acclimating to life in a prison environment.

33. **Age**: Mr. Batiste would have been only twenty-three years old with no previous prison history at the time of sentencing. With a potentially long life ahead of him Mr. Batiste would be forced to adapt to the prison environment in order for him to cultivate any sort of "normal" life.

34. **Education**: Mr. Batiste obtained his GED while at TYC. The relationship between education and positive (i.e., non-violent) adjustment to prison has been demonstrated in large-scale investigations of prison misconduct and violence. Research has concluded that inmates with at least a high school diploma or GED are less likely to perpetrate assaults in prison. Level of education or literacy level has demonstrated an inverse relationship with assaultive prison misconduct.

35. **Employment History**: Additionally, a history of gainful employment in the community is indicative of an individual's ability to make a positive prison adjustment. Research has found that inmates with histories of community employment tended to become "industrious" inmates in prison, occupying themselves in constructive ways and being less likely to be involved in prison misconduct and violence. Despite moving around frequently, during periods of non-incarceration, Mr. Batiste was consistently employed in some capacity from the time he was released from TYC to the time he was arrested.

36. **Relationships**: A significant factor supporting the conclusion that Mr. Batiste would adjust to a capital life term in a Texas prison without serious violence was his continuing contact relationship with family, friends, and his two young children. Inmates who have continuing relationships and contact

EXHIBIT 4 Page 10

with community members through visitation, telephone, and/or correspondence tend to have better prison adjustments. This is best explained by their remaining somewhat anchored to community values and the power of visitation and telephone privileges as incentives for compliance with institutional rules. Mr. Batiste acknowledged that he had a lot to live for, in particular his desire, despite the circumstances, to be a positive role model to his two young sons. This would be entirely incumbent on his ability to communicate with them and thus provide every reason in the world to maintain a status free of major disciplinary infractions in order to maintain the privileges that would afford him avenues of communication.

37. **Privileges**: Inmates who demonstrate either good behavior or a lack of disciplinary infractions can become eligible for privileges beyond communication with the outside world. They can participate in work and educational programs, various recreational activities, and can enjoy a limited (yet controlled) amount of movement within the prison. These privileges are far more valuable to an inmate sentenced to life without parole than to one serving a shorter sentence because the inmate with a shorter sentence understands that he will enjoy the outside world at some point in the future. For a capitally convicted defendant, the outside world is no longer attainable and the life that can be constructed within the prison walls is the only life they will get. The only way to survive is to get and keep as many privileges as possible and this requires an abstention from violent or aggressive behavior.

38. Furthermore, I am aware of Dr. James Underhill's finding that Mr. Batiste suffers from frontal lobe damage that affects his ability to conceptualize and perceive risk and as a result will escalate his behavior in situations involving risk. I believe that Mr. Batiste's lack of disciplinary history at the state jail

EXHIBIT 4 Page 11

is indicative that a highly structured environment is conducive to controlling the negative effects of this type of dysfunction.

## E. Conclusion

39. Based on all of the factors I have outlined above it is my expert opinion, in both a professional and academic capacity, that there is nothing in Teddrick Batiste's history that leads me to believe that he would be a future danger if he had been sentenced to life in prison without the possibility of parole, rather than death. Instead, it is far more probable that Mr. Batiste would adjust to a prison environment—taking advantage of the privileges afforded him, while maintaining a meaningful relationship with his children, friends, and family members.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on the ___ day of April, 2013 in Houston, Texas.

_Mary E. Pelz_
DR. MARY ELIZABETH PELZ

Subscribed and sworn to before me on _April 23_, 2013.

_Linda Trimble Davidson_
Notary Public, State of Texas

LINDA F TRIMBLE DAVIDSON
MY COMMISSION EXPIRES
MARCH 14, 2017

EXHIBIT 4 Page 12

# ATTACHMENT A

Pelz                                                                                   1

## VITAE

### Mary E. (Beth) Pelz

College of Public Service
One Main Street, C400
Houston, Texas 77002
Phone: (713) 221-8194 Fax : (713) 226-5274
e-mail: pelzb@uhd.edu

### Education

| | | | |
|---|---|---|---|
| Ph.D. | Criminal Justice | 1988 | Sam Houston State University Huntsville, Texas |
| M.A. | Political Science | 1976 | Stephen F. Austin State University, Nacogdoches, Texas |
| B.A. | History | 1974 | Stephen F. Austin State University, Nacogdoches, Texas |

### Professional/Academic Experience

| | |
|---|---|
| 2005-present | Dean, College of Public Service, UH-Downtown, Departments of Criminal Justice and Urban Teacher Education |
| 2003-2005 | Interim Dean, College of Public Service, UH-Downtown, Departments of Criminal Justice and Urban Teacher Education |
| 1999-2003 | Chair, Department of Criminal Justice, UH-Downtown, Houston, Texas, |
| 1994-present | Associate Professor of Criminal Justice, Department of Social Sciences, UH-Downtown, Houston, Texas |
| 1990-1998 | Assistant Chair, Department of Social Sciences and Coordinator of the Criminal Justice Degree Program, UH-Downtown, Houston, Texas |
| 1988-1994 | Assistant Professor of Criminal Justice, Department of Social Sciences, UH-Downtown, Houston, Texas |
| 1992-1993 | Instructor, Corrections Academy, UH-Downtown Criminal Justice Center, Inmate Gangs & Classification Segments |
| 1986-1988 | Correctional Counselor, Ramsey One Unit, Texas Department of Corrections, Rosharon, Texas |

EXHIBIT 4 Page 13

Pelz                                                                                                        2

| | |
|---|---|
| 1981-1986 | Part-time Instructor, Government, Brazosport Junior College, Clute, Texas |
| 1980-1983 | High School Teacher, Government and History, Brazoswood High School, Brazosport Independent School District, Clute, Texas |
| 1979-1980 | High School Teacher, Government and History, Willis High School, Willis Independent School District, Willis, Texas |
| 1976-1979 | High School Teacher, Government, History and English, LaMarque High School, LaMarque Independent School District, LaMarque, Texas |

## Academic Assistantships

| | |
|---|---|
| Research Associate | Sam Houston State University College of Criminal Justice |
| Graduate Assistant | Stephen F. Austin State University Department of Political Science |

## External Research Grants

| | |
|---|---|
| 1993-1994 | Coordinated Houston site for Public Policy Research Institute, Texas A & M Drug Use Research Project, Harris County Jail Project, $37,500. |
| 1990-1993 | U.S. Department of Health and Human Services, Research Grant, *Examination of the Nature and Extent of Youth Gangs in Texas,* $300,000. |
| 1990 | Southwest Texas State University, Department of Education, Classroom Management and Discipline, Research Grant, *Assessment of Drug Usage/ Trafficking and Youth Gang Activity in an Urban High School,* $2,000. |

## Internal Grants

| | |
|---|---|
| 1992-1993 | University of Houston Downtown, Research Grant, *The Nature, Extent and Institutional Management Practices of Inmate Gangs in the United States,* $2,000. |
| 1990 | University of Houston-Downtown, Organized Research Grant, An Examination of Linkages Between Youth Gangs, Prison Gangs and Drug Distribution in Harris, Bexar and Dallas Counties, $2,500. |

EXHIBIT 4 Page 14

Pelz                                                                                                    3

## Techincal Assistance Grants

| 1996 | National Institute of Corrections, Technical Assistance Grant 2ND Annual NMGTF Training Conference, $10,000. |
| 1994 | National Institute of Corrections, Transitional Operational Funding for The National Major Gang Task Force, $25,000. |

## Successful Donor Solicitations

| 2011 | F.Y. Cheng, Chairman, Evergreen Group, *Scholarship Endowment,* $2 million.   Auxiliary to faculty member Hsiao-Ming Wang from 2004-2011 in cultivation of Dr. Cheng. |
| 2009 | Evergreen Shipping (America),  *College of Public Service Graduate Scholarships,* $100,000. |
| 2008 | The Powell Foundation, *A Model of Faculty Development and Mentoring Program for Early Childhood Education at the House of Tiny Treasures,* $30,000 |
| 2008 | Union Pacific Foundation, *A Model of Faculty Development and Mentoring  Program for Early Childhood Education at the House of Tiny Treasures,* $10,000 |
| 2007 | Evergreen Shipping (America),  *Master of Security Management Scholarships,* $50,000. |
| 2005 | Evergreen Shipping (America),  *Master of Security Management Scholarships,* $50,000. |

## Publications

Williams, Frank P., Marilyn McShane & **Beth Pelz** (2011). Revision and reprint. "The Myth of the Prisons as Country Clubs," in Walker, Jeffery and Robert Bohm *Demystifying Crime and Criminal Justice.* Roxbury Publishing.

Kortz, W. J., Jenkins, K. L., Nath, J. L., **Pelz, B.,** Purdy, P.  (2009).   Partners for better practice: A teacher for homeless children. *International Journal of Case Method Research & Application, XXI*(1,)66-78.

EXHIBIT 4 Page 15

Pelz                                                                                                    4

Jenkins, K., Kortz, J., Nath, J. L., & **Pelz, B.** (2007). A case of need: The House of Tiny Treasures. *Proceedings from the 24th International Conference on Case Method Research & Application,* 150-161.

Jenkins, K., Kortz, W., Nath, J. L., & **Pelz, B.** (2007). A case of need: The House of Tiny Treasures. *The Journal of the World Association for Case Method Research & Application, XIX*(4), 370-382. \*\*This is a different more robust publication from the proceedings above.

Kortz, W., Nath, J., **Pelz, B.** & Jenkins, K. (2007). A Case of technical need: The House of Tiny Treasures. *Proceedings of E-Learn 2007 (World Conference on E-Learning in Corporate, Government, Healthcare & Higher Education, 6162-6168.*

Williams, Frank P., Marilyn McShane & **Beth Pelz** (2006). "The Myth of the Prisons as Country Clubs," in Walker, Jeffery and Robert Bohm *Demystifying Crime and Criminal Justice.* Roxbury Publishing.

McShane, Marilyn, Williams, Frank P., **Pelz, Beth** & Tranqina Quarles (2005). "The Role of Mental Disorder in Parolee Success," *Southwest Journal of Criminal Justice* Volume 2, Issue 1, Spring 2005:3-22. www.cj.txstate.edu/swacjcontents.html .

**Pelz, Mary E**. (2003). "Juvenile Gangs: Theory, Practice and Programs," In McShane, Marilyn and Frank P. Williams *Encyclopedia of Juvenile Justice.* New York: Sage Publishing,

**Pelz, Mary E.**, C. Terry Pelz. (2001). *Introduction to Criminal Justice: Texas Edition*, Belmont, CA: Wadsworth/Thomson Learning.

**Pelz, Mary E.** (1996). "Gangs in Prison." In McShane, Marilyn and Frank P. Williams *Encyclopedia of Prisons.* New York: Garland Publishing, Inc.

**Pelz, Mary E.**, C. Terry Pelz and James W. Marquart (1991) "The Aryan Brotherhood of Texas: An Analysis of Right-Wing Extremism in the Texas Prisons." *The Prison Journal.* (71) (2)Fall-Winter 1991:23-37

**Pelz, Mary E.** 1986. Analysis of County Sentencing Averages for Assault, Vehicle Theft, Forgery, Controlled Substances and DWI: The Data. Report of the Commission on Sentencing Practices and Procedures to the Criminal Justice Policy Council, 70th Texas Legislature.

**Pelz, Mary E.** 1984. Attitude of the Texas Public as to Whether Punishment Should Be Decided by a Judge or Jury. Report to the Commission on Sentencing Practices and Procedures to the Criminal Justice Policy Council, 69th Texas Legislature.

Pelz                                                                                                           5

## Professional Presentations

Pelz, Mary E. (Beth) Pelz (March 2013). *In the Beginning...and 35 Years Later: Interviews with a Prison Gang Member*. Paper presented at the annual conference of the Academy of Criminal Justices Sciences, Dallas, TX.

Nath, J. L., Cohen, M., **Pelz, B.**, Mahoney, S., & Garcia, V. (February, 2009). *Reflective "departmenting": Developing a Reflective, Evaluative Stance through CREATE.* Paper presented at the annual conference of the Association of Teacher Educators, Dallas, TX.

Nath, J. L., Kortz W., Van Horn, L., Jenkins, K., **Pelz, B.**, Cohen, M., Bartlett, M. & Hewitt, A. *A Culture Left Out: A University Partnership's Work with Children of the Homeless. Research presentation for the Association of Teacher Educators, Winter Conference, February 2009, Dallas, TX.*

Nath, J. L., **Pelz, B.,** Evans, L., Cohen, M., Fey, J., & Burditt, D. (2008, August). *Working together for teacher certification: An ISD/Community college/university partnership moving forward.* Paper presented at the annual summer conference of the Association of Teacher Educators, Washington, D.C.

Kortz, W. J., **Nath, J. L.,** Jenkins, K. K., Purdy, P., Pelz, B. (2008). *University-supported technology use at a school for children of the homeless.* Paper presented at the annual meeting of the World Conference on E-Learning in Corporate, Government, Healthcare, and Higher Education, Las Vegas, NV.

Kortz, W. J., Jenkins, K. L., Nath, J. L., **Pelz, B.**, Purdy, P. (2008, July). *Recognition of need: A teacher for homeless children.* Paper presented at the annual meeting of the World Association for Case Method Research & Application, Edinburgh, Scotland.

Burditt, Dell, Fey, Jo, **Pelz, Beth** & Louis Evans. *Partnering for Paras: Collaboration Enables Paraprofessionals to Achieve Teacher Certification.* National Association of Community College Teacher Education Programs, February 29-March 2, 2008, Denver, Colorado.

Kortz, J., Nath, J., Pelz, B., & Jenkins, K. (2007). *A case of technological need: The House of Tiny Treasures.* Paper presented at the annual meeting of the World Conference on E-Learning in Corporate, Government, Healthcare, & Higher Education, Quebec City, Canada.

Kortz, J., Jenkins, K., Nath, J. L. & **Pelz, B.** (2007, July). *A case of need: The House of Tiny Treasures.* A paper presented at the annual meeting of the ACT World Association for Case Method Research & Application, 24th International Conference,  July 1-4, Guadalajara, MX.

*Inmate Gangs in the Texas Prisons: The More Things Change the More They Stay the Same,* Academy of Criminal Justices Sciences Meeting, March  2004, Las Vegas, Nevada.

EXHIBIT 4 Page 17

Pelz                                                                        6

*Which Came First Policy or Public Opinion? Revisiting the Myth of Prison as Country Club,* Academy of Criminal Justices Sciences Meeting, March 2004, Las Vegas, Nevada. With Marilyn McShane and Frank P. Williams III.

*Mental Illness and Parole Recidivism,* Academy of Criminal Justices Sciences Meeting, March 2003, Boston, MA. With Marilyn McShane, Frank P.Williams III and Traquina Quarles. This paper was nominated for the 2004 ACJS Anderson paper Award.

*Parenting a Special Needs Child,* Juvenile Delinquency: Special Needs Children Conference, UH-Downtown, Community Justice Institute, May 2003.

*Sensory Processing and Neurological Development in Adolescents,* Southwest Association of Criminal Justice, San Antonio, Texas, October 3-5, 2002.

*Technical Success v. the Reality of Failure in the Juvenile Justice System: A Case Study of a Young Capital Defendant,* Academy of Criminal Justices Sciences Meeting, April 2001, Washington, D.C.

*What We Can Learn from Jasper,* Academy of Criminal Justices Sciences Meeting, March 2000, New Orleans Louisiana.

*Managing Gangs in the Texas Prisons: A Case Study,* Academy of Criminal Justices Sciences Meeting, March 9-13, 1999, Orlando, Florida.

*Interagency Networking in the 90s,* Fourth Annual National Major Gang Task Force Training Conference, June 1-3, 1998, Daytona Beach, Florida.

*Research Update on Gang Activity and Management,* Third Annual National Major Gang Task Force Training Conference, March 17-19, 1997, Colorado Springs, Colorado.

*How Does the Social Organization of Gangs Impact Gang Activity?* Second Annual National Major Gang Task Force Training Conference, April 29-May 1, 1996, Houston, Texas.

*Linkages Between Youth Gangs and Street Gangs: An Update,* Mary E. (Beth) Pelz, Southwestern Association of Criminal Justice Educators, Houston, Texas , October 5-7, 1995.

*An Analysis of Texas Prison Gangs and Youth Gangs for Possible Linkages,* Mary E. (Beth) Pelz, Academy of Criminal Justice sciences, Chicago, Illinois, March 8-12, 1994.

*The Texas Youth Gang Project: Research Findings and Uses,* Third National Conference of the Youth Gang Drug Prevention Program, Family Youth Services Bureau, Administration on Children, Youth and Families, U.S. Department of Health and Human Services, October 19-20, 1993.

EXHIBIT 4 Page 18

Pelz                                                                                                          7

*Critique of Draft of Final Report of "Gangs and Drugs in New York State,"* New York State Bureau of Research and Program Evaluation, New York State Division of Youth, Third National Conference of the Youth Gang Drug Prevention Program, Family Youth Services Bureau, Administration on Children, Youth and Families, U.S. Department of Health and Human Services, October 19-20, 1993

*Analysis and Summary of the Texas Youth Gang Project's Justice Surveys 1990-1992,* Pelz, Mary E. (Beth) and Elizabeth McConnell, Academy of Criminal Justice Sciences, Kansas City, Missouri, March 16-20, 1993.

*The Texas Youth Gang Project: An Update",* Pelz, Mary E. & McConnell, Elizabeth, American Society of Criminology, New Orleans, Louisiana, November 4-7, 1992.

*The Texas Youth Gang Project-School Superintendent Data,* McConnell, Elizabeth and Mary E. (Beth) Pelz, presented to the Academy of Criminal Justice Sciences, Pittsburgh, Pennsylvania, March 10-13, 1992.

*Preliminary Assessment of Justice Agency Data Collected by the Texas Youth Gang Project,* Pelz, Mary E. & McConnell, Emma.  American Society of Criminology, San Francisco, California, November 1991.

*Right-Wing Extremism in the Texas Prisons: The Rise and Fall of the Aryan Brotherhood of Texas,* Pelz, Mary E. & Pelz, Terry.  American Society of Criminology, San Francisco, California, November 1991.

*The Texas Youth Gang Project: Progress and Problems in Gang Research,* Pelz, Mary E. & McConnell, Emma, Family and Youth Services Bureau of the U.S. Department of Health        and Human Services Research Forum on Youth Gangs, Washington, D.C., October 31-November 1, 1991.

*Juvenile Gang Activity in Texas: Research in Progress,* presented to the Academy of Criminal Justice Sciences, Denver, Colorado,  March 1990.

*Assessing Youth Gangs In An Urban High School,* McConnell, E. & Pelz, Elizabeth.  American Society of Criminology, Baltimore, Maryland, November 1990.

*Pre-Trial Release Risk Profile Assessment: A Viable Solution to Jail Overcrowding in Harris County, Texas?* Pelz, Mary E. & Engram, Peggy.  Southwest Social Science Association, Fort Worth, Texas, March 1990.

*The Search for Constitutionally Adequate Medical Care in the Texas Department of Corrections: A Case Study,* Pelz, Mary E. Southwestern Criminal Justice Educator's Association. Corpus Christi, Texas, October 1989.

EXHIBIT 4 Page 19

Pelz                                                                                            8

*Inmate Gangs: Impact on Institutional and Community Corrections in Texas*,   Pelz, Mary E. & Pelz,
C. Terry.  Texas Corrections Association, Galveston, Texas, June 1987.


*When Brotherhood Leads to Violence: The Management of Inmate Gangs in the Texas Prisons.*
Pelz, Mary E., Southwest Social Science Association.  San Antonio, Texas, March 1986.

## Poster Presentations

Berthelot, Emily R., **Pelz, Beth**, Nath, J.L., *Houston Independent School District Campus Police
    Relationships with Students: An Exploratory Study*, American Society of Criminology,
    Washington, D.C., November 16-20, 2011.

## Panels and Roundtables

Chair of Roundtable: *Tenure and Promotion Criteria in a Criminal Justice Department*
        Southwest Association of Criminal Justice, College Station, TX, September 29-
        October 1, 2011.

Chair of Panel on *Sensory Processing and Delinquency*, Juvenile Delinquency: Prevention and
        Intervention Conference, University of Houston Downtown, Community Justice Institute,
        July 23—24, 2002.

*Chairs Issues Panel*,  Chair and Moderator, Southwest Association of Criminal Justice, San Antonio,
        Texas, October 3-5, 2002.

*Chairs Issues Panel*,  Chair and Moderator, Southwest Association of Criminal Justice, San Antonio,
        Texas, October 2-4, 2001.

Town Meeting: *A LOST GENERATION*, Channel 8, Houston, Texas, May 11, 1994
        One of seven focus panelists addressing social issues impacting youth.  I was asked to
        discuss the issue of youth gangs.

Town Meeting: *VIOLENCE PREVENTION*, Richmond, Texas, February 24, 1994.
        One of six panelists assessing and preventing violence.  I specifically addressed gang
        violence.

Organized and Chair Panel, *Ongoing Youth Gang Research Funded by the U.S. Dept. of Health
        & Human Services,* American Society of Criminology, New Orleans, Louisiana,
        November 1992.

Roundtable:   *RESEARCH ON GANG AND DRUG ISSUES*, Academy of Criminal Justices
        Sciences, Nashville, Tennessee, March 1991.

EXHIBIT 4 Page 20

Pelz                                                                                          9

**Thesis Committees**

| | |
|---|---|
| August 1993 | Outside member, Master of Arts in Behavioral Sciences, UH-Clear Lake. *Media Youth Gangs and Hyperreality*, Theron Ray Shultz |
| December 2002 | Committee Member, Master of Arts in Criminal Justice, UH-Downtown. *An Examination of Selected Variables from the Marginalization, Victimization and Power-Control Theories of Female Criminality*, Deirdre M. Warren. |
| April 2005 | Committee Member, Master of Arts in Criminal Justice, UH-Downtown. *The Harris County Drug Courts: A Test of Symbolic Interactionism*, Paulette Purdy. |
| May 2005 | Committee Member, Master of Arts in Criminal Justice, UH-Downtown. *William E. Murphy, Deputy Chief of the Houston Police Department: Killed while Seated in a Restaurant*, James Dewey. |
| May 2005 | Committee Member, Master of Arts in Criminal Justice, UH-Downtown. *The Influence of Formal Education Upon Overall Police Officer Attitudes, Commitment, and Initiative in a Community –Oriented Police Setting*, Charles B. Assiff. |
| May 2005 | Committee Member, Master of Arts in Criminal Justice, UH-Downtown. *Juror "No Shows": Examining the Lack of Citizen Response to Jury Summons And It's Effect on Jury Representativeness*, Louis Dewey. |

**Expert Testimony and Consultation**

**State of Texas v. John Pham**, 208th District of Harris County, Texas, April 1999.
Murder case. Testified about street gang behavior.

*Capital Cases*
**State of Texas v. Efrain Perez**, 263rd District Court of Harris County, Texas, April 1995.
Testified about street gang and prison gang behavior.

**State of Texas v. Lawrence Russell Brewer**, Brazos County, Texas. September 1999.
Hired to testify about prion gang subculture. Did not testify due to deal made by attorneys.

**United States v. Kenneth Tatum** Eastern District of Texas, September 1999.
Testified about street gang, prison gang subculture and mitigation issues.

EXHIBIT 4 Page 24

Pelz                                                                                          10

**United States v. Shannon Agofsky,** Eastern District of Texas, Beaumont, Texas. July 2004.
        Testified about prison gang subculture.

**United States v. David Lee Jackson,** Eastern District of TX, Beaumont, TX. November 2006.
        Testified about prison gang subculture and mitigation issues.

**State of Texas v. Raymond DeLeon Martinez,** Harris County, Texas, March 2009.
        Testified about inmate subculture and mitigation issues.

**United States v. Issac Mark Snarr,** Eastern District of Texas, Beaumont, Texas May 2010.
        Testified about prison gang subculture and mitigation issues.

**State of Texas v. Teddrick Batiste,** Harris County, Texas, June 2011.
        Testified about classification and inmate routines.

**_Consultation on Appellate Cases_**
**United States v. Shannon Agofsky,** July-August, 2009.

## EDITORIAL BOARDS
*Journal of Applied Research on Children* (2010-present)
*The Gang Journal* which became the *Journal of Gang Research* (1991-1996)

## PROFESSIONAL REVIEWS
Have reviewed for:      *Crime & Delinquency*
Currently review for:    *Journal of Criminal Justice Education*
                         *Youth Violence and Juvenile Justice*

## BOOK REVIEWS
*Ethics in Crime and Justice, Instructor's Manual,* 4th edition.  Jennifer Langdon, Wadsworth /
        Thomson Learning, Belmont, California.  2005.

*America's Courts and the Criminal Justice System*, 4th edition. David W. Neubauer, Brooks/Cole,
        Pacific Grove , California.

Blind Reviews for Manuscripts, Sage Publications
        Untitled text on Girl Gangs and Gang members, 1993.
        <u>Gangs in America</u>, 1994.

EXHIBIT 4 Page 22

Pelz                                                                    11

**Program Reviews**
Criminal Justice Program, Department of Political Science, Northern Kentucky University.
Submitted a report to the dean recommending major curriculum and organizational changes. All
recommendations were adopted.

**Professional Organization Activity**
Southwest Association of Criminal Justice, 2003-2004, President and Conference Program
Chair.

Southwest Association of Criminal Justice, 2002-2003, 1st Vice President and Conference
Program Chair.

Southwest Association of Criminal Justice, 2001-2002, 2nd Vice President and Conference
Program Chair.

Academy of Criminal Justice Sciences 2002 Meeting, Program Committee, Professional
Development

Coordinating Planning and Administration of the Fourth Annual National Major Gang Task Force
Training Conference, June 1-3, 1998, Daytona Beach, Florida.

Coordinating Planning and Administration of the Third Annual National Major Gang Task Force
Training Conference, March 17-19, 1997, Colorado Springs, Colorado.

Coordinated Planning and Administration of the Second Annual National Major Gang Task Force
Training Conference, April 29-May 1, 1996.

Coordinated Planning and Administration of the First Annual National Major Gang Task Force

Training Conference, August 30-September 1, 1995, Hartford, Connecticut.

Coordinator of National Prison Gang/Security Threat Group Workshop, Hotel Soffitel, Houston,
Texas. May 27-28, 1993. Sponsored by the University of Houston Downtown Criminal Justice
Center and the American Correctional Association. Included prison gang coordinators from state
and federal prisons as well as major urban jails.

Organized and Moderated the Second Quarterly Texas Interagency Gang Workshop, October 15,
1991. Hosted by the University of Houston Downtown Criminal Justice Center.

Organized and Moderated the First Quarterly Texas Interagency Gang Workshop, July 30, 1991.
Hosted by the University of Houston Downtown Criminal Justice Center.

EXHIBIT 4 Page 23

Pelz                                                                                                    12

## CONSULTING

1992-1998   Co-founder and Administrative Coordinator of the **National Major Gang Task Force**. Working Task Force of local, state and federal corrections and law enforcement gang coordinators/intelligence personnel dedicated to the development and sharing of operational and strategic gang intelligence. My responsibilities included:

      1. Maintain administrative office/supervise assistant coordinator;
      2. Produce quarterly newsletter;
      3. Coordinate annual training conference (averages 500 participants);
      4. Coordinate communication between board of directors and executive director;
      5. Maintain resource library.

2006-2008    Homicide Intervention Council, unpaid consultant to Houston Police Department Chief, Harold Hurt.

## TRAINING

"Youth Gangs: Intervention and Prevention", Sam Houston State University, May 3-5, 1992.

Southwest Regional Center for Drug-Free Schools and Communities, "Changing the Face of the 90s: A Conference on Gangs and Cults." September 5-7, 1990.

U.S. Department of Justice Certificate of Training, Youth Gangs Course, Houston, Texas, April 1990.

Texas Department of Corrections Officer Training Academy, Certified, December 1987.

## ACADEMIC SERVICE

| University | Department |
|---|---|
| Faculty Senate | Criminal Justice Student Association Sponsor |
| UHD Police Chief Search Committee | Organized Research Committee |
| Faculty Development Committee | Curriculum Committee 1999-2003 |
| Writing Proficiency Committee | Unit-based Budgeting Committee |
| Academic Affairs Committee 1999, 2003-present | Assessment Committee |
| Organized Research Committee | Faculty Development Committee |
| Unit Based Budgeting Overview Committee Chair | CJ Search Committees 91-92, 94-96 |
| Academic Honesty Committee | Member CJ Search Committee 1990 |
| Academic Policies Committee | History Fair Judge |
| Distance Learning Committee | Internship Program Coordinator 89-94 |
| University Policy Committee | Internship Fair Co-coordinator 94, 95 |
|  | Chair, 100 Club Scholarship Committee |
| Women's Month Committee 93, 94, 95 | Women in CJ Conference Committee |
| Chair, Criminal Justice Majors' Day, 1998 | Chair, Criminal Justice Master's Degree |
| Chair, CJ Unit Based Budgeting, 1998-2003 | Curriculum Development Committee, 97, 98 |
| University Curriculum Committee 1998-2003 |  |
| Chair, University Curriculum Committee, 2001 |  |

Pelz                                                                                            13

Chair, Criminal Justice Community Advisory Board
Chair, Search Committee, Dean College of Business 2005
UHD Development Council 2007-present
Chair, Search Committee, Director of Public Affairs, 2008
Public Affairs Council 2008-present
Name Change Task Force 2008-2009
Chair, Search Committee, VP Advancement and External Relations, 2010
Search Committee, VPAA & Provost, 2013

**UH System**
Search Committee for UHD President 2009
UH Campus Safety Task Force 2009

**COMMUNITY SERVICE**
Children-at-Risk Research Institute Board, 2009-present
Children-at-Risk Advisory Board, 2006-present

Keynote Speaker, Point/Counterpoint, Westwood Country Club Issues Committee, Topic: Armed
America, November 14, 1990.

Consultant to Mobile Learning Centers in developing a pilot program for parolees housed within the
New Directions Halfway House, Houston, Texas.  The program provided literacy, basic skills and
computer literacy training for the residents, 1990-1991.

Consultant on Gang Issues, Gerald Garret, Member, Texas Department of Criminal Justice, Board of
Pardons and Parole, 1989-1991.

Town Meeting: VIOLENCE PREVENTION, Richmond, Texas, February 24, 1994.
One of six panelists assessing and preventing violence.  I specifically addressed gang violence.

Town Meeting: A LOST GENERATION, Channel 8, Houston, Texas, May 11, 1994
One of seven focus panelists addressing social issues impacting youth.  I was asked to discuss the
issue of youth gangs.

Gang Awareness Presentations to the following agencies 1996:
        Meadows, Texas  Police Department
        Humble, Texas Police Department
        Jester Unit Shift Meetings, Texas Department of Criminal Justice-Institutional Division

EXHIBIT 4 Page 25

Pelz                                                                                              14

## PROFESSIONAL ASSOCIATIONS
Academy of Criminal Justice Sciences
Council of Colleges of Arts and Sciences
Southwest Criminal Justice Educator's Association
American Society of Criminology
American Anthropology Association
Society of for the Study of Social Problems

## COURSES TAUGHT
### *Undergraduate Courses*
Law and Society   (Introduction to Criminal Justice)       Special Topics: Gangs
Corrections Systems                                         Special Topics: Youth Violence
Criminal Courts                                             Special Topics: Juvenile Issues
Institutional Corrections                                   Senior Seminar
Community Corrections                                       Criminal Justice Research
Correctional Counseling                                     Internship-Research and Agency
Court Administration                                        Crime & Delinquency
Criminal Law                                                Research Methods
Ethics                                                      Juvenile Justice System
Research Topics                                             Criminology
Field Experience

### *Graduate Courses*
Issues in Criminal Justice                                 Issues in Juvenile Justice
Issues in Corrections                                      Administration in Criminal Justice
Special Topics: Inmate Social Organization                 Special Topics: Juvenile Justice
Current Issues for the Security Executive Independent Studies
Capstone Project for Master in Security Management for Executives
Demystifying Crime & Criminal Justice

EXHIBIT 4 Page 26

## AFFIDAVIT OF NECOLE BALDWIN

I, Necole Baldwin, state and declare as follows:

1. My name is Necole Baldwin. I am the first cousin of Teddrick Batiste. My mother, Monica Davis, and Teddrick's mother, Rowena Scott, are sisters.

2. I live in Katy, Texas, and work at a pediatric hospital as a financial counselor. I live with my brother Jermaine Baldwin.

3. I was never contacted by anyone on Teddrick's trial team. I found out what was going on with the case from my mother and the Houston Chronicle. I was willing and able to testify on Teddrick's behalf. Had I been asked, I would have testified to the following:

4. I was born in 1982 in Lubbock, Texas. My parents separated when I was in the first grade and my mother moved me and my brother to Houston.

5. I am the oldest of the cousins on my mother's side of the family. I am about five years older than Teddrick. My extended family is not very close. Everyone gets together on Thanksgiving and maybe on Mother's Day or Easter, but otherwise the individual families go off and do their own thing. We are a family because we are blood, but we do not really do things for each other on a daily basis.

6. I believe that my mother is the most responsible one out of all of her siblings. Several of my mother's siblings stayed with us at different times when I was growing up for personal or financial reasons. It would annoy me. My mother functions as the "groove" of the family. She is not the oldest, but she is held to be that way by the others. She has lent her siblings money, helped them out, and let them stay at her house.

7. My mother left home and married early when she was very young. My grandmother, Darlene Beard, was involved with a very abusive man for

EXHIBIT 5 Page 4

several years and my mother has told me that their living situation was very difficult and took an emotional toll on her.

8. The situation she grew up in influenced my mother a great deal. My grandmother was not loving or nurturing to my mother and the environment she grew up in was not stable or protective. I believe her experiences made my mother want to be a better mother than what she had herself. My mother protected and provided for me and my brother and we got better opportunities in terms of school and our living situation.

9. My grandmother is not my favorite person because of the way she treated my mother. I did not see my grandmother very often growing up. She was not open or loving towards me. I would see her at holidays or family events but then have no more communication with her until the next event.

10. Of all my aunts and uncles, I was probably closest to Rowena. She lived with us for a while when I was in middle school. Teddrick and Kevin Jr. lived with us too. Teddrick would have been in elementary school at the time. Teddrick, Kevin and Jermaine all shared a room when they stayed with us. Rowena and the boys lived with us somewhere between six months and a year.

11. Teddrick was just a regular kid. Rowena would discipline Teddrick by whooping him real good. I once saw Rowena punch Teddrick in the chest. My mom was not any stricter than Rowena, but I think my brother and I respected her more than Rowena's boys respected Rowena.

12. Rowena struggled a lot. They lived in a lot of places and she moved Teddrick around a great deal. There was no stability. Rowena never had a great job and her socioeconomic status was lower. She would have to live in bad parts of town. Where she could afford to live was not the best area for teenage boys. Rowena did not make the best choices when it came to

EXHIBIT 5 Page 2

boyfriends.  The men she was around were not the most positive influences.  I think Kevin Sr. had a drug problem and he did not seem to do anything that improved Rowena's situation.

13. Rowena's husband Jerome had a criminal history and a serious drug problem.  When Rowena met him they were already living in the "hood" and he did not help their situation.  Instead, they continued to live in a bad neighborhood.

14. Teddrick got into trouble as a teenager and went to juvenile detention.  You kind of have to adopt the lifestyle of where you are living and Teddrick lived in the hood.  When he got out I just kind of knew that he was in a gang.  No one else in our family is into gang stuff, but Teddrick had new tattoos that I recognized as being gang related.  Teddrick also just seemed harder when he got out, like while he was there he learned the ways of the streets.  He came out more street-wise, more informed, and a little tougher.  I did not see him that often once he was out, maybe two or three times a year at family events.

15. I was not surprised when Teddrick took responsibility for the little boy that was not his.  He was trying to be a better person and I thought it was commendable.

16. In February 2013, I was contacted by an investigator with the Office of Capital Writs.

17. I have read and reviewed this __4__-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on __4/9__, 2013, in __Houston__, Texas.

EXHIBIT 5 Page 3

NECOLE BALDWIN

Subscribed and sworn to before me on ___April 7___, 2013.

Notary Public, State of Texas



Notary without Bond



Notary without Bond

: 00456

# AFFIDAVIT OF DARLENE BEARD

I, Darlene Beard, state and declare as follows:

1. My name is Darlene Beard. I am Teddrick Batiste's maternal grandmother. My daughter Rowena Scott is Teddrick's mother.

2. I testified at Teddrick's trial. I didn't know what Teddrick's lawyers were going to ask me or what I was supposed to talk about before I testified.

3. At Teddrick's trial, I gave jurors background about Teddrick's family tree. I explained to them that Teddrick's birth was a surprise because I did not know that Rowena was pregnant. I explained to them that I took care of Teddrick until he was about nine years old while his mother finished school. I described Teddrick as a kind and respectful person and that he was good to his kids. I also told the jury that there was not a father figure in Teddrick's life when he was born and that I did not even know who his father even was.

4. If I had been asked, I would have elaborated and testified additionally to the following:

5. I grew up in Coldspring, Texas as one of nine children. I lived there until I moved to Houston 1966 to try to make a better life for myself.

6. My mother already had two children and my father already had five children when my parents met. Together they had three children. My older sister Doris was the first, I was the middle child and my brother Willie is the youngest.

7. My mother raised me by herself. She was as sweet as can be, but she would only tell you to do something once.

8. I remember when I was young my half-brother Sam from my father's side would drink a lot. He would get tore up every weekend. When he got drunk he would beat his wife. I would just have to sit there and watch it. I hated it but there was nothing that I could do.   *D.B.*

EXHIBIT 6 Page 1

9. I had my first child, Malcolm, when I was sixteen. I was not able to finish high school, but I eventually went to night school to get my degree. I met David Alexander, Malcolm's father in high school. I thought we would stay together, but he did not stick around after Malcolm was born. I was seventeen when I had my second child, Monica. Her father is Willie Fields. My mother helped me raise Malcolm and Monica while I finished school.

10. I moved to Houston because I wanted a better life. I needed to get a job and there were no opportunities in Coldspring. I got my first job through Job Corps at Jeff's Tailoring Shop. I must have been nineteen or twenty at the time.

11. I met Truman Jackson around 1968 in Houston and we had a son who we also named Truman. Truman Sr. did not do too much to help me. He did not stick around and was barely a part of our son Truman's life.

12. Next, I met Clarence Batiste at a night club. But he had a wife so there was not too much he could do to help me. I got pregnant and had a son named Christopher. Clarence was not around too often.

13. Then I met Ulysee Bean when I was going to nursing school in Woodville, Texas. He was the first man I lived with. He never fought with me and he was good to my kids and provided for us. Ulysee is the father of Rowena, although no one knew it at the time. Our relationship ended because I moved back to Coldspring when my mother got ill. Then I went back to Houston and got a job driving a school bus and then driving the Metro.

14. I went to Woodville between having Christopher and having Rowena. When I was back in Houston I stupidly went back to Clarence Batiste. That is when I had my youngest son Willie. Clarence still had a wife, but I was young and did not really know or care.

15. After Clarence, I got involved with a man named Peter Paul Zenon. I met him at a club. We lived together for four years or so. He was a monster. He

D. B.

EXHIBIT 6 Page 2

fought me with anything he could pick up. One time he broke my arm by hitting me with a baseball bat. I still have a scar running down the length of my forearm from that incident. I would leave him sometimes on the weekends but then I would turn around and go right back to him. I was really scared of him—it seemed that he would find me everywhere I went. I never called the police on him. Looking back, that was really stupid, but at the time, I was really scared. I kept asking, "Why are you doing this to me? Why? What have I done?" My kids saw all of this. They would cry and say, "Why are you still staying with him?" When Peter Paul was around, the kids were shaking like leaves on a tree just like me. The kids were scared of all of his screaming and hollering.

16. Finally, one night he was trying to fight me again and I shot him. I did not know how to shoot a gun. Afterwards, I called the police and told them what happened. They never arrested me because they knew it was self-defense. They looked at his criminal record and they said, "Oh my god, how were you living like this?" The police talked to one of my neighbors and he told them how abusive Peter Paul was to me.

17. Rowena was upset because of the way Peter Paul treated me. Rowena was happier after he died.

18. Afterwards, I took all of my kids and we stayed with my aunt, SK Davis. She babysat for me while I went to work. We lived with her for at least six months. Eventually I moved with the kids to some government apartments over by Cross Timbers. We lived there about two years.

19. Being a single mother was rough. I had to work long hours to have enough to take care of the kids. Because I was working a lot, other people had to watch the kids. I did not resent the children's fathers for not being around. I just did what I had to do.   D.B.

EXHIBIT 6 Page 3

20. I did not know that Rowena was pregnant with Teddrick. She did not look or act differently. One morning I heard her screaming and hollering from the bathroom. She was in labor about two hours. I caught the baby and then took her to the hospital.

21. I still do not know who Teddrick's father is. I asked Rowena but she never told me who it was. Rowena was only sixteen and had to learn how to take care of a baby. She stayed in school and I was working, so Teddrick went to daycare or stayed with other family members.

22. Teddrick got really sick when he was a baby and had to go to the hospital. I thought it was a cold but it turned out to be much more serious. He had to stay in the hospital about a week.

23. Rowena moved out of the house with Teddrick when he was about three or four years old. After that I would see him from time to time and would take care of him when Rowena needed me to and I was available.

24. Teddrick grew up without a father in his life. He looked up to his uncles, especially Willie. Teddrick went to juvenile boot camp because he was messing with the wrong people. Once he got out, Teddrick considered himself grown and I did not see too much of him anymore.

25. I met Eugene Beard in 2003 at a club where we all used to hang out. I knew his brother. We got married. That was the only time I got married. He was a good guy and really cared about me. I felt like any man that would marry a woman with six kids had to really care or be crazy. Eugene had two kids, Melissa and Eugene Jr., who everyone called Gene. Eugene died in 2007.

26. I met with an investigator with the Office of Capital Writs in November 2012 and March 2013.

27. I have read and reviewed this five-page affidavit.

                                              D. B.

EXHIBIT 6 Page 4

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on March 25, 2013, in Houston, Texas.

*Darlene Beard*
DARLENE BEARD

Subscribed and sworn to before me on March 25, 2013.



Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016
Notary without Bond

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016
Notary without Bond

EXHIBIT 6 Page 5

## AFFIDAVIT OF MELISSA BEARD-CARTER

I, Melissa Beard-Carter, state and declare as follows:

1. My name is Melissa Beard-Carter. I am the daughter of Eugene Beard, who was married to Darlene Beard. Darlene is the maternal grandmother of Teddrick Batiste.

2. I am married and have three children. I work as an obstetrics nurse and am currently in school getting my Bachelor's degree in legal studies.

3. I was never contacted by anyone on Teddrick's defense team, nor was I asked to testify at trial. Had I been asked I would have testified to the following:

4. My mother died in 1984 when I was five years old and after that I lived with my father and Darlene, my brother Gene, and Darlene's six children. My father seemed closer to Darlene's children than to my brother and me, but I don't know why.

5. My father was an alcoholic. He drank every day for the majority of the day. He started off as a casual drinker but it got much worse when my mom got sick. She had cancer and was sick for about a year after she was diagnosed. My dad mostly drank beer but sometimes he would have a shot of whisky. When he was drunk he would speak the truth, and sometimes the truth was harsh. When he was drunk, he would tell you if he did not like you.

6. Darlene was a strict step-mother. She would beat all of us children with her hand or whatever else she could find. She hit everyone, but was especially hard on me, my brother Gene, and Rowena.

7. I was in middle school when Rowena had Teddrick. I did not even know that she was pregnant. I was still living at home but I not present when Teddrick was born.

8. I lived at the house with Rowena and Teddrick until I left when Teddrick was three or four years old. He was a typical child—naughty and mischievous. I did not see Teddrick again until about 2003, when my brother got me back into contact with him.

9. I do not know who took care of Teddrick when he was a small child while Rowena was in school. Darlene definitely did not take care of him, because she was at work. When Darlene came home from work, she would just go to her room and stay there. She hardly came out, which was best for us kids anyway. I do not have good memories of living with Darlene.

10. I left home and moved to California when I was fourteen or fifteen years old. I just did not want to live with my dad and Darlene anymore. I just had enough of all of the drinking and the abuse from Darlene and my father. The household was too abusive—verbally, physically, and mentally. Both Darlene and my father were abusive. My dad hit me with whatever he had in his hand. He never touched my brother though—my brother was like a saint. He was abusive to me because I reminded him of my mom.

11. I moved in with my aunt, my mom's sister, in California. I came back to Texas a few years later, but lived with my grandmother, not my dad and Darlene, when I got back. I felt estranged from both Darlene and my dad because of all that had happened before when I was still living at home.

12. I did live with my dad one time before he was on his deathbed, but we still did not get along. The good days were not often enough. The bad days outweighed the good.

13. I did not make peace with my father until he was on his deathbed. I think he was able to be more reflective once he was sick. He died of congestive heart failure.

14. I do not currently have a relationship with Darlene. When I moved to California and was away from her it was as though she ceased to exist to me. When I came back to Texas, Darlene and my dad were separated, although they did get back together at some point. I am angry with Darlene for how she treated me and the beatings that I received. She is not remorseful for the beatings and even denies that they happened.

15. Once I was out on my own, I started spending a lot more time with Teddrick. Teddrick would have been in his early 20s at the time, and he would come around a lot to see me and my husband, Dytaniel Carter. Teddrick would just come over and hang out at our house. Usually he would come alone, but sometimes he would bring his kids. There was no partying. We would talk and eat and play games with the kids. Teddrick could relax when he was with us.

16. The night he was arrested Teddrick was supposed to be at our house. He said he was coming over and we were going to order a pizza, but he never showed up. A couple of days later we saw him on the news. I was so surprised.

17. I never knew that Teddrick was in a gang. He never showed that part of his life to us. He never drank or smoked weed around me. His entire life was his kids.

18. In January 2013, I met with an investigator from the Office of Capital Writs.

EXHIBIT 7 Page 3

19. I have read and reviewed this __4__-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 8_, 2013, in _Houston_, Texas.

MELISSA BEARD-CARTER

Subscribed and sworn to before me on _April 8_, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

EXHIBIT 7 Page 4

: 00467

## AFFIDAVIT OF DYTANIEL ROD CARTER

I, Dytaniel Rod Carter, state and declare as follows:

1. My name is Dytaniel Rod Carter. I am married to Melissa Beard-Carter, who is the step-aunt of Teddrick Batiste. Melissa and I have three children together.

2. I was never contacted by anyone on Teddrick's defense team, nor was I asked to testify at trial. If I had been asked I would have testified to the following:

3. I knew Teddrick when he was in his early 20s. He used to come over to our house just to relax and hang out. I do not believe that Teddrick had anyone in his life that he could really talk to. He would call me and ask if he could come over. I think he was looking for someone to be a father figure to him.

4. Teddrick talked to me a lot about all of the pressure he was under. He talked about his girlfriend Stephanie and the strong feelings he had for her. He was really trying to do what was best for his family and his kids. Teddrick said he felt as though his kids needed a lot of things and it was his responsibility to provide for them. He felt desperate, like the walls were closing in on him. He felt trapped. I think Teddrick felt love and honesty from me and he desperately needed that from someone. Teddrick had a lot of negative people in his life.

5. I feel like Teddrick was crying out for help and I hate that I was not able to be more of a positive influence on him.

6. In January 2013, I met with an investigator from the Office of Capital Writs.

7. I have read and reviewed this __/__-page affidavit.

D.C.

EXHIBIT 8 Page 1

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on *April 8*, 2013, in *Houston*, Texas.

*Dytaniel Carter*

DYTANIEL ROD CARTER

Subscribed and sworn to before me on *April 8*, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

EXHIBIT 8 Page 2

: 00470

## AFFIDAVIT OF MONICA DAVIS

I, Monica Davis, state and declare as follows:

1. My name is Monica Davis. I am the maternal aunt of Teddrick Batiste. Teddrick's mother Rowena is my sister.

2. I was interviewed by an investigator from Teddrick's trial defense team. I think I spoke to the investigator over the phone. I went to court because I believed I was going to be a witness. I was not allowed to sit in on the trial because I was supposed to testify. At some point Teddrick's lawyer told me they did not plan on using me and I did not testify. I was ready and willing to testify on Teddrick's behalf.

3. If I had been asked I would have testified to the following:

4. I was born in Coldspring, Texas. I am the second oldest of six children born to my mother, Darlene Beard. My mother had my brother Malcolm when she was fifteen or sixteen years old and I was born eleven months later. Malcolm and I do not have the same father.

5. Malcolm and I did not consistently live with our mother as children. We were primarily raised in Coldspring by my grandmother, Susan Clark Mitchell. My grandmother was also raising my cousins Beverly, Etta, and Ray. My aunt, Jana Mae Travis, died in childbirth with Beverly. Beverly was a twin but the other baby also did not survive.

6. Even though we did not technically live with our mother, we went back and forth between Coldspring and Houston frequently. My mother stayed in a lot of different places and moved around a great deal. She often stayed with her aunt, S.K. Davis.

7. My mother ultimately had six children with five different men. Only two of my brothers have the same father. When I was four years old my brother

*MD*

EXHIBIT 9 Page 1

Truman was born. My mother had moved to Omaha, Nebraska for a while, supposedly to go to nursing school, and I believe that is where she met Truman's father. I do not know if she actually went to school there because she is not a nurse. She once worked at a nursing home but it was as an aide, not as a nurse.

8. Truman's father was also named Truman and he went by the name "Buggy." I have heard that he lived with my mother in Houston at some point, but I have no memory of that. I do not remember him ever being around.

9. Clarence Batiste is the father of my younger brothers Christopher and Willie. He was married to someone else at the time he was involved with my mother. My mother tried to say that he was also the father of Rowena and she gave Rowena the last name Batiste. Clarence was not around and was not involved with any of the kids.

10. Rowena was born in between Christopher and Willie. I think that is why my mother said that Clarence was her father. Rowena's actual father is a man named Ulysee Bean. I believe that my mother may have lived with Ulysee at some point, but I do not have any memory of him being around either.

11. I was six years old when Rowena was born. I did not know my mother was pregnant. She was heavy-set and you could not tell by looking at her that she was pregnant. Plus, I was just a kid and did not really have any knowledge of things like that. I was at my mother's house on Christmas Day and had gotten training wheels as a gift. I kept hearing a baby cry in the house and I thought it must be a doll that was intended to be another Christmas gift for me. The crying was coming from the closet and I asked my aunt to help me get the "doll" down. That is when we discovered that the "doll" was actually newborn baby Rowena. My mother had given birth

*MW*

EXHIBIT 9 Page 2

in the house and gone off to work.  She put the baby on the top shelf of the closet on a pillow but did not tell anyone she was even there.  That was how we discovered Rowena had been born.  I do not believe that anyone even knew that my mother had been pregnant.

12. My youngest brother Willie was born two years later, again without me knowing that my mother was pregnant.  I was with my grandmother at the time and we were visiting S.K.  My mother was living in some government apartments about a block away from S.K.'s place.  We were all together at S.K.'s home and my grandmother said she really wanted some watermelon.  My mother said we should go to her place because she had something for us there.  We went over to my mother's place expecting to find a watermelon.  Instead we found a newborn baby Willie on the couch alone in apartment.

13. All of my mother's kids were born at home and so we did not have birth certificates at first.  Rowena and Willie did not start school when they were supposed to because they did not have birth certificates.  I do not think Rowena started school until she was eight years old.

14. When I was in the sixth grade my grandmother got sick.  She had a hole in her intestines and she had diabetes.  The doctors wanted to amputate her leg because of the diabetes but she refused.

15. When my grandmother got so sick we moved to Houston permanently in order to be near her doctor.  My grandmother was in the hospital, so me, Malcolm, and Beverly had to move in with my mother in the projects in Houston.  I did not want to live with my mother but we had no choice.

16. A few months after we moved to Houston for good, my grandmother died in the hospital.  Her leg ended up killing her.

17. My mother had a lot of boyfriends over the years, but when I finally had to live with her for good she was involved with a man named Peter Paul Zenon.



EXHIBIT 9 Page 3

He was physically abusive to my mother. We all moved in with him and as soon as we did, all of us kids saw him jump our mother for the first time. We ran in the room to try and help her and he lined us all up against a wall, pulled out a gun, and shot the wall over our heads. He told us kids that if we ever tried to help our mother again he would shoot us, so we never did.

18. Peter Paul beat my mother often and badly. She has permanent damage from being hit in the head. He broke her arm several times. He beat her so severely right before my grandmother's funeral that she almost didn't make it to the service.

19. Peter Paul beat me and the other kids, including Rowena. He once chased me down the street with a gun. I was beaten with a bullwhip and gun barrel. I am blind in one eye from being hit with a gun barrel. My mother never stopped him when he was beating me. I used to dream of feeding him rat poison.

20. My mother disappeared for days at a time to try and get away from Peter Paul. She would leave the house on a Friday and say she would be back shortly but then she was gone for several days. Most of the time there was no food in the house when she left. Sometimes she left money for food and I went to the convenience store to get it. But sometimes my mother left no money at all. When that happened I would make myself and the rest of the kids pancakes with flour and water and then make syrup out of sugar and water. That is all we had to eat until my mother returned.

21. My mother left us kids alone because of Peter Paul, but she also was gone a lot because she was at work. Whenever she was gone, Malcolm and I were responsible for taking care of the younger kids. If my mother still was not back by Monday morning I made sure that the rest of the kids got off to

mo

EXHIBIT 9 Page 4

school. I did everything a mom should do. Rowena and Willie were not in school yet, so sometimes they stayed with S.K.

22. The cops were never involved. People knew what was going on but everyone was terrified of Peter Paul and what he might do. Peter Paul often told me that he was going to kill my mother. One time my mother jumped out of the car at a red light because he beat her so badly. She ran into the woods and stayed there until he found her.

23. I ran away from home almost every weekend, either with my mother and the other kids or on my own. We stayed with various people but eventually no one took us in, because they were afraid of Peter Paul. Eventually the only one who took us in was S.K.

24. I never could understand why my mother stayed with Peter Paul because she did not need him for money. She worked and was never on food stamps. One time she did leave him for good and took us kids and went to S.K.'s house but he followed us there. He asked S.K. if we were there and S.K. said no, so he shot up the windows of the house with everyone inside. Peter Paul said that he would kill all of us if my mother did not go back to him, so she went back to him.

25. I left for good when I was fifteen and refused to go back. I was still terrified of Peter Paul, even after I left. I would hear a loud truck and think he was coming to get me. I went to stay with S.K. My mother said she was coming to get me and take me back so I decided to move to Lubbock with this older guy that I had met. He was twenty-six years old. I went to Lubbock with him and got pregnant. My mother said that if I did not marry him she would have him charged with statutory rape. We had a "shotgun wedding." My daughter Necole was born when I was sixteen.



EXHIBIT 9 Page 5
: 00475

26. In November 1983, about two years after I moved to Lubbock, my mother shot and killed Peter Paul in self-defense. My mother has never talked to me about what happened, so everything I know comes from newspaper articles, police reports, and the neighbors. The story I heard is that the night it happened my mother and Peter Paul were fighting because he did not like the cornbread dressing she had made. My mother was taking a shower and he ran her out of the house naked and shoved a gun down her throat. There was a tussle and the gun went off. She then shot him several more times. The police responded to the scene and she was never charged with any crime.

27. My mother never protected or defended me when Peter Paul was beating me and I still have not been able to forgive her for that. I have never once heard my mother tell me that she loves me. She thinks my children are spoiled because I tell them that I love them. I try to talk to her about Peter Paul and she tells me to get over it. All I want her to say is that she is sorry and she acts like it never happened. The violence that we saw between our mother and Peter Paul took a toll on me and I believe it has affected my brothers and sisters as well. For example, Willie is physically violent to his wife and Rowena has allowed her boyfriends to be violent towards her.

28. Right after Peter Paul's death, my mother met Eugene Beard at a nightclub. His wife had also recently died. My mother and Eugene were together from then on out and Eugene was the only man she married. Eugene was a good man who took my mother in with all of her kids.

29. They separated at some point, but got back together before Eugene died in 2007. Eugene was at home and started beating on the wall and my brother Truman went to see what was going on. Eugene was having a heart attack. He died at the hospital a few days later.

*M.O.*

EXHIBIT 9 Page 6

30. My mother was tough on Rowena when she was growing up and used harsh words with her. Rowena was a heavy-set girl with low self-esteem and she wet the bed much longer than was normal. I once talked to some guys in the neighborhood who went to high school with Rowena and they told me she had the reputation of being willing to have sex with anyone. I do not know who Teddrick's father is; I did not even know that Rowena was pregnant.

31. Because Rowena has never said who the father is, I assumed it might have been a family member. There have been rumors that a relative of Eugene's is the father and a guy named Sammy has said he is the father too. Someone used to leave money in the mailbox for Rowena and I just assumed it was Teddrick's actual father.

32. I came back from Houston for a visit shortly after Peter Paul died. I had been gone for about two years and this was my family's first time meeting my daughter Necole. Several years later, in 1988, I was having problems with my husband so I left him temporarily and came to Houston. I stayed with my mother and Eugene. I felt like I was turning out to be just like my mom, going back and forth between different places. My mother and I had an argument because I felt like I was being treated like the "family bank." I loaned money to whoever needed it. I babysat Teddrick when I could, and then paid for the babysitter when I could not stay with him.

33. Teddrick had meningitis when he was about one year old. I was there when he got sick. He was just lying in bed and screaming. Rowena took him to the hospital and they said it was bacterial meningitis.

34. I was in Houston for about three months before I returned to Lubbock and my husband. Two years later we moved together with our two kids to the Houston area for good, although we did eventually divorce and I later remarried.

MO

35. Once I was in the Houston area permanently, Rowena and her kids (Teddrick and Kevin Jr.) stayed with me frequently. Rowena got angry at me and left because I did not allow her to have male company. I had a young daughter at the time and I did not think it was safe or appropriate to have strange men around. I was not exactly happy with Rowena's choice in men.

36. Rowena tends to date guys who are losers and treat her badly. Kevin Noel was a young guy. Rowena and Kevin dated for a long time but they did not live together for very long. Rowena only lived with him for a few weeks. He hit her once and when it happened and she had me come and get her.

37. One time Rowena was staying with me, got angry, and went to a homeless shelter. She went from the shelter to some trashy apartments and that is where she met Jerome. Rowena married Jerome and after that she never lived with me again.

38. Jerome was a terrible drug addict. He was never a father to Teddrick or Kevin Jr. I believe that Jerome was beating on Rowena. Rowena's later boyfriend Shun Armington was just as bad as the others. He did not work or do anything productive.

39. Teddrick got into a lot of trouble when he was a teenager. Rowena worked nights and Teddrick did not have much supervision. Rowena acted like Teddrick's friend, but not his mom. When Teddrick or his little brother Kevin got in trouble, Rowena would call them over and then just bust them in the chest. That is not discipline.

40. Rowena was a hard worker and provider, but could not afford to give Teddrick the kind of stuff he wanted. They lived in government apartments and did not have many luxuries.

*MD*

EXHIBIT 9 Page 8

41. I do not believe that Teddrick has ever had a positive male role model. Eugene was the only father figure that Teddrick ever had. Teddrick was in state jail when Eugene died and did not get to go to the funeral. Despite that, Teddrick tried to be a great dad himself. I think he stepped up with Kash because he knew what it was like not to have a father.

42. I did not know that Teddrick was in a gang. No one else in our family has had problems with the law. I was shocked when I found out what happened. I was not surprised to hear that Teddrick was involved with stealing something, but killing did not sound like him.

43. I have heard that Teddrick was not as involved with the tattoo shop case as he claimed to be. I talked to him once about why he confessed and he said that if he gave someone up he could get killed in prison.

44. In December 2012, I met with an investigator with the Office of Capital Writs.

45. I have read and reviewed this __9__-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on __April 7__, 2013, in __Houston__, Texas.

_Monica Davis_

MONICA DAVIS

Subscribed and sworn to before me on __April 7__, 2013.

Notary Public, State of Texas

ARIANE EXGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

: 00486

## AFFIDAVIT OF TRUMAN JACKSON

I, Truman Jackson, state and declare as follows:

1.  My name is Truman Jackson. I am the maternal uncle of Teddrick Batiste. Teddrick's mother, Rowena Scott, is my sister. Rowena and I have different fathers but the same mother, Darlene Beard.

2.  I was subpoenaed to testify at Teddrick's trial. No one had ever talked to me before the trial. I just went to court and had to wait in a little room with the other family members. Someone told us what was going on with the trial, but no one ever told me what I would be asked if I testified. I was never put on the stand. I do not know why I was not called, and no one ever explained anything to me.

3.  I was willing and able to testify on Teddrick's behalf. Had I been asked, I would have testified to the following:

4.  I was born in Coldspring, Texas. I am not sure when I moved to Houston, but I do not have any memories of being in Coldspring. I lived with my mother but would stay with my grandmother at times. My sister Monica and my brother Malcolm lived with my grandmother.

5.  My father was not around when I was growing up. We had no relationship. I do not remember the fathers of any of my siblings being around either.

6.  The first man I remember living with was Peter Paul Zenon. He was an alcoholic and the way he treated us depended on how he felt at the time. I saw him hit my mother. I have tried to block out that memory. He hit all of us kids as well. We did not leave because we had nowhere else to go.

7.  I was not there when Peter Paul was shot. I always thought he would kill my mother. I thought he would kill all of us. He was a violent person and unpredictable. I never knew what was going to happen.

EXHIBIT 40 Page 1

8. My brother Malcolm and sister Monica were able to do what the rest of us siblings could not do—they left. I basically lost my childhood taking care of my brothers and sisters. I was around twelve when Malcolm and Monica left home. Darlene was working during the day and would leave the house early around 6:00 a.m. I had to act like an adult and make sure everyone got to school. I would take the younger kids back and forth to school. All of us kids were responsible for finding something to eat on our own.

9. I was living at the house with my mother and siblings when Teddrick was born, but was not at the house on the day of his actual birth. I did not know Rowena was pregnant and was very surprised. I do not know who Teddrick's father is. Rowena has never said much about it. Rowena ended up being just like our mother—working all of the time.

10. I left home when I was nineteen. I had to live my own life and I did not want the burden of taking care of the other kids anymore. I lost touch with the family after I left.

11. I got in trouble with the law one time when I was eighteen or nineteen years old and spent one night in jail. That was enough to set me straight and I was done with all of that. I know the streets but I chose not to be on the streets.

12. I did not know Teddrick was in a gang. I asked him all of the time and he always said "No." I knew he went to TYC and as soon as he got out he went right back in. I did not get a chance to talk to him before he got in trouble again. When you are that age and your mother works at night, no one knows the kind of trouble you can get into.

13. I was very surprised when Teddrick was arrested for murder. I knew he had been back and forth to jail for stealing cars, but I never thought he could kill someone. A couple of weeks before Teddrick was arrested he came to my mother's house and told me that he had distanced himself from all of the

EXHIBIT 10 Page 2

people he had been associated with.  Then just a few weeks later my mother told me Teddrick was arrested for murder.  I just lost it.

14. In February 2013, I met with an investigator from the Office of Capital Writs.

15. I have read and reviewed this ___3___ -page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on *April 7*, 2013, in *Houston*, Texas.


TRUMAN JACKSON

Subscribed and sworn to before me on *April 7*, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016
Notary without Bond

EXHIBIT 10 Page 3

: 00484

## AFFIDAVIT OF MICAELA LARA

I, Micaela Lara, state and declare as follows:

1. My name is Micaela "Mickey" Lara.  I am a close friend of Teddrick Batiste.

2. I am married to Ricardo "Rico" Lara and we have two children.  We currently live in Denton, Texas.

3. I testified on behalf of the defense at Teddrick's punishment trial.  I testified that I first met Teddrick in 2006 through my husband, and that we became good friends with Teddrick and his girlfriend, Stephanie Soliz.  I testified that we lived with Teddrick and Stephanie for a short time in Houston and then again in Denton.  I testified that Teddrick was a good boyfriend to Stephanie and a good father to their sons.

4. On cross-examination I was asked about my knowledge of Teddrick's criminal history.  I was also presented with and asked questions about several letters that Teddrick wrote to me and Rico from jail.

5. Prior to my testimony, I talked to Teddrick's trial investigator over the phone.  I never met with either of Teddrick's attorneys, even before I testified.  There was a woman who talked to the entire group of people waiting to testify and she would tell us who was next.  She told me the attorneys would just be asking me what Teddrick was like.

6. No one from Teddrick's defense team told me that the prosecution would be bringing up the letters that Teddrick wrote to me—I did not think they were allowed to do that.  I was very surprised by the letters.  The prosecution had highlighted the parts they wanted me to read out loud.  The very next line would say something like, "I am trying to do my best," but I was not allowed to read that part.  The letters were taken completely out of context.

EXHIBIT 41 Page 1

7. There was more I wanted to say about Teddrick. Had I been asked, I would have testified to the following:

8. I grew up in Houston, Texas. I have known my now husband Rico since middle school. I first met Teddrick in December 2006. Rico and Teddrick were already friends by the time I met Teddrick, and Teddrick was together with Stephanie Soliz. I thought Teddrick was goofy and nice.

9. I knew Stephanie from high school. Stephanie was really good friends with my cousin. I believe Teddrick and Stephanie started dating in middle school or early high school. Teddrick went away to boot camp and Stephanie got pregnant with her son Kash while Teddrick was away. Stephanie left school when she got pregnant. Even though the baby was not Teddrick's, he took care of Stephanie and Kash. He did not have to do it but he loved Stephanie and wanted Kash to have a dad.

10. When I met Teddrick he was living in an apartment with Stephanie and Kash. Shortly after that, in December 2006 or January 2007, Stephanie found out she was pregnant with Teddrick's biological son, Alex.

11. Teddrick and I had a good friendship. We would joke around with each other a lot. I felt very close to Teddrick, like I was his older sister. I would give him advice.

12. Rico and I stayed with Teddrick and Stephanie at their apartment in Houston for about a month. Rico worked out of state for the majority of that time. It was a tense situation because neither Stephanie nor Teddrick were working at the time and Teddrick felt as though he had to bear the burden of supporting them. Teddrick was upset and disappointed that he had recently lost his job and he and Stephanie were more distant with one another. He said he felt that way because he was the man and it was his responsibility to

EXHIBIT 41 Page 2

take care of Stephanie and Kash. They lost the apartment, I moved out, and Teddrick and Stephanie moved in with their respective moms.

13. Teddrick and Stephanie broke up when she was pregnant with Alex. I think it was the stress of being so young, having a one-year-old to take care of, and being pregnant again. Teddrick got in trouble for stealing cars, but as soon as he got out of jail he and Stephanie got back together again.

14. Rico and I moved to Denton in June of 2007. I was pregnant at the time and we knew we did not want to raise our baby in Houston and wanted to be someplace different. Rico had friends in Houston that he would get into trouble with. It was nothing serious or criminal, just dumb stuff like fighting and staying out late at night. I told him that if we were going to have a family it was not okay with me for him to be hanging out all night with his friends. Rico no longer wanted to be around that kind of lifestyle either. Rico's mother lived in Denton at the time and that is why we came here. After we moved to Denton I went into labor prematurely and our daughter was stillborn.

15. Teddrick went to state jail for stealing a car after Rico and I moved to Denton. When Teddrick was in state jail we talked about moving him up to Denton with us as soon as he got out. Teddrick did not want to get back into the same routine with the same people and we said we would help him get on his feet. Rico drove to Houston when Teddrick was released from jail and picked him up. Teddrick got here in October 2007 and Stephanie moved up with both Alex and Kash a week or two later.

16. Teddrick was emotionally supportive of me and my husband during the most devastating time in our lives. It was a terrible time for Rico and me because we had lost our daughter. Teddrick really supported us and was there for us. He could have just avoided us like a lot of other people did, but

he did not.  He talked to us and he helped us out.  He listened and showed that he cared.  He was there for us and was a good friend during the most difficult time in our lives.

17. Rico got Teddrick a job as a roofer's assistant.  Teddrick did well with the job and had it until he left Denton.  Stephanie worked nights at a grocery store.  I helped with the kids because I was home.  We all shared the bills.

18. Stephanie and Teddrick broke up and Stephanie left Denton in May 2008. Stephanie had a really hard time being away from her family.  Later on she told me that she had gotten an IUD as birth control and it made her very hormonal and emotional and affected her relationship with Teddrick. Stephanie told me that she ended up getting the IUD surgically removed.

19. After Stephanie left, Teddrick would stay out late.  One weekend, about a week after Stephanie left, Rico and I went to my cousin's graduation in Houston.  As soon as we got back, we saw Teddrick briefly at the house and then he went out.  Teddrick did not come home that night and the next day the police brought him home in handcuffs so that he could get his ID.  I am not sure what he had done, but Teddrick told me he was sorry.

20. Teddrick was locked up for about two months.  When he got out he stayed with us for just a couple of days, but then left to go back to Houston to be with Stephanie and the boys.  Teddrick's mom bought him a bus ticket home.

21. Stephanie told me that Teddrick got in trouble when he was younger, for taking a car, because he was taking the blame for something Stephanie did. He wanted to take care of Stephanie, even if that meant taking the blame for her.  I told Stephanie that she and Teddrick should move to Denton so that Teddrick would stay out of trouble.  If Stephanie would have stayed in Denton, Teddrick would have as well.

EXHIBIT 44 Page 4

22. Every time Rico and I went to Houston after Stephanie and Teddrick moved back, we would make an effort to see them. At first, they were living with Stephanie's father but Teddrick was working and they were trying to get their own place. I saw them in March 2009 when I came to Houston for my baby shower, and by then they were in their own apartment.

23. I was not aware that they were having money problems. I was pregnant and the pregnancy was high risk and I could not have any stress. I think Teddrick did not say anything about the problems because they did not want to stress me out.

24. Teddrick has a younger brother and would try and get his brother to do the right thing. Teddrick would say, "do not do what I do, do not get in trouble, it is not cool." Teddrick was really good at sports and could have done something with it if he would not have gotten in trouble. Teddrick told me that he regretted not staying in school.

25. I did not know that Teddrick was in a gang. Where we went to middle and high school just about everyone acts like a gangster. Stephanie had friends who were supposedly gangsters, but I do not think they really were. They were just trying to be cool.

26. I was shocked when Teddrick was arrested. I could not believe it had happened. I have heard that Teddrick was covering for someone else in order to protect Stephanie and the kids. A few days after Teddrick was arrested, Stephanie's apartment was robbed. Teddrick believed that the people who did it wanted him to know that they knew were Stephanie and the kids lived. Teddrick was afraid that if he said what really happened something bad would happen to Stephanie or the kids. Teddrick had a lot of pride and would not ask for help from anyone.

EXHIBIT 11 Page 5

27. In January 2013, I met with an investigator from the Office of Capital Writs.

28. I have read and reviewed this _6_ -page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 5th_, 2013, in _Denton_, Texas.

_Mr. Lara_

MICAELA LARA

Subscribed and sworn to before me on _April 5th_ , 2013.

_Jennie Schiewe_

Notary Public, State of Texas

EXHIBIT 11 Page 6

: 00491

# AFFIDAVIT OF RICARDO LARA

I, Ricardo Lara, state and declare as follows:

1. My name is Ricardo "Rico" Lara. I am a close friend of Teddrick Batiste.

2. I am married to Micaela "Mickey" Lara and we have two children.

3. I was briefly interviewed by someone on Teddrick's defense team by phone but was not asked to testify at trial. I wanted to testify at Teddrick's trial, and if I had been asked I would have testified to the following:

4. Teddrick and I went to the same high school. I knew of him in high school but we did not meet until we were introduced later by a friend. By the time I met Teddrick he was back from TYC and involved with Stephanie Soliz. They were living together and raising a baby. Teddrick was not the father of the baby, but he stepped up when Stephanie was pregnant and was raising the baby as if he was his own.

5. My wife Mickey and I lived with Teddrick, Stephanie, and baby Kash in Houston. It was the first time I was away from my family's house. I was really young, like seventeen or eighteen. We were a bunch of teenagers living together with a baby. Teddrick was working, and so was Mickey. I took a job in Atlanta or New Orleans for a while and Mickey stayed in Houston. When I came back, Teddrick and Stephanie were really stressed out about money and that Teddrick had gone to state jail for burglary of a vehicle. Stephanie was also pregnant again.

6. It was apparent to me that Teddrick really loved Stephanie. I think he felt a lot of pressure to provide for her. Teddrick worked outside the house but he also did most of the work around the house. He cooked, cleaned, and took care of the baby.

EXHIBIT 42 Page 1

7. Mickey and I came up to see my mom who was living in Denton and we decided we liked it here. I quickly got a job and we moved to Denton. The day after Teddrick got out of state jail I went to Houston to get him and brought him back with me to Denton.

8. In Denton, Teddrick worked as a laborer. He was a really hard worker. You would just have to give him something to do and he would do it. When he finished he did not have to wait to be told what to do next—he just did it.

9. Stephanie did not come to Denton at the same time as Teddrick because she wanted to make sure he actually got a job first. Once she came up with the two kids, we all lived together and split the bills. At first it was kind of crowded but then we moved to a townhouse and things got better. Stephanie had a job for a brief period of time. It was actually more stressful when she had a job because she felt as though she deserved more and should not have to take care of the kids as much. She would sleep in a lot and Mickey would have to take care of the kids. Teddrick would get home from work and then he would immediately take over and start taking care of the kids.

10. Teddrick and Stephanie had got into an argument one night and she left and went back to Houston with the kids. Stephanie wanted to go out and party and have fun. I think there was not enough of a good time for her in Denton. Teddrick wanted to stay because he was on a good path, but he also wanted to be with his kids. Mickey and I went to Houston for a weekend. When we got back we saw Teddrick briefly but then he went out. The next day we found out Teddrick was in jail for breaking into a car. Teddrick was doing fine until we left him alone for a weekend.

11. Teddrick smoked marijuana, mostly at night. He was funny about it. Sometimes he would smoke and then start vacuuming the house. It was like

he would get really motivated to do stuff. Teddrick does not like to sit down a lot.

12. I believe Teddrick was affiliated with the Crips. I think he may have gotten hooked up with them when he was at TYC. He just mentioned it, but I do not think it was a big deal to him. At the time it was a pretty common thing. By the time we were first living together in Houston it was already a part of his past.

13. When Teddrick went back to Houston from Denton I think he may have gotten involved in some stuff again. It had a lot to do with the area they moved to—there were just too many temptations. Teddrick and Stephanie were living on their own and not in a decent area.

14. I saw Teddrick just a few weeks before he was arrested. It seemed like things were not going his way. Teddrick's work had cut back his hours and he seemed to be really stressed about it. Stephanie called me to tell me he had been arrested. I was shocked.

15. Teddrick did not talk much about his family. I knew he had a younger brother that he wanted to be close to. It seemed like Teddrick was closer to Stephanie's family than he was to his own.

16. Teddrick was very out-going. He would give you the shirt off your back if you needed it.

17. In January 2013, I met with an investigator from the Office of Capital Writs.

18. I have read and reviewed this ___4___ -page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 5th_, 2013, in _Denton_, Texas.

RICARDO LARA

Subscribed and sworn to before me on April 5th , 2013.

Notary Public, State of Texas

EXHIBIT 42 Page 4

: 00496

## AFFIDAVIT OF KRISTOPHER MCSHERRY

I, Kristopher McSherry, state and declare as follows:

1. My name is Kristopher McSherry. I am the Plant Manager at Forge USA in Houston, Texas. I was Teddrick Batiste's supervisor for approximately ten months prior to his arrest for capital murder.

2. On direct examination, I testified that Teddrick was a good employee with no disciplinary issues.

3. On cross-examination, I testified that employees in Teddrick's position were guaranteed at least 40 hours a week, and that Teddrick had worked a full shift on April 8, 2009. I further testified that Teddrick first told me that he was late for work because he had walked into a tattoo parlor where people had been shot and immediately left, but he changed his story and said he had to stay and give a statement to the police. I testified that I was not aware Teddrick had been arrested for possession of marijuana and that Teddrick had notified the company that his vehicle was a 1997 Buick LaSabre. I testified that I had discovered Teddrick had lied on his employment application regarding his criminal history, but that I did not terminate Teddrick's employment. I further testified that I had conversations with Teddrick regarding his family and wife, and that Teddrick had shown me pictures of naked women on his cell phone, implying that Teddrick was running around with them.

4. I did not want to testify at Teddrick's trial and did so only because I was subpoenaed. I thought I was subpoenaed by the prosecution. I was not aware that I had actually been called by the defense until I was told that by the investigator from the Office of Capital Writs.

EXHIBIT 43 Page 1

5. I met with the lawyers for Teddrick's side briefly right before my testimony at trial. They just asked me about Teddrick's character, his family, and what kind of employee he had been.

6. I do not recall speaking with anyone from Teddrick's side before that day in court. I do remember being contacted by someone a few months after Teddrick was arrested, but I do not remember who it was. I think it was a man.

7. Prior to Teddrick's trial a police officer came out to interview me in person. Someone from the District Attorney's Office came out with the officer. They asked me about Teddrick's character and wanted to know if I could validate information they got from other employees regarding pictures Teddrick had of other women. They also wanted to know about timing since I believe one of the crimes happened right before Teddrick came to work.

8. The most difficult thing about testifying was looking at Teddrick. That was very strange because I felt I was not testifying in his favor.

9. In February 2013, I was contacted by an investigator from the Office of Capital Writs.

10. I have read and reviewed this two page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on *April 8*, 2013, in *Houston*, Texas.

KRISTOPHER MCSHERRY

Subscribed and sworn to before me on _____April 8_____, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

: 00500

## AFFIDAVIT OF MALCOLM MITCHELL

I, Malcolm Mitchell, state and declare as follows:

1. My name is Malcolm Mitchell. I am a maternal uncle of Teddrick Batiste. Rowena Scott, Teddrick's mother, is my sister.

2. I spoke on the phone with someone from Teddrick's trial team but was not asked to testify. I was willing and able to testify on Teddrick's behalf. Had I been asked, I would have testified to the following:

3. I am from Coldspring, Texas. I was raised by my grandmother, along with my siblings Monica and Truman, and my cousins Beverly and Etta. My mother, Darlene, lived with us off and on. At one point she went to nursing school in Omaha.

4. I am not sure exactly how old I was when we moved to Houston but I went to middle and high school in Houston. When I was in seventh grade I got in trouble and was sent to live with my father in Evergreen. It was not for anything serious, just mischievous stuff.

5. I never knew when my mother was pregnant. She was fat. Then all of a sudden we would have a new brother or sister. Rowena was born at Christmas-time, so we unexpectedly got a sister for Christmas. When Willie was born I thought he was a friend's baby.

6. My sister Monica and I took care of our younger siblings. We would make sure the babies ate, put them in the tub, and put them to bed. My mother did not have favorites. She was hard on all of us. She would whoop us with a belt or anything else she had. She used to tell us, "to find out who done it, I'll whoop all ya'll."

7. All of us kids lived with Peter Paul Zenon, my mother's boyfriend for a time. He treated my mother really badly, would jump on her and beat her. I

EXHIBIT 145 Page 1

remember my mother's arm being broken by Peter Paul. He beat her with a shot gun once. One time, Willie cut up the sofa with a razor blade and Peter Paul beat him really badly. I do not know why my mother stayed with Peter Paul. We were just kids; we could not do anything about it.

8. My mother would take us away from Peter Paul but we would end up going right back. We would leave and go to my aunt's house for a few days but then we would be back. I finally left home because I did not want to see my mother continue to get hurt and I did not want to get hurt myself. I went to stay with my cousin and started working for a moving company.

9. Peter Paul was killed when he and my mother were fighting over a gun. I had already left home when Peter Paul died and was not there when it happened. We did not really talk about it when it was over. I just told my mother I was glad she was okay.

10. Once I left home I went about my own business. I continued to live in the Houston area, but was not around the family much. I was concentrating on taking care of me. I worked a lot and would see the family occasionally.

11. When Rowena was a teenager, she looked a lot like our mother did—very big. I did not know Rowena was pregnant with Teddrick. One day I was just told that she had a baby. After Teddrick was born I heard she was pregnant again. I never knew who Teddrick's dad was.

12. I saw Teddrick periodically when he was growing up. Rowena worked hard to raise him and sometimes had to work nights. When Rowena was working it was just Teddrick and his brother. Teddrick was both a father and brother figure to Kevin.

13. I knew that Teddrick started getting in trouble for stealing cars. I did not know he was in a gang.

MGM

EXHIBIT 44 Page 2

14. In February 2013, I spoke with an investigator from the Office of Capital Writs.

15. I have read and reviewed this ___3___ -page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _March 25_, 2013, in _Houston_, Texas.

*Malcolm Mitchell*

MALCOLM MITCHELL

Subscribed and sworn to before me on _March 25_, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

**Notary without Bond**

: 00504

## AFFIDAVIT OF KEVIN NOEL JR.

I, Kevin Noel Jr., state and declare as follows:

1. My name is Kevin Noel. I was born and raised in Houston and now live in Beaumont, Texas.

2. I am the half-brother of Teddrick Batiste. My parents are Rowena Scott and Kevin Noel, Sr.

3. My dad died on August 16, 2012. He had AIDS. He was healthy one day and the next he was in intensive care. He did not tell anyone he was there, we had to find him.

4. I testified at Teddrick's trial during punishment. I testified that Teddrick was a loving and caring brother who never tried to get me to commit any crimes or be involved in gang activity. I testified that Teddrick was a good father to his kids. I testified that there was friction between Teddrick and our step-father, Jerome Scott. I testified that I did not know at the time that Teddrick or his friends were in a gang.

5. On cross-examination I testified that I knew Teddrick was getting into trouble as a juvenile and that I had smoked marijuana with Teddrick. I was asked by the prosecutor about several letters that Teddrick and I exchanged when he was in jail; including letters about a person named Rome, various tattoos Teddrick suggested I get, Teddrick's desire to have sex with women, Teddrick's requests for pictures of women, and a sexual experience that Teddrick had in the hospital. I also testified that I am a Line Five Piru Blood.

6. I talked to a defense investigator before trial. I was surprised that the district attorney brought up the letters Teddrick wrote to me because no one on Teddrick's defense team told me they would be using them.

EXHIBIT 15 Page 1 of 2
Kevin Noel

7. If I had been asked I would have further testified to the following:

8. I was a baby when my parents separated and I do not remember them ever being together. My dad would come and get me every weekend. He would take Teddrick too. My dad treated Teddrick like he was his own son. My dad was a recovering alcoholic. He got clean in 1993, a year after I was born. Teddrick and I would go with him to AA meetings.

9. My mom married Jerome Scott when I was five years old. Soon after my mom married Jerome he and my dad got into it and my dad stopped coming around as often. My dad told me that Jerome would get jealous when he would take me and Teddrick. After my dad and Jerome got into it, my dad would sometimes come and get just me, leaving Teddrick behind.

10. I went through periods of being close to my dad and then periods of not being close at all. There was a period of time that I did not see my dad for several years. My mom and I lived with my dad again when I was in the ninth grade because the lease was up on our apartment but the other one was not ready yet.

11. My step-father Jerome was a drug addict. I do not think I was fully aware of it when I was young, but it became obvious as I got older. Jerome would take stuff from the house and pawn it, like the DVD player and microwave. He would also go missing for days. Jerome and my mom would argue and fight and Teddrick would be so upset that he would burst out crying.

12. Jerome liked me but he was harder on Teddrick. Jerome would say he was going to get things for me but not for Teddrick. One time he said he was going to get me a remote controlled car for Christmas but he never did. Teddrick would ask where the car was, knowing the whole time that Jerome had spent the money on drugs. Teddrick and I talked about how bad

*Kevin Neal*

Jerome's drug use had been later when I could finally put two and two together.

13. After Jerome left, my mom had a lot of boyfriends—they would come and go. There was one named Mr. Thomas who was around when I was in third grade and Teddrick was in the eighth grade. Mr. Thomas would do stuff with us and take us to his family's house. The relationship did not last long, less than a year, because my mom lost interest.

14. We moved around a lot when I was growing up. We lived with my grandmother Darlene off and on, and we also lived with my mom's cousin Beverly. My mom would have financial problems or get evicted and we would stay with my grandmother until my mom could get back on her feet. Sometimes my grandmother took me and Teddrick to work with her—she was a bus driver for Metro.

15. Teddrick and I shared a bedroom from the time I was born until he moved out. He was a good older brother, but he was not around a whole lot. We did not really hang out and he did not take me with him when he went off with his friends.

16. My mom was laid back but she would discipline us when necessary by spanking or grounding us. When my mom was at work me and Teddrick spent a lot of time with Jerome, but we were very independent and could take care of ourselves by a young age. My mom taught us how to catch the bus, iron our clothes, and feed ourselves. We would get up in the morning and go with my mom to her friend's house so she could get a ride to work. They would drop me and Teddrick off at the bus stop and we would take the bus to school. From the time I was in elementary school I rode the city bus to school. After school we would be alone for several hours at the house



EXHIBIT 45, Page 3

until my mom got home from work.  I was not supposed to leave the apartment during that time but Teddrick was older and had more freedom.

17. When we were home alone, Teddrick and I would sometimes watch pornography that belonged to our uncle.  I was five or six, so Teddrick must have been ten or eleven.  Teddrick would put a porn movie in and we would sit and watch it.  We knew about things way before we should have.  My uncle caught Teddrick with the porn once and made him watch the whole thing, beginning to end.

18. Teddrick had a lot of girlfriends.  He was very popular.  He played football and had perfect attendance.  Everyone knew him and girls really liked him.

19. Teddrick got into a lot of trouble as a teenager.  He would get into fights and then be suspended from school.  I think it was the crowd Teddrick was hanging around with.  He did not hang out with kids his own age, his friends were older.  I think Teddrick was looking for a male role model and we did not have one at home.  We needed a positive role model, not someone who was doing drugs.  Teddrick saw things on the street when he was younger and learned to do small stuff like how to steal candy or kick holes in gates.

20. There was a white kid that Teddrick knew that turned him on to selling pills.  Teddrick would come home with new stuff, like a bike.  Our mom was working a lot and Teddrick kept stuff from her.  He would show me the bike and then stash it at a friend's house.  Teddrick got his first tattoo when he was in eighth grade.  It said "MOB" which stands for "money over bitches." A lot of kids had the same tattoo.  Teddrick was just following the crowd.

21. Teddrick went to boot camp as a juvenile for stealing cars and when he got back he started putting up posters of gang stuff in our room.  When Teddrick got back I did not get to hang out with him and his friends but I eavesdropped on them talking about their girlfriends.  I also listened in on

him smoking weed.  I would pretend to be asleep and Teddrick would come in with his friends and I would hear them rolling and smoking.

22. After Hurricane Katrina, a lot of people from New Orleans moved to Texas. One of them was rolling a blunt and asked Teddrick for a lighter in front of me and Teddrick acted like he did not know what they guy was talking about.  He did not want me to know that he smoked.

23. When Teddrick was locked up in state jail I got in with Five Line.  I thought, "Dang, I'm alone.  Ain't no one here to look after me.  I can't go get my brother to watch my back."  They were doing things for me that I felt I should have had my brother around to do.  I think he should have been around to show me how shady the world can be and how people can pretend to be your friend and then stab you in the back.  I had to learn that on my own, from people who were not my family.

24. When Teddrick really started acting like an adult—holding down a job and being a dad—I think he was doing something really positive and trying to better himself.  He did not want to go to jail anymore.  He really loved Stephanie and did not want to be away from her or me and our mom.

25. After Teddrick got back from Denton I saw him more because he and Stephanie moved in down the street from me and our mom.  Teddrick would walk to the bus stop in the morning to go to work and then when he came home in the afternoons he would call me from the bus stop to pick him up and take him home.

26. I sometimes spent the night at Teddrick and Stephanie's apartment. Teddrick was the man of the house and took care of everyone and handled everything.  He provided for the family financially and took care of the house as well.

*Kevin Noel*

EXHIBIT 15 Page 5

27. In November 2012, I met with an investigator from the Office of Capital Writs.

28. I have read and reviewed this _6_-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _4/19_____, 2013, in _Beaumont_, Texas.


_Kevin Noel Jr_____

KEVIN NOEL, JR.

Subscribed and sworn to before me on _April 19_____, 2013.

_____

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

EXHIBIT 45 Page 6

: 00511

# AFFIDAVIT OF BRIAN FAYHEE

I, Brian Fayhee, state and declare as follows:

1. My name is Brian Fayhee.  I was an investigator with the Office of Capital Writs ("OCW") in Austin, Texas, from October 2010 to June 2012.  During my time at OCW I was the assigned investigator to Teddrick Batiste's capital post-conviction case.

2. On September 10, 2011, I interviewed Kevin Noel at his home in Houston, Texas.  In October 2012, the OCW became aware that Mr. Noel died in August 2012.  Mr. Noel relayed the following information to me during our interview:

3. Mr. Noel met Rowena Scott, Teddrick's mother, at a car wash in 1989.  Mr. Noel was helping a friend wash his car and noticed Rowena.  Mr. Noel went up to Rowena and started talking to her and they began dating shortly thereafter.  Teddrick was about a year old when Mr. Noel and Rowena met.

4. Mr. Noel and Rowena lived together for about three years before their own son, Kevin Noel, Jr., was born.  Mr. Noel lived with Rowena, Teddrick, and Kevin until Mr. Noel moved out when Teddrick was about eight years old and Kevin was about four.  It was not a traumatic break-up, rather Mr. Noel and Rowena just went their separate ways.

5. Mr. Noel continued to see both Teddrick and Kevin on the weekends.

6. After Mr. Noel and Rowena's break-up, Rowena married a man named Jerome Scott.

7. When Teddrick was about twelve years old, there was tension between Mr. Noel and Mr. Scott due to the way that Mr. Scott had been talking to the boys.  Mr. Noel and Mr. Scott got into an argument over the phone and Mr. Noel said, "I don't give a fuck how you talk to Teddrick, I care about what

EXHIBIT 16 Page 2
BF

you say to Kevin Jr." Mr. Scott asked Mr. Noel why he did not care about the way Mr. Scott talked to Teddrick and Mr. Noel said it was because Teddrick was not his son.

8. Teddrick overheard this conversation and asked Rowena if what Mr. Noel had said was true—that Teddrick was not Mr. Noel's son.

9. Mr. Noel apologized to Teddrick and no one ever spoke about it again. Mr. Noel believed that Mr. Scott never forgot the conversation and spoke to Teddrick however he wanted.

10. After Teddrick got out of boot camp, Mr. Noel saw him on the weekends, but not as regularly as he had before. When Teddrick was eighteen years old he decided to "go his own way," moved out, and started raising his own family. Mr. Noel decided to give Teddrick his space because he believed if Teddrick had needed anything he would know to reach out to Mr. Noel.

11. Mr. Noel was not contacted by Teddrick's defense counsel. Mr. Noel would have gladly testified on Teddrick's behalf.

12. I have read and reviewed this two-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _November 6th_, 2012, in _Austin_, Texas.


_Brian Fayhee_
BRIAN FAYHEE


Subscribed and sworn to before me on _November 6_, 2012.

_Jenifer Reif_
Notary Public, State of Texas



JENNIFER RENEE REIF
Notary Public, State of Texas
My Commission Expires
OCTOBER 3, 2018

Notary without Bond

EXHIBIT 16-Page-2

: 00514

## AFFIDAVIT OF ROWENA SCOTT

I, Rowena Scott, state and declare as follows:

1. My name is Rowena Scott. I am Teddrick Batiste's mother.

2. I testified during punishment at Teddrick's trial. I met with the defense investigator a few months before the trial. They just asked me what Teddrick was like as a child. Later, I met briefly with Teddrick's attorney Skip Cornelius at his office and he told me the kinds of things he would be asking me.

3. I testified that I did not tell anyone that I was pregnant with Teddrick because I was scared and my mother was really strict. I testified that my mother helped take care of Teddrick when he was young and had a big influence on him. I also testified that Teddrick had meningitis as an infant and was hospitalized. Teddrick's attorneys showed several photographs of Teddrick and other family members to the jury and I explained who was in each photograph and what they were doing. I testified that Teddrick got into some trouble as a juvenile and that Teddrick witnessed fighting between me and my husband, Jerome Scott. I testified about Teddrick's relationship with his girlfriend, Stephanie Solis, and how he was a good father to their boys. I testified that I did not know Teddrick was in a gang and I would not have allowed him to be in one if I had known about it. I was devastated by the news of Teddrick's arrest.

4. If I had been asked, I would have elaborated and testified additionally to the following:

5. I was born in Warren, Texas. My mother told me that my father was a man named Clarence Batiste, and she gave me his last name. Clarence was also the father of my older brother Christopher and my younger brother Willie. I did not know Clarence and he was not ever a part of my life. I was nine or

EXHIBIT 47 Page 1

ten years old before my mother told me that my actual father was Ulysee Bean. My father was not involved in my life until I was thirty-three and I "re-met" him through one of my boyfriends.

6. When I was young I moved around a lot. I sometimes stayed with my mother, but other times stayed with my mother's aunt SK Davis or her cousin Beverly. There were times that my mother was with me either at SK or Beverly's house, but other times that I was there without her. It was nice at SK's house and she took care of me and my siblings. SK was married but did not have any children of her own. She lived in a three bedroom house in the Cashmere Gardens neighborhood.

7. My mother had a boyfriend named Peter Paul Zenon and he was abusive. We lived with him off and on for several years. Peter Paul had kids of his own but for the most part they lived with their mom.

8. I saw Peter Paul beat my mother many times. One night he beat her so badly with the end of a shotgun barrel that he broke her arm. My older sister and brothers once jumped in and tried to help my mom fight Peter Paul off. My mother left Peter Paul several times. She would pack us all up and we would go to SK's house for a week or so, but they my mother would always go back. I do not understand why she continued to go back to him. My mother's relationship with Peter Paul has always affected me. My husband Jerome Scott was verbally abusive and when he yelled at me I had flashbacks of what it was like to be around Peter Paul.

9. Peter Paul hit me and my siblings as well. He said he was giving us whoopings because we had done something bad, but it was for really minor kid stuff, like not cleaning up or eating food we were not supposed to eat. He made us kneel on coins to punish us. Peter Paul had a leather couch and it got cut up once. Peter Paul beat my brother so badly for cutting the couch

that he bled.  It was not actually my brother who had cut the couch; it was one of Peter Paul's kids.

10. One night when I was about ten years old, I was at SK's house and a neighbor came over and told us that Peter Paul was dead.  I was told that my mother and Peter Paul were arguing over cornbread and went to his truck and got a gun.  They were fighting, the gun went off on him, and he died.  The cops said it was self-defense.

11. My mother was not around very much during my childhood because she worked a lot.  I was mainly taken care of by my siblings, Beverly, or SK. My mother was not very strict and did not have a lot of rules.  She did not say "no" a lot, but when she did she really meant it.

12. After Peter Paul died we lived at SK's house until my mother met Eugene Beard and she moved in with him.  After a few months she brought me and my brothers (Truman, Christopher, and Willie) to Eugene's house as well. My mother and Eugene got married at some point.  At Eugene's house I shared a room with his kids, Melissa and Gene.  I slept in my own bed and Melissa and Gene had bunk beds.

13. My mother was not an affectionate person.  She never told me that she loved me.  I sought affection from other people, especially boys.  I did not really have boyfriends, but became sexually active at about fourteen years old.  My mother did not talk to me at all about sex and I did not really know what it was all about.  I cannot say that I was taken advantage of by boys because I was willing, but I was too young to really understand what I was doing.  I did not know anything about birth control or how to protect myself.

14. Teddrick's father is a man by the name of Clifton Johnson.  I met him when I skipped school and went to a friend's house.  It was a one night stand and I never saw him again.  I was fourteen at the time and he was twenty-two or twenty-three years old.  He never knew I was pregnant.

15. I knew I was pregnant because my menstrual cycle stopped but I did not tell anyone. I was scared and I hid the pregnancy. I wanted to tell my mother but I did not because I was afraid of how she might react. I felt like it was a really big deal and did not know what to do. I did not have any pre-natal care and I never saw a doctor. I just prayed for a healthy baby.

16. I went into labor at home in the bathroom, just a few days after I turned fifteen years old. I labored for a couple of hours. My mother thought I just had bad gas but I told her no, I was having a baby. My mother caught Teddrick when he was born and cut the cord. Teddrick was born at about 2:00 a.m. and then when it got light we went to the hospital.

17. At first my mother was angry because I did not tell her about the pregnancy. But then she got used to Teddrick and came around to the idea. My mother had to take care of both of us. I was just a baby who had a baby.

18. At the time Teddrick was born I still lived with my mother, Eugene, my brothers, Melissa and Gene. Teddrick slept with me in my bed and Eugene and Melissa were in the bunk beds in the same room. He was a good baby and slept through the night early on. My mother and Eugene supported me financially. I went to school and Beverly kept Teddrick during the day.

19. When Teddrick was about nine months old he got really sick. He was hollering in his sleep and we took him to the emergency room. They said he had meningitis of the brain and he had to stay in intensive care for almost two weeks. The doctors told me that if I had waited any longer to take Teddrick to the hospital he would have died.

20. I graduated from high school in 1991, when Teddrick was three years old. About a year later I was walking with a friend to the store and started talking to a guy named Kevin Noel. We started seeing each other and in 1992 I gave birth to our son, Kevin Noel, Jr. When Kevin Jr. was about six months

old, Teddrick and I moved out of my mother's house and into an apartment with Kevin.

21. Kevin supported us by working at Wendy's. He was good to me and the boys. I did not know it at the time, but Kevin was using crack. I was staying the night at his mom's house once and his sister said, "I don't know why you are messing with him, he's on drugs." We ended up breaking up about six months after we moved in because I found out Kevin was seeing other women. Kevin passed away recently. I heard from some people that he died of cancer, but I also heard that it was AIDS.

22. When we separated, the boys and I moved in with Beverly for a few months and then moved in with Monica and her kids for about a year. Even though we were technically not together, I was still messing around with Kevin during the time I was living with Monica.

23. When I was with Monica I got my first real job, a position on the assembly line at Compaq. I was able to move myself and the boys to our own apartment a few months after I got the job. I was twenty-three years old. It was a government subsidized apartment in a low-income housing community. I think I had to pay twenty-five dollars a month in rent. The job was only temporary and I got laid off. When I was out of work I did not have to pay anything for the apartment. I then got a permanent job on the assembly line at Compaq and worked there from 1994 to 2000.

24. Every time we moved someplace new I registered Teddrick at whatever local school was the closest. Teddrick was an out-going kid and seemed to adjust to the new schools okay.

25. Over the years I got some financial assistance from churches and also received food stamps. I did get child support from Kevin. At some point he started to receive social security and I automatically got a portion of that.

EXHIBIT 17 Page 5

26. Teddrick and Kevin Jr. went to the Head Start program in the apartment complex. It was government subsidized day care. The place we were living was the Acres Homes area. The neighborhood was pretty run down, with lots of government housing. There were all kinds of stuff that went down in those apartments.

27. I met Jerome Scott shortly after I moved out on my own. His sister lived in the apartments next to mine. We got together in 1996 and married in 1997. We have separated and gotten back together many times over the years because Jerome is a drug addict. I did not know about his drug problem before we married or I never would have married him. When we got married one of his nieces told me, "I wish you would have talked to me before marrying my uncle. He's the biggest crack head." Jerome used crack and also smoked weed. As far as I know, Jerome is still using drugs.

28. Jerome got drugs on credit and then when he got paid from work he had to pay people back. He was working as a cook at Luby's. Jerome got paid on Tuesdays and then we did not see him again until Friday or Saturday. He was just missing in action.

29. After his job at Luby's, Jerome was working as a cook at Kendricks Hospital. Like I did for the majority of my time at Compaq, I was working nights and Jerome stayed with the kids. One time he was supposed to pick me up from work but he called and said he had gotten robbed and could not pick me up. I got home and he was high. He did not get robbed, he smoked his money up.

30. Teddrick did not like Jerome at all. It was me and Teddrick and Kevin Jr. together for so long and I think that Teddrick felt like Jerome was interfering. Teddrick got in trouble by Jerome for every little thing. Jerome hollered at Teddrick and wanted to whoop and punish him. I told Jerome

EXHIBIT 47 Page 8

that was my job, so he would do things like put Teddrick in his room but let Kevin outside to play.

31. Kevin had visitation with both Teddrick and Kevin Jr. Teddrick believed that Kevin was his biological father until one day Kevin and Jerome got into an argument. Jerome then told Teddrick that Kevin was not his father. Teddrick was upset and just went in his room and closed the door. That is how Teddrick dealt with being upset. Another time, Kevin was supposed to pick up the boys for a visit and Kevin Jr. got sick and could not go. Kevin wanted to go ahead and take Teddrick along, but Jerome did not let him go.

32. Jerome was not physically abusive to me but he was mentally and emotionally abusive. Jerome was very argumentative and yelled and cursed at me. In 2004, I found a baggie with crack cocaine in the back of the toilet when I was getting ready to get in the shower. I asked Jerome to leave and he did.

33. I did not know that Teddrick was smoking weed as a teenager. He hid it really well. In middle school some kid stole his mom's pills and then he and Teddrick put the pills in Teddrick's locker. Teddrick was caught, kicked out of school and sent to an alternative school.

34. Despite the trouble Teddrick got into, he was a good boy. He was active and had a lot of energy. Teddrick did well in school. He liked it and had perfect attendance. He was on the honor roll and did his homework. He did football and track. I never knew any of Teddrick's friends when he was in school. I was always working.

35. Teddrick was sent to boot camp the first time when he was fifteen years old for stealing cars. I did not even know he knew how to drive. Teddrick got in trouble just a few months after he got back from boot camp and got sent to Sheffield, way out in West Texas. He was there for a while and one weekend I went out to see him and took my mother and Kevin with me.

EXHIBIT 47 Page 7

Teddrick seemed to be doing okay, and just seemed like he was ready to get out of there.

36. While Teddrick was gone I started dating Shun Armington. Shun was a good guy and he got along with Teddrick and Kevin. Shun went with me to pick Teddrick up from the airport when he got back from Sheffield and that is where they met for the first time. Shun had been to jail before but did not use drugs. I was together with Shun until 2007. He wanted to move his father in with us and I was not okay with that so the relationship ended.

37. When Teddrick got back from Sheffield he stayed with me for about a month but then moved in with his girlfriend Stephanie, who was pregnant by another guy. When he got out, Teddrick seemed to be doing really well. I was surprised Teddrick wanted to take care of the baby. Teddrick said it made him be a man. I did not like it at first, but he was in love with Stephanie. I told him I was okay with it as long as he was working.

38. Teddrick was out having his own life, but I saw him as often as I could. I worked a lot and he was doing his own thing, but we talked regularly and saw each other when we could. When he and Stephanie moved into their apartment on Ella they were just down the street from me and so I saw them and the kids quite a bit.

39. In November 2012, I met with an investigator from the Office of Capital Writs.

40. I have read and reviewed this ___8___-page affidavit.

*Rowena Scott*

ROWENA SCOTT

EXHIBIT 17 Page 8

Subscribed and sworn to before me on April __9__, 2013.

_____

Notary Public, State of Texas



ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

: 00524

AFFIDAVIT OF DANYELL SOLIZ

I, Danyell Soliz, state and declare as follows:

1. My name is Danyell Soliz. I am the sister of Stephanie Soliz. Stephanie is the mother of Kash and Alex, Teddrick Batiste's children.

2. I was never contacted by anyone on Teddrick's trial team. I was willing and able to testify on Teddrick's behalf. Had I been asked, I would have testified to the following:

3. I am two years younger than my sister, Stephanie. I first met Teddrick when I was in middle school. He and Stephanie were dating. Teddrick went away at some point and he would send Stephanie letters. I was nosey and would read the letters. The letters focused on their relationship.

4. I knew that Teddrick went to TYC for stealing cars. I am not sure how much Stephanie knew about what he was doing or how involved she was, but I remember them picking me up in a car once that they said belonged to Teddrick's mother. Years later Stephanie told me it was actually stolen.

5. I became aware that Teddrick had a gang affiliation once he got out of TYC. I knew some of the people Teddrick hung around after TYC and they were affiliated. I could also tell that Teddrick was affiliated because of some of his tattoos and some of the things he would say. I do not think he was in any kind of hard-core gang because I knew he had nothing to do with gangs before he went to TYC. After he came out of TYC, it seemed like something he had to do to fit in socially. Teddrick is funny and really goofy. No gangster acts like that. I never saw Teddrick angry or trying to fight anyone like you would expect hardcore gang members to act. Teddrick is very social and easy to get along with and made friends easily.

EXHIBIT 18 Page 1

6. Teddrick was the only one of Stephanie's boyfriends that my father ever liked. Teddrick was nice and goofy, played with the kids, and took care of Kash even though he was not biologically related. When Teddrick stayed at my father's house he would pay my dad rent and helped with the bills. Teddrick would also do chores and help with the yard work.

7. I lived with Teddrick and Stephanie when we were all staying at my father's house. This was when I was in high school and before Teddrick and Stephanie went to Denton. Teddrick always seemed to be at work. I would be holding Kash, and Teddrick would get off of work and come home and immediately take Kash.

8. Teddrick was the breadwinner. He took care of Stephanie and the kids financially. Even though Stephanie was happy when they lived in Denton, I think she was lonely without her family around. She told me that Teddrick worked a lot and she wanted something more. She came back to Houston, but Teddrick was not far behind.

9. When Teddrick and Stephanie came back to Houston from Denton they stayed with my father again and then got their own apartment in Greenspoint.

10. Teddrick said to me often that he really regretted messing up in high school. He was very good at sports. Teddrick would talk about the past and how different his future could have been. He wished he would have stayed in school because he did not think he would be able to get a good job. When he got that job at Forge USA, Teddrick worked so hard.

11. I was very surprised when I heard Teddrick had been arrested. My dad told me. My dad was crying—I have never seen my dad cry like that. I went straight over to be with my sister and she was so upset. We took her boys to

EXHIBIT 18 Page 2

get food and when we got back to her place there were cops everywhere and they had busted her door down and would not let us in.

12. I know Teddrick and I do not believe he is capable of such a thing.

13. In February 2013, I met with an investigator with the Office of Capital Writs.

14. I have read and reviewed this ___3___ -page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 7_, 2013, in _Houston_, Texas.

DANYELL SOLIZ

Subscribed and sworn to before me on _April 7_, 2013.

Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016
Notary without Bond

EXHIBIT 18 Page 3

: 00528

## AFFIDAVIT OF RAUL SOLIZ

I, Raul Soliz, state and declare as follows:

1. My name is Raul Soliz. I am the father of Stephanie Soliz. Stephanie is the mother of Kash and Alex, Teddrick Batiste's children.

2. I was never contacted by anyone on Teddrick's trial team. I was willing and able to testify on Teddrick's behalf. Had I been asked, I would have testified to the following:

3. I met Teddrick after he started dating Stephanie. It must have been after Teddrick got out of TYC. Teddrick was a family guy. Other guys were out there doing stuff with their friends. Teddrick was more into the grown-up lifestyle of being home with the kids.

4. Teddrick worked for me doing landscaping when Kash was a baby. He was a good worker. The job was just temporary and then he went on to do other things.

5. Teddrick called me Pops and told me that I was like a father to him. I treated him just like I treated my own kids. I talked to Teddrick about life and work and priorities. I tried to give him advice. Teddrick told me that the most important thing to him was that he got to raise his kids. Teddrick wanted his kids to be good at sports.

6. I did not know Teddrick was in a gang. I knew Teddrick had been in trouble in the past but I did not know why. Teddrick told me that he wished his life was different—more like mine. I had a steady job, cars, and a house. I told Teddrick that he had to stay with his jobs and work hard. Teddrick was a really hard worker, but he sometimes had a hard time getting rides to work.

EXHIBIT 19 Page 4

7. Teddrick lived at my house for a while. Other boyfriends of Stephanie's had stayed there too, but Teddrick was different. He would help out and do housework.

8. Teddrick smoked pot and I believe that affected his priorities. I told him that when you smoke pot your mind floats off in different directions and your priorities get all twisted up. Teddrick understood but he liked smoking pot.

9. Teddrick told me about the way he was being treated at Forge. They were giving him the worst, most dangerous jobs. I am not sure why—maybe because he was new. Plus, they were cutting his hours. I told him to hang in there.

10. I spoke to an investigator with the Office of Capital Writs in April 2013.

11. I have read and reviewed this ___2___-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on __4-12__, 2013, in __MANSFIEld OHIO__

_Raul Sljz_

RAUL SOLIZ

Subscribed and sworn to before me on __4-12__, 2013.

_Kathleen A. Reindl_

Notary Public, State of __OHIO__

KATHLEEN A. REINDL
NOTARY PUBLIC,
STATE OF OHIO
My Commission
Expires
March 1, 2016

EXHIBIT 49 Page 2

# AFFIDAVIT OF STEPHANIE SOLIZ

I, Stephanie Soliz, state and declare as follows:

1. My name is Stephanie Soliz.  I was romantically involved with Teddrick Batiste from the time we were teenagers until after he was arrested for capital murder.  Teddrick is the biological father of my second son, Alex Batiste.

2. I testified for the defense at the punishment phase of Teddrick's trial.  I testified that I met Teddrick in middle school and started dating him in high school.  I also testified that Teddrick was a good provider and father and assumed responsibility for my first son even though he was not biologically related.  I testified about the places Teddrick worked and how he was the breadwinner for our family.

3. On cross-examination I was asked about the tint on Teddrick's car; his tattoos; the events surrounding Teddrick's arrest; Teddrick's involvement with marijuana; stolen property that was being kept in our apartment; and the amount of time Teddrick worked at his job versus the amount of time he spent on the street.

4. I was contacted by Teddrick's defense team before trial and I believe I met with the lawyers.  I was interviewed by the police immediately after Teddrick's arrest and then I was interviewed by the prosecutor very close to the time of trial.  The prosecutor was very nice to me in person, and then as soon as I was on the stand she flipped everything I said.  I expected to be cross-examined, but the extent of it surprised me.

5. I understand that the prosecutor was just doing her job, but the picture they painted of Teddrick was completely wrong.  Teddrick was a great father, a great provider, and always was looking out for someone else.  Teddrick is a



EXHIBIT 20, Page 1

good person. If I had been asked by Teddrick's lawyers I would have additionally testified to the following:

6. I first met Teddrick in middle school. I got in some trouble for not going to school and walking around the neighborhood during school hours. I had to go to the Alternative Learning Center (ALC), which was an alternative school for kids who had disruptive behavior or violates school policies. Around the same time, Teddrick was stealing prescription pills and selling them to kids at school. About a week after I got sent to ALC, Teddrick got caught selling pills and got expelled from middle school. Teddrick was put on probation through the Juvenile Justice Alternative Education Program (JJAEP) and went to a different alternative school. There were a lot of people at school selling pills.

7. After we finished our time at our respective alternative schools, we both began our freshman year at Cy-Ridge High School. We started dating right away. At that point, Teddrick was more mellow and really into sports. He was not getting into trouble.

8. Teddrick was a good boyfriend. There were a lot of people who did not like the fact that the star black athlete was with the Hispanic white girl, but Teddrick would stand up for me and tell people that I was his girl. Teddrick got his first tattoo before I knew him, but when he was fifteen he got his second one—my name across his chest.

9. We hung out a lot with other people, usually in a large group. We would spend time with older kids and sometimes hang out with my sister and her friends. We would play basketball or just spend time outside someone's apartment. Teddrick got in trouble again our sophomore year for stealing cars and went to boot camp. He would just take the cars so that we could ride around. Teddrick had been riding bike to my house to see me, but once



EXHIBIT 20 Page 2

he learned how to get a car, he would come get me that way. Teddrick was not back from boot camp very long before he got caught with another car and this time he got sent to TYC.

10. We broke up when Teddrick was in TYC, because I knew it would be impossible to keep up and write to him every single day. I felt like it was not over between us and I think Teddrick knew I would be there for him when he got out. When Teddrick was away I started dating a guy named Corey. We were together for about a year but Corey went to jail for stealing cars. Corey is the father of my first son, Kash, but our relationship ended before the baby was born.

11. Even though we were technically broken up, I did keep in touch with Teddrick while he was at TYC. Teddrick came out of TYC knowing more and better ways to steal cars. Teddrick learned it from the people he met there. That is what I hate about TYC. They take the worst kids in the district and put them together in one place. Teddrick had more connections with drugs there as well.

12. When I first started dating Teddrick I was into the whole gang thing and he was into sports. Everything changed when he went to TYC. That is where Teddrick started affiliating with the Crips. Five Deuce is a TYC thing. I had been connected to a different clique from the neighborhood I grew up in, but was never really involved with the lifestyle. The gang lifestyle is something you are born into and grow up in. Teddrick did not have those kinds of associations before he went to TYC.

13. Teddrick never knew his dad. I could tell that it bothered him. Once in a while something would come up and I could tell that it was in the back of his mind. One time something showed up on a phone bill and Teddrick thought it might be his dad trying to get in contact with him. He really thought that.



EXHIBIT 20 Page 3

His mom told him that the number on the phone bill had nothing to do with his dad and Teddrick felt so stupid and hurt. Another time he asked his mom a couple of questions about his dad and she yelled at him, telling him that she had already told him as much as she knew. The conversation ended and to my knowledge, Teddrick never asked his mom about his dad again.

14. When Teddrick got out of TYC he got a job at Sonic and then at Babies R Us. He was working on being a grown-up. I was pregnant with my son Kash at the time and although Teddrick was not the biological father, he wanted to take care of me and the baby. Teddrick moved in with my family and me and my mom were in a car accident. Teddrick took really good care of us. Teddrick got a job at Wal-mart as a stocker in order to be closer to the apartment we were living in with my mom. Teddrick was at the hospital with me when Kash was born on November 25, 2005. After Kash was born I tried to go back to school. Teddrick would babysit Kash during the day when I was at school and then he would go to work at Wal-mart at night.

15. I ended up dropping out and getting my GED instead. Teddrick got his GED when he was at TYC. Teddrick was not a big school person so I do not think it bothered him that he got a GED instead of a high school diploma. He was just going to school to play football and he regretted not being able to play ball anymore.

16. Teddrick left his job at Wal-mart and worked for my father for a while at the Houston Livestock Show and Rodeo. The hours were long and he made minimum wage, but he worked enough to save up to buy a car. Teddrick also worked at my dad's other business, a landscaping company, and moved me and Kash out of my mom's place and into our own apartment.

17. Teddrick was constantly looking for ways to make more money for us and would take various jobs like the overnight shift at the Office Depot distribution center and at an air conditioner factory.

18. Things between Teddrick and I got bad when I found out I was pregnant with Alex. Teddrick was using Ecstasy at the time and began to act differently. Teddrick told me he was not sure that he wanted to be in a relationship with me and that he did not want me to have the baby, so I moved back in with my mother. Even though we were broken up, Teddrick continued to provide financially for me and Kash. He told me he started stealing cars in order to sell the rims for money. We were not officially together, but once I decided to keep the baby, Teddrick came to all of my doctor's appointments.

19. One day, Teddrick called me out of the blue and said that he was sorry for all of the hurt he had caused me and he was so glad that I decided to have the baby. He said that he wanted us to be back in a relationship and was on his way over to my house. He never showed up and two days later I got a call from him from the jail and he said that he had been arrested for car theft.

20. Teddrick got a six month state jail sentence. My mom supported me when Teddrick was in jail. We were in touch the entire time he was gone and agreed that we would live together once he got out and we would try to make our family work. Our son Alex was born on September 7, 2007, several weeks before Teddrick was released from state jail.

21. Before he went to state jail, Teddrick had been hanging out with some people in my neighborhood. They were not gang affiliated, but guys that were into schemes and scams. I was worried that if Teddrick continued to hang out with them he would get into trouble again when he got out. We had really good friends, Rico and Mickey Lara, that had moved to Denton



EXHIBIT 20-Page-5

and we were hoping that if we could move up there with them it would get us away from some of the people in the neighborhood who were involved in some questionable things. When Teddrick got out of state jail he moved to Denton and got a job right away with a roofing company. I moved to Denton with the kids a couple of weeks later.

22. My family was supportive of us going to Denton and would visit us. I liked Denton, but I had some personal issues going on that caused problems between me and Teddrick. I had an IUD and it caused me to have heavy bleeding and a lot of mood swings. I had extreme emotions and was constantly in a bad mood and our relationship really suffered because of it. Teddrick and I broke up and I moved back to Houston.

23. Teddrick did not get into any trouble when I was in Denton with him. He worked and took care of the kids. We did not know anyone there except for Rico and Mickey. But Teddrick only lasted three days after I left before getting himself arrested. He ended up serving a few months in jail there. When Teddrick got out he moved back to Houston. He stayed with his mom in Greenspoint and I was at my dad's in Spring Branch.

24. We were not on the best of terms when Teddrick got back, but we were working on it. As soon as he got to Houston, Teddrick got a job with a television repair place and then later got the job at Forge. Teddrick would come over to see the boys and spend as much of his time as possible with us when he was not working. He was trying to make things right. I was having a hard time at my dad's house because it was too crowded. My brother and his daughter were there too and it got to be too much. Around December of 2008, Teddrick went and got us an apartment off of Ella Road. I was not working so I could take care of the kids.



EXHIBIT 20 Page 6

25. Once we had moved into the apartment, Teddrick's hours at Forge got cut and he started spending more time on the street. We had money issues and a lot of expenses. I got into an accident in my sister's car and had to pay for her car as well as the damage to the other car. I was not working and we started to owe a lot of money. Teddrick wanted to be "the man" and the weight got really heavy on his shoulders.

26. I started noticing that Teddrick was hanging out with people I had not seen before. I believe these new people were affiliated with the Crips. I could tell by the conversations they would have and the tattoos they would get together. The people he was hanging out with were willing to do whatever. At first, Teddrick was just showing them how to steal cars and other stuff, but because we needed the money, Teddrick started to do it himself. It was just a money issue. Right before he got arrested he was taking more and more risks.

27. Teddrick had always been a risky person. I am much more of a realist. You could count on him to be the person to take a bet. Teddrick would have his check from work direct deposited into our account. But then he would go out and come back with cash money. I knew he was not stealing or robbing to get that money, but he was shooting dice.

28. Teddrick's mind set was that he was responsible for providing. He did not want me to get a job. He saw how difficult life had been for his mom as a single mother and he did not want me to have to suffer the same way.

29. Teddrick took more of the blame than he deserved for the tattoo shop case. One of his co-defendants was only seventeen and the other was nineteen with a baby on the way. Teddrick felt responsible for them, like he had to take care of them.



EXHIBIT 20 Page 7

30. Teddrick took more of the blame than what he actually did in the Exxon case too. He was never willing to give the other guy up. That is the way he understood things—you do not tell on anybody.

31. In February 2013, I met with an investigator with the Office of Capital Writs.

32. I have read and reviewed this _8_-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 7_, 2013, in _Houston_, Texas.


_____
STEPHANIE SOLIZ

Subscribed and sworn to before me on _April 7_, 2013.

_____
Notary Public, State of Texas

ARIANE EIGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016
Notary without Bond

: 00540

## AFFIDAVIT OF BEVERLY WEST

I, Beverly West, state and declare as follows:

1. My name is Beverly West. I am the first cousin of Rowena Scott, who is the mother of Teddrick Batiste. My mother and Rowena's mother, Darlene Beard, were sisters.

2. I testified on Teddrick's behalf at the punishment phase of his trial. I testified that the family was surprised when a teenage Rowena gave birth to Teddrick because no one even knew she was pregnant. I testified that I saw Teddrick somewhat frequently when he was a baby, but as he got older I would go for long periods of time without seeing him at all. I testified that I did not really know Teddrick's girlfriend or his kids. I testified that I did not know about the trouble Teddrick got into as a juvenile and that he always treated me and other family members with respect.

3. I was initially contacted by someone on Teddrick's trial defense team by phone. I did not meet the lawyers until the day I appeared in court. I waited in a room with the other family members and someone came in and talked to us in a group and told us just to answer the questions we were asked.

4. If I had been asked, I would have further testified to the following:

5. I was born in Coldspring, Texas. My mother, Jana Mae Travis, died in childbirth with me and I was raised by my grandmother, Susan Mitchell. My grandmother also raised my sister and brother, as well as my cousins Monica and Malcolm. My Aunt Darlene, Rowena's mother, is also the mother of Monica and Malcolm. I am a few years older than my cousins.

6. I was about eighteen years old when my grandmother passed away. When she died, I went to live with my Aunt Darlene in Houston. Monica and Malcolm went to live with their mother as well. I had visited Darlene's

B. W



EXHIBIT 21 Page 1

house during previous summers, but did not actually live with her until my grandmother's death. Darlene was a single mother with six kids of her own.

7. Darlene worked a lot. I took care of the little kids with help from Monica and Malcolm. Darlene would be out late working night shifts and then would sleep during the day.

8. I was a little bit afraid of Darlene. Darlene whooped all of the kids, including myself. She would hit with anything she could find—a shoe or whatever was closest.

9. None of the fathers of Darlene's kids were around. I knew Darlene's boyfriend Peter Paul Zenon. He was crazy. He would yell at Darlene and her kids and they all seemed to be very afraid of him. I saw him shoot at Darlene, but he missed and shot out all of the glass in the window of her house instead. Darlene stayed with him for a long time.

10. I left school in the tenth grade and started working. After living with Darlene for about five years, I left her house and got married. After I left, Darlene met Eugene Beard. I would visit them occasionally. Eugene was a drinker.

11. I was out of the house by the time that Rowena had Teddrick. I did not even know she was pregnant. It was a huge shock. I do not know who Teddrick's father is. I took care of Teddrick all day when he was a baby so that Rowena could finish school. I was not working at the time but was taking care of my own kids. Someone would drop Teddrick off at my house in the morning and then pick him at the end of the day. Darlene and Rowena asked me to take care of Teddrick because no one else was available.

12. I did not know that Teddrick was in a gang. No one in our family that I know of is involved in gang stuff. I do not know when or why Teddrick started getting in trouble. Rowena was a good mother and did the best that


EXHIBIT 21 Page 2

she could.  She worked two jobs.  It hurt my heart to hear what happened to Teddrick.  I did not ever think he would do something like this.

13. In January 2013, I met with an investigator from the Office of Capital Writs.

14. I have read and reviewed this _3_-page affidavit.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and that this affidavit was executed on _April 7_, 2013, in _Houston_, Texas.


_Beverly West_
BEVERLY WEST

Subscribed and sworn to before me on _April 7_, 2013.

_ae fl_
Notary Public, State of Texas



ARIANE EGLER
Notary Public, State of Texas
My Commission Expires
JULY 11, 2016

Notary without Bond

EXHIBIT 21 Page 3

: 00544

CERTIFICATION OF VITAL RECORD

# City of Houston, Texas

STATE OF TEXAS      CERTIFICATE OF BIRTH     BIRTH NO.

| | | |
|---|---|---|
| 1 NAME (Type or print) [a] First TEDDRICK [b] Middle ROSHON [c] Last BATISTE | 2 DATE OF BIRTH DECEMBER 30, 1987 | |
| 3 SEX MALE | 4a. PLACE OF BIRTH — COUNTY HARRIS | 4b. CITY OR TOWN HOUSTON |
| 4c. NAME OF HOSPITAL 5915 SHIRLEY MAE LANE | 4d INSIDE CITY LIMITS? YES | 5a THIS BIRTH SINGLE 5b SINGLE |
| 6 NAME [a] First [b] Middle [c] Last | | |
| 7 RACE | 8a. IS FATHER OF SPANISH ORIGIN? | 8b IF YES, SPECIFY |
| 9 AGE | 10 BIRTHPLACE | 11a USUAL OCCUPATION 11b KIND OF BUSINESS |
| 12 MAIDEN NAME [a] First ROWENA [b] Middle LASHAWN [c] Last BATISTE | | |
| 13 RACE BLACK | 14a. IS MOTHER OF SPANISH ORIGIN? NO | 14b IF YES, SPECIFY |
| 15 AGE 16 | 16 BIRTHPLACE TEXAS | 17a USUAL OCCUPATION STUDENT 17b HIGH SCHOOL |
| 16a RESIDENCE STATE TEXAS | 16b COUNTY HARRIS | 16c CITY OR TOWN HOUSTON ZIP 77091 STREET 5915 SHIRLEY MAE YES |
| 19 0 | How many 0 0 0 | 20 INFORMANT DARLENE BEARD Darlene M. Beard |
| 21 | 22a ATTENDANT'S SIGNATURE DARLENE BEARD Darlene M. Beard | 22b ATTENDANT GRANDMOTHER |
| 2:53 A M | 22c 5915 SHIRLEY MAE LANE | 22d DATE SIGNED DECEMBER 30, 1987 |
| 23a REGISTRAR'S FILE NO 52679 | 23b DATE REC'D JAN. 13, 1988 | 23c R.W. Hanks |

CERTIFIED COPY OF VITAL RECORDS

1468387

STATE OF TEXAS COUNTY OF HARRIS   ss   DATE ISSUED SEP 0 1 1992

This is a true and exact reproduction of the document officially registered and placed on file in the BUREAU OF VITAL STATISTICS, HOUSTON HEALTH AND HUMAN SERVICES DEPARTMENT.

R. W. Hanks, Registrar
BUREAU OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



PAGE 02/02

EXHIBIT 22 PAGE 147

: 00546

JIM LEITNER
FIRST ASSISTANT



CRIMINAL JUSTICE CENTER
1201 FRANKLIN, SUITE 600
HOUSTON, TEXAS 77002-1901

## PATRICIA R. LYKOS
### DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

**State of Texas v. Teddrick Batiste**

Cause No. 1212464 & 1212366

Defense counsel representing the above captioned defendant received the following copies from the State's file in this case:

\_\_\_\_\_Offense Report

\_\_\_\_\_Copy of the defendant's statement

\_\_\_✓\_\_Miscellaneous items:

      -Report of interview with Kris McSherry of Forged USA dated 4-27-11

**Date:**        May 3, 2011

**Received by:**      GERALD E. BOURQUE
                         **Print name**

                         **Signature**

**Received From:**    Traci M. Bennett

EXHIBIT 23 Page 4

# HARRIS COUNTY DISTRICT ATTORNEY
# SPECIAL CRIMES BUREAU

**SUPPLEMENT REPORT  Cause# 1212464**
                                        1212366

**DATE:** April 27, 2011

**SUBMITTED BY:** Tracy Peterson

On April 13, 2011  ADA Traci Bennett requested I serve Kris McSherry (Plant Manager of Forge USA) a Subpoena for all records pertaining to Teddrick Batiste. (Defendant in above two cause numbers).  I contacted Kris McSherry at Forge USA and he advised I could scan and email the subpoena to the HR department and I would be contacted when the records were complete.

On April 25, 2011 I was contacted and advised that the records were ready to be picked up. I made a appointment with Kris McSherry at that time so I could interview him in reference to Teddrick Batiste.

On April 26, 2011 I met with Kris McSherry at Forge USA. Mr. McSherry told me that he would consider his relationship with Teddrick as a casual professional relationship. They would have casual conversation almost everyday. How's your family doing, How's everything here at work? Nothing really more than that. He was not a disciplinary problem had only be counseled about not showing up on time and forgetting to punch in or out. He would not consider him a leader among the other employees. Teddrick didn't have any contact with customers. He acted hard but got along with all the employees. McSherry could not remember an incident between Teddrick and any other employee. McSherry did say that Teddrick showed him nude photographs of several different girls on his cell phone and talked about running around on his wife. Teddrick knew his job and preformed it well not excellent but well. McSherry knew Teddrick had several Tattoo's but didn't realize he was a gang member. McSherry said Teddrick told him the next morning after the Killings at the Tattoo Parlor on Magnum that he drove up to the Tattoo Parlor right after it happen and when inside and saw the dead guy on the floor. McSherry said he thought at the time that this was strange. McSherry also told me that another employee ( Anthony Joyce) had told one of the supervisors that he wasn't surprised that Teddrick was in jail for Murder because Teddrick had told him that he had killed people.

EXHIBIT 23 Page 2

: 00549

 

## Corrections

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION

| | |
|---|---|
| | MDOC Number: **455751** |
| | SID Number: **2235646A** |
| Image Not Available | Name: **ANTHONY DWANE MOORE** |
| | Racial Identification: **Black** |
| | Gender: **Male** |
| | Hair: **Black** |
| | Eyes: **Brown** |
| | Height: **6' 4"** |
| | Weight: **215 lbs.** |
| | Date of Birth: **04/09/1973  (40)** |
| ANTHONY DWANE MOORE | Image Date: |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | **Absconder from Probation** | Supervision Begin Date: | |
| Absconded From: | Oakland/Pontiac/Probation | Supervision Discharge Date: | |
| Security Level: | | Abscond Date: | **12/01/2006** |

## ALIASES

ANTHONEY DWANE MOORE

## MARKS, SCARS & TATTOOS

Body Piercing- Lower Left Ear

Body Piercing- Lower Right Ear

Mark- Center Face - pot mark, skin discolorations

Tattoo- Back - G.D.M. (father's initials)

Tattoo- Back - cross

Tattoo- Center Back - G.A.M. (mom's initials)

Tattoo- Left Bicep - Michey Mouse

Tattoo- Right Bicep - Sahara

Tattoo- Right Chest - panther

## PRISON SENTENCES

### ACTIVE

**None**

### INACTIVE

EXHIBIT 24 Page 1

| None | |
|---|---|

PROBATION SENTENCES

## PROBATION SENTENCES

### ACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 03189648-FH | Date of Offense: | 08/30/2002 |
| County: | Oakland | Date of Sentence: | 05/20/2003 |
| Conviction Type: | Plea | | |

### INACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | |
| MCL#: | 750.249 | Maximum Sentence: | 2 years 0 months |
| Court File#: | 03189648-FH | Date of Offense: | 08/30/2002 |
| County: | Oakland | Date of Sentence: | 05/20/2003 |
| Conviction Type: | Plea | Discharge Date: | 11/22/2005 |
| | | Discharge Reason: | |

#### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Larceny in a Building | Minimum Sentence: | |
| MCL#: | 750.360 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 03189790-FH | Date of Offense: | 12/11/2002 |
| County: | Oakland | Date of Sentence: | 05/20/2003 |
| Conviction Type: | Plea | Discharge Date: | 08/28/2006 |
| | | Discharge Reason: | Offender Discharge |

#### Sentence 3

| | | | |
|---|---|---|---|
| Offense: | Larceny in a Building | Minimum Sentence: | |
| MCL#: | 750.360 | Maximum Sentence: | 2 years 0 months |
| Court File#: | 03189790-FH | Date of Offense: | 12/11/2002 |
| County: | Oakland | Date of Sentence: | 05/20/2003 |
| Conviction Type: | Plea | Discharge Date: | 11/22/2005 |
| | | Discharge Reason: | Offender Discharge |

### SUPERVISION CONDITIONS

Supervision Conditions are not published due to 'Absconder' status.



EXHIBIT 24 Page 2

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips  |  State Web Sites
Accessibility Policy  |  Privacy Policy  |  Link Policy  |  Security Policy
Copyright © 2001-2013 State of Michigan

EXHIBIT 24 Page 3

: 00553

LYCHNER STATE JAIL FACILITY
2350 ATASCOCITA ROAD
HUMBLE, TEXAS, 77396
PHONE (281) 454-5036
FAX (281) 459-7261

## FACSIMILE TRANSMISSION

**SENDING TO:**

NAME: Ariane Eigler

DEPARTMENT: Office of Capital Writs

FAX NO: 512-463-8590

NUMBER OF PAGES (INCLUDING COVER PAGE) 2

**FROM:**

NAME: Hollins

DEPARTMENT: Inmate Records

COMMENTS: Teddrick Batiste

EXHIBIT 25 Page 1

ATTACHMENT 16.08A



## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

04-12-2013

RE: Batiste, Teddrick

TDCJ #: 1432290

To whom it may concern:

This will acknowledge receipt of your recent request with reference to the above subject. This is to advise the subject was received at TDCJ on _05-17-2007_____ from _Harris___ County with a beginning date of sentence set for _05-07-2007_ to serve a term of day(s) _5_ month(s) _____ year(s) for _____

_____ UUMV _____

Subject was confined at the _Pam Lychner_ facility, and was released on _10-31-2007_____ to _NA_____ County. Subject is/is not under community supervision as a result of release.

_Signature of TDCJ Official_

_L. Davis-Casemanager_
Printed name and title

Per Texas Family Code, Section 85.025 (c), if a person, who is the subject of a protective order, is confined or imprisoned on the date the protective order would expire, the order is to be extended and will expire on the first anniversary of the date the person is released from confinement or imprisonment.

Per Texas Government Code, Section 493.030, the Social Security Administration has been notified of all offenders released who were confined in a facility for a period of less than twelve consecutive months and were previously receiving Supplemental Security Income or Social Security Disability Insurance benefits.

As 04-18-2013 have checked our files for the above offender released 10-31-2007 and there were no disciplinaries found.

cc:    file

EXHIBIT 25 Page 2

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify that I have served the foregoing Exhibits 1-25 to Application for a Writ of Habeas Corpus by hand to:

District Clerk of Harris County
Harris County Criminal Justice Center
1201 Franklin, Suite 3138
Houston, TX 77002
(One Copy – hand delivery)

Honorable Judge Ruben Guerrero
Harris County Criminal Justice Center
1201 Franklin, 19th Floor
Houston, TX 77002
(Courtesy Copy – hand delivery)

Harris County District Attorney
ATTN: Lynn Hardaway
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, TX 77002
(One Copy – hand delivery)

Teddrick Batiste
Polunsky Unit #999568
3872 FM 350 South
Livingston, Texas 77351
(One Copy – via mail)

This certification is executed on May 1, 2013 at Austin, Texas.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

JANET GILGER